**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Linder Oil Company, A Partnership** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-0995166** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **106 Park Place, Ste. 200** **Covington, LA 70433** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Vermilion** County | **Location of principal assets, if different from principal place of business** **673 Lowry Hwy Lake Arthur, LA 70549** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | |
|---|---|---|---|
| Debtor   **See Attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 10, 2017__
MM / DD / YYYY

**X** __/s/ G. Miles Biggs, Jr.__          __G. Miles Biggs, Jr.__
Signature of authorized representative of debtor          Printed name

Title     **Co-Manager**

**18. Signature of attorney**

**X** __/s/ H. Kent Aguillard__          Date __October 10, 2017__
Signature of attorney for debtor          MM / DD / YYYY

**H. Kent Aguillard**
Printed name

**H. Kent Aguillard**
Firm name

**P. O. Box 391**
**Eunice, LA 70535**
Number, Street, City, State & ZIP Code

Contact phone __337-457-9331__     Email address _____

**02354**
Bar number and State

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number (*if known*)                                Chapter    **7**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Destin Resources LLC** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Western District of Louisiana** | When | Case number, if known | **Not yet filed** |
| Debtor | **Reserves Management, L.C.** | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana** | When | Case number, if known | **Not yet filed** |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Linder Oil Company, A Partnership**         Case No. _____

                        Debtor(s)             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 3,665.00 |
| Prior to the filing of this statement I have received | $ | 3,665.00 |
| Balance Due | $ | 0.00 |

2.   $ **335.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtor(s) in any adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 10, 2017**             **/s/ H. Kent Aguillard**
*Date*                                **H. Kent Aguillard 02354**
                                         *Signature of Attorney*
                                         **H. Kent Aguillard**
                                         **P. O. Box 391**
                                         **Eunice, LA 70535**
                                         **337-457-9331  Fax: 337-457-2917**
                                         *Name of law firm*

106 Park Place, LLC
106 Park Place, Ste. 301
Covington, LA 70433


5055 Investment, LLC
4224 Rhone Drive
Kenner, LA 70065


A & W Operating Services, Inc.
P. O. Box 520
Pierre Part, LA 70339


A. Cecil Zeringue
P.O. Box 9188
Houma, LA 70361


Abe's Boat Rental's Inc.
P. O. Box 549
Covington, LA 70433


Abramowics Energy 1, LLC
22 Chateau Trianon Dr.
Kenner, LA 70065


Abramowicz Energy, LLC
22 Chateau Trianion, Dr.
Kenner, LA 70065


Acme Truck Line, Inc.
MSC-410683
P. O. Box 41500
Nashville, TN 37241-5000


AFCO
P. O. Box 4795
Carol Stream, IL 60197-4795

```
AFLAC
Worldwide Headquarters
Columbus, GA 31999


Aggreko, LLC
4607 W. Admiral Doyle Dr
New Iberia, LA 70560


Airgas Priority Nitrogen, LLC
P. O. Box 951873
Dallas, TX 75395-1873


Airgas USA, LLC
P. O. Box 676015
Dallas, TX 75267-6031


Alfred P. Zeringue
56135 Hwy 445
Husser, LA 70442


Alfred W. Taylor Estate
201 Heymann Blvd., Ste. 30
Lafayette, LA 70503


Alice Z. Brandt
114 N. Summit Street
Fairhope, AL 36532


Allison Offshore Services
101 Galbert Rd.
Lafayette, LA 70506


American Recovery, LLC
6201 E Main St.
Cut Off, LA 70345
```

American Safety & Industrial Sup
111 Matrix Loop
Lafayette, LA 70507


Ann Bullock Martin Jennings
116 Riverside Drive
Greenville, SC 29605


Anthony J. Saladino
3728 Severn Ave.
Metairie, LA 70002


Anthony Paul Zeringue
41134 Hwy 933
Prairieville, LA 70769


Anyson & Doris Scioneaux
4977 La. Hwy. 18
Saint James, LA 70086


Archrock Services, LP
P. O. Box 201160
Dallas, TX 75320-1160


Aries Marine Corporation
P. O. Drawer 51789
Lafayette, LA 70505


Arthur Billingsley
P. O. Box 53061
Lafayette, LA 70505


Arthur L. Billingsley
P. O. Box 53061
Lafayette, LA 70505

AT & T
P. O. Box 105262
Atlanta, GA 30348-5262


AT & T Mobility
P. O. Box 6463
Carol Stream, IL 60197-6463


Atchaflalaya Measurement, Inc.
124 Credit Drive
Scott, LA 70583


Austral Oil Trust
Mary Fagan, TTEE-c/o P. Fagan
P. O. Drawer 2220
Southampton, NY 11969-2220


AWP 1983 Trust
3310 West Main Street
Houston, TX 77098


AXIP Energy Services, LP
P. O. Box 732170
Dallas, TX 75373-2170


B & A Rentals & Supply, Inc.
P. O. Box 526
Broussard, LA 70518


B & J Corporation
P. O. Box 967
Lake Arthur, LA 70549


B & J Dock, LLC
P. O. Box 967
Lake Arthur, LA 70549

B & L Exploration, LLC
One Galleria Blvd., Ste. 902
Metairie, LA 70001


B-ENT Kmatt, Inc.
P. O. Box 185
Dequincy, LA 70633


B. R. Higgins
106 Park Place, Ste. 200
Covington, LA 70433


Baker Hughes Oilfield Operations
5800 Hwy. 190 East
Broussard, LA 70518


Barbara Ann Cazes Becnel
P. O. Box 22
Saint James, LA 70086


Barbara Jean Becnel
P. O. Box 8
Saint James, LA 70086


Barbara Lee Hugo
5405 Caleb Ave.
Sacramento, CA 95819


Barracuda Oil Tolls, LLC
1247 Coteau Rd.
Houma, LA 70364


Basin Exploration, Inc.
200 Travis, Ste. 201
Lafayette, LA 70503

Bayou Inspection Services, Inc.
d/b/a Bayou Testers
P. O. Box 2336
Morgan City, LA 70381


Bell Investments, LLC
Attn: John E. Bell
460 Carmargue Lane
Biloxi, MS 39531


Benoit Premium Threading, LLC
Dept. 3219
P. O. Box 123219
Dallas, TX 75312-3219


Bermuda Dunes,LLC
5847 Heavenly Midst Lane
Las Vegas, NV 89135


Bernard B. Becnel, Jr.
220 Maxime Blvd.
Gray, LA 70359


Betty A. White Mioton
2828 State Street
New Orleans, LA 70118-5632


Betty Ann's Land, LLC
1746 East Nelson St.
Gonzales, LA 70737


Billy A. Blachett
12982 Portage Rd.
Vicksburg, MI 49097


Blue Heron Consulting, LLC
205 Kipling Lane
Mandeville, LA 70448

Bobbie T. Pierce
9532 Ventura Drive
Baton Rouge, LA 70812


Bobby Blanchett
563 CR 303
Jonesboro, AR 72401


Bourque Vacuum Service, Inc.
713 Colorado Rd.
Duson, LA 70529


Bowie Lumber Associates
A Partnership ion Commendam
228 St. Charles Ave.
New Orleans, LA 70130


BP Exploration & Prod. Inc
200 Westlake Park Blvd
Houston, TX 77079


Braden C. Despot
P. O. Box 53381
Lafayette, LA 70505


Bradley E. Billingsley
P. O. Box 52701
Lafayette, LA 70505


Brenda Allday
15189 Melrose Dr
Prairieville, LA 70769


Brenda Bright Keller
728 Fielding Ave
Gretna, LA 70056

Brenda J. Hunt
12289 MS Hwy. 12 West
Starkville, MS 39759


Brian E. Adorna, CPA, APC
P. O. Box 9577
Metairie, LA 70055-9577


Brian Joseph Zeringue
41134 Hwy 933
Prairieville, LA 70769


Brothers Oilfield SVC & Supply
P. O. Box 53408
Lafayette, LA 70505


Bryan L. Dormoy
1305 Belmont Place
Metairie, LA 70001


Cabil Oil Partners, LP
#3 Brassie Rd.
Eastchester, NY 10709-5407


Cactus Wellhead, LLC
One Greenway Plaza, Ste., 200
Houston, TX 77046


Cadboro Petroleum, LLC
1847 Dock St., Ste. 204
New Orleans, LA 70123


Cadre Pump, Fabrication & Supply
Dept. 186-6, P. O. Box 4652
Houston, TX 77210-4652

Calvin or Dora Blanchett
P. O. Box 524
Medina, TN 38355


Cambre Geological SVC, Inc.
5201 Mitchell Dale, Ste. A-10
Houston, TX 77092-7219


Carla B. Gaudet
2405 Lee Drive
Pierre Part, LA 70339


Carol A. Coleman
10706 Willowisp
Houston, TX 77035


Carol M. Jackson
3936 Percheron Drive
Mt. Pleasant, SC 29429


Carolyn D. Lombardo
1835 Hwy 59
Mandeville, LA 70448


Carroll & Elise Folse
13463 Hwy. 644
Vacherie, LA 70090


Carroll & Jo Anne Scioneaux
4131 Scioneaux Rd.
Vacherie, LA 70090


Carroll Folse
13463 Hwy. 644
Vacherie, LA 70090

Cecilia G. Mcauliff
1209 Mill Valley Dr.
Plano, TX 75075


Chaparral Energy, LLC
P. O. Box 671550
Dallas, TX 75267-1550


Charlene Zeringue Gravois
13095 Falgoust St.
Vacherie, LA 70090


Charles Edward Engerran
231 Leeward Way
Freeport, TX 77541-9496


Charles R. Meeker Trust #3084
c/o Bank of America, N.A.
P. O. Box 840738
Dallas, TX 75284-0738


Charter Communications Holdings
P. O. Box 742614
Cincinnati, OH 45274-2614


Chase Card Services
P. O. Box 94014
Palatine, IL 60094-4014


Chris Van Way
P. O. Box 52584
Lafayette, LA 70505


Christine Scott Spisak
9950 Royal Woods Drive
Mobile, AL 36608

Christine Zeringue Carlomagno
111 Durham Drive
Lafayette, LA 70508


Cimarron Minerals Ltd Liab Co.
c/o Frost National Bank, Trustee
P. O. Box 1600
San Antonio, TX 78296-1600


City of Thibodeaux
Attn: Finance Director
P. O. Box 5418
Thibodaux, LA 70302


CKX Lands, Inc.
P. O. Box 1864
Lake Charles, LA 70602


Claire B. Robert
41282 New Orleans Drive
Sorrento, LA 70778-3423


Claire Leblanc
P.O. Box 331
Labadieville, LA 70372


Claude Barras, Sr.
5211 Bayou Black Dr.
Gibson, LA 70356-3413


Claudette Mistretta
P. O. Box 274
Saint James, LA 70086


Clean Gulf Associates
Dept. No. 368
P. O. Box 4869
Houston, TX 77210-4869

Clifford Francis Poche, Jr.
P.O. Box 543
Lutcher, LA 70071


Club Oil & Gas LTD, LLC
66 Inverness Lane East
Englewood, CO 80112


Cobra Petroleum Company, L.P.
P.O. Box 8049
Rancho Santa Fe, CA 92067


Cockerell Oil Properties, LTD
1133 N. 2nd Street
Suite 202
Abilene, TX 79601


Comm Engineering, Inc.
P. O. Box 53463
Lafayette, LA 70505


Commerical Signs
1123 St. Charles St.
Houma, LA 70360


Connie Granier
799 Hwy. 307
Thibodaux, LA 70301


Continental Operating Co.
1221 McKinney, Ste. 3700
Houston, TX 77010


Creole Compression, LLC
P. O. Box 448
Houma, LA 70361

Crescent Drilling Foreman, Inc.
2400 Veterans Memorial Blvd.
Ste. 110
Kenner, LA 70062


Crosby Tugs, LLC
P. O. Box 279
Golden Meadow, LA 70357


Crosstex Gulf Coast Marketing
P. O. Box 51820
Los Angeles, CA 90051-6120


Curocom Energy, LLC
10101 Harwin Drive
Houston, TX 77036


Cynthia Z. Dillenkoffer
c/o Julie M. Zeringue
111 Durham Dr.
Lafayette, LA 70509


D & B Boat Rentals, Inc.
P. O. Box 483
Broussard, LA 70518


Dan R. Frantzen
15 Heatherstone
Lafayette, LA 70508


Daniel D. Billingsley
3254 E. Rockhampton St.
Meridian, ID 83642


Darell Valentine
2562 Moyers Rd.
Richmond, CA 94806

Data Technology Solutions, LC
P. O. Box 3742
Lafayette, LA 70502


David Deas Curry
7439 Hampson Street
New Orleans, LA 70118


David H. Guerra
P. O. Box 1025
Mission, TX 78572


David Michael Poche
251 Sheryl Drive
Madison, MS 39110


David P. Broadbridge
208 N. New Hampshire
Covington, LA 70433


Deborah H. Woods
36 Nolen Street
Birmingham, AL 35242


Dennis D. Guerra
c/o Lydia Guerra
P. O. Box 157
Roma, TX 78584


Dennis James Zeringue
2350 Lot 1 Choctaw Road
Thibodaux, LA 70301


Dept. of Environm Quality
Office of Air Quality
P. O. Box 82135
Baton Rouge, LA 70884

Destin Resources, LLC
1800 Carol Sue Ave
Suite4
Gretna, LA 70056


Diamond Tank Rentals, Inc.
P. O. Box 2706
Morgan City, LA 70381


Dishman & Bennett Specialty
P. O. Box 287
Houma, LA 70361


Donald Edwin Deas
1025 Eagle Lake Trail
Apt 407
Port Orange, FL 32129


Donald Mioton, III
279 Pleasant Ave., Apt. 2N
New York, NY 10029


Donald Zeringue
2439 St. John Place
Donaldsonville, LA 70346


Donovan & Christine Scioneaux
41106 Maurice Bourgeois Rd.
Saint Amant, LA 70774


Doriene E. Oliver
892 El Camino
Boulder City, NV 89005


Doris Lucille Poirrier
P.O. Box 87
Vacherie, LA 70090

Doris Rita Deas McReynolds
10742 Thistlewood Dr.
Baton Rouge, LA 70810-2905


Doris Z. Hymel
P. O. Box 48
Saint James, LA 70086


Dorothy Brignac Franco
110 Broadmoor Dr
Daphne, AL 36652


Dorothy Price Neville
1100 Tulane Ave., Ste. 326
New Orleans, LA 70112-1905


E. Hummel Killgore
815 River Oaks Drive
Covington, LA 70433


Eaton Oil Tools, Inc.
P. O. Box 1050
Broussard, LA 70518


Edward Paul Louque
12520 Lakeland Drive
Walker, LA 70785


Elbert J. Day, Jr.
1641 S. Montgomery St.
Starkville, MS 39759


Element Materials Technology
Lafayette
32532 Collection Center Dr
Chicago, IL 60693

Elizabeth Ann Johnston
11409 Sugar Lane
Baton Rouge, LA 70810


Elizabeth Z. Ordeneaux
P. O. Box 144
Paulina, LA 70763


Elize Z. Henderson
644 Arlington Ave.
Baton Rouge, LA 70806


Elomore Louque
5054 Elmo Louique Street
Convent, LA 70723


Elvira Porter Phillips
19004 Galway Ave
Carson, CA 90746


Emerald Coast Energy, LLC
1333 Woodmere Drive
Mandeville, LA 70471


Energy Resource Technology
GOM, LLC
P. O. Box 51417
Los Angeles, CA 90051-5416


Entergy
P. O. Box 8104
Baton Rouge, LA 70891-8104


Estate of Eola M. Pierce Aubin
c/o Terry Aubin
106 Lawrence Blvd.
Pineville, LA 71360

Estate of J. Mathis Brown
P.O. Box 517
Gaffney, SC 29342


Ethel Melancon Roussel
3624 Ramey Drive
Zachary, LA 70791-4560


Ethel Z. Oubre
35199 Cotton Drive
Donaldsonville, LA 70346


F A S Environmental SVC., LLC
P. O. Box 760
Pierre Part, LA 70339


Faviola Porter Terry
3609 Washington Ave.
New Orleans, LA 70125


Faye Ordoyne
15209 Melrose Dr
Prairieville, LA 70769


Federal Express Corp.
P. O. Box 660481
Dallas, TX 75266-0481


Federal Royalty Properties, LLC
2001 Kirby Dr., Ste. 1200
Houston, TX 77019


Felton M. Johnston, Jr.
4506 Tourney Rd.
Bethesda, MD 20816

FFO Lakeside, LLC
Attn: Kevin Frischhertz
4240 Toulouse St.
New Orleans, LA 70119


FFO, LLC
4240 Toulouse St.
New Orleans, LA 70119


Fielding L. Cocke
919 Milam, Ste. 1910
Houston, TX 77002


Fleet Operators, Inc.
P. O. Box 350
Morgan City, LA 70380


Fort Apache Drilling, LP
161 Ranch Drive
Boerne, TX 78015


Frances Lacy Patterson
650A Highland Colony Prkwy
Apt. 206 - Beau Ridge
Ridgeland, MS 39157


Frances R. Becnel
P. O. Box 125
Belle Rose, LA 70341


Francine M. Slimmer
5725 La. Hwy. 44
Convent, LA 70723


Francis Torque Service
7 Dufresne Loop
Luling, LA 70070

Frank A. Barras
225 Azelia
Westwego, LA 70094


Frank David Beaullieu, IV
111 Leisure Lane
Lafayette, LA 70506


Frank J. Hosford, III
1100 Tulane Ave., Ste. 326
New Orleans, LA 70112-1905


Franks International
10260 Westheimer, Ste. 600
Houston, TX 77042


Fred A. Bidwell
627 S. 120 W
Hurricane, UT 84737


Fringe Benefit Administrators
110 Veterans Blvd., Ste. 120
Metairie, LA 70005


Furcy J. Zeringue, II
1540 Persimmion Ave
Metairie, LA 70001


Future Promises, LLC
701 Brown Thrasher Loop N.
Madisonville, LA 70447


G. Miles Biggs, Jr.
74360 River Road
Covington, LA 70433

Gary Lynn Day
4874 MS Hwy 182
Starkville, MS 39759


Gary Valentine
1616 Foy St.
New Orleans, LA 70122


Gaynell Melanson
4513 14th Street
Marrero, LA 70072


Gene M. Zeringue
P.O. Box 26
Saint James, LA 70086


George Sherman
100 Russell St.
Starkville, MS 39759


Gerald J. Torres
22936 North Rosary St.
Vacherie, LA 70090


Gerald Melancon
P. O. Box 277
La Place, LA 70068


Gilmore Petroleum Co., LLC
79 S. Wren St.
New Orleans, LA 70124


Glen Zeringue
P.O. Box 56
Saint James, LA 70086

Glenn Blanchett
1601 C.R. 309
Poplar Bluff, MO 63901


Goodrich Land & Energy, LLC
1001 Fannin St., Ste. 4670
Houston, TX 77002


Grace Louque Roussel
5026 Elmo Louque St.
Convent, LA 70723


Gracie Arcement
4048 Tall Timbers Dr
New Orleans, LA 70130


Gracie Arcement
520 Huey P Long Ave
Gretna, LA 70053


Grangnard Brothers, Inc.
P. O. Box 186
Saint James, LA 70086


Gregory P. Zeringue
5655 LA Hwy 18
Saint James, LA 70086


Gulf Crane Services, Inc.
P. O. Box 1843
Covington, LA 70434-1843


Gulf Wells, Inc.
P. O. Box 549
Belle Chasse, LA 70037

Gwendolyn Zeriungue Beloat
1403 W. Broadway Ave., #117
Apache Junction, AZ 85120


H. P. Guerra, III
200 Cenzio
Rio Grande City, TX 78582


Halliburton Energy Services
P. O. Box 301341
Dallas, TX 75303-1341


Harbridge Petroleum Corp.
c/o John Harlan
353 Christwood Lane
Covington, LA 70433


Harry C. Victery, Jr.
P. O. Box 27499
Houston, TX 77027


Harvest Pipeline Company
P. O. Box 61529
Houston, TX 77208-1529


Hector F. Guerra
Starr Route, Box 68
Rio Grande City, TX 78582


Helen McDermott Moore
33 Cromwell Pkwy
Summit, NJ 07901-1727


Henry Zeringue
7159 Tip Top Street
Saint James, LA 70086

Hercules Offshore Corp.
P. O. Box 4346, Dept. 325
Houston, TX 77210-4346


Heron A. Guerra
c/o Lydia Guerra
P. O. Box 157
Roma, TX 78584


HGFLT, LLC
1001 Fannin St., Ste. 4670
Houston, TX 77002


Hilcorp Energy Company
1111 Travis St.
Houston, TX 77002


Hole Opener Corporation
P. O. Box 82006
Lafayette, LA 70598-2006


Home Protection Systems, Inc.
P. O. Box 6933
New Orleans, LA 70174


Hornet Services Company, LLC
1810 Airport Rd.
Jennings, LA 70546


Howard & Stephanie Stanley
15 Green Briar Drive
Covington, LA 70433


Howard Stanley
15 Green Briar Drive
Covington, LA 70433

HPG Oil Interests, LLC
2306 Persa
Houston, TX 77019


Hubert Savoy Trucking, LLC
910 W. Branche St.
Rayne, LA 70578


Hy-Bon Engineering, Inc.
2404 Commerce Drive
Midland, TX 79704


Imagine Technology, Inc.
824 Hickory St.
Gretna, LA 70056


Integrity Supply, LLC
2704 North Drive
Abbeville, LA 70510


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Intracoastal Liquid Mud, Inc.
P. O. Box 51784
Lafayette, LA 70505


IPFS Corporation
P. O. Box 730223
Dallas, TX 75373-0223


Irongate Energy Services
1950 State Hwy. 249, Ste. 600
Houston, TX 77070

Irvy E. Cosse, Jr.
1130 St. Charles Ave
New Orleans, LA 70130


Island Operating Co., Inc.
P. O. Box 27783
Houston, TX 77227-7783


J. Connor Consulting, Inc.
19219 Katy Freeway, Ste. 200
Houston, TX 77094


J. Edgard Melancon
P. O. Box 370
Paulina, LA 70763


J. J. Meeker
P. O. Box 6126
Alameda, CA 94501


James David Pierce
378 N. 3rd Ave
Apt #2
Des Plaines, IL 60016


James W.  Ivy
893 El Camino Way
Boulder City, NV 89005


Jane E. Deas
14 Maryland Drive
New Orleans, LA 70124


Jane P. Curry
7820 Millicent Way #704
Shreveport, LA 71105

Janet B. Brown
18116 Hwy 10 East
Clinton, LA 70722


Janet B. Maumus
4623 Arts Street
New Orleans, LA 70122


Janet D. Legrand
1106 Woodcastle Drive
Corsicana, TX 75110


Janet W. Zeringue
206 Monsanto Street
Luling, LA 70070


Janice Poche Quirk
235 Donalson Drive
Munroe Falls, OH 44262


Janis D. Belanger
4034 Idaho Ave.
Kenner, LA 70065


Jason J. Zeringue
109 Cypress Drive
Des Allemands, LA 70030


JC Guerra, TRTE FLBO James Jeff
C/O I. Trevino-1st State Bank
P.O. Box 550
Mission, TX 78572


Jed C, LLC
1 Greenbriar Drive
Covington, LA 70433

Jeff Davis Electric Cooperative
815 Hwy. 384
Bell City, LA 70630


Jeff Davis Water Commission #1
P. O. Box 515
Lake Arthur, LA 70549


Jeffery H. Cromwell
P.O. Box 1332
Camden, AL 36726


Jeffery I. Leblanc
4 Lookout Pointe
Spanish Fort, AL 36577


Jerry J. Folse
40097 Pelican Roost
Gonzales, LA 70737


JKDF, LLC
Attn: Kevin Kramer
506 Water Street, Suite B
Madisonville, LA 70447


Jo Ann Musco Scioneaux
698 Hwy. 307
Thibodaux, LA 70301


Jo Ann Musco Scioneaux, USFRUC
698 Hwy. 307 Lot #1
Thibodaux, LA 70301


Joanne T. Zeringue, Nat Tutrix
Of The Minor Angelle Zeringue
P.O. Box 155
Saint James, LA 70086

Joe C. Guerra
P. O. Box 186
Roma, TX 78584


John Deas
153 Brook Street
Garden City, NY 11530


John Folse
2517 S. Philippe Ave.
Gonzales, LA 70737


John Fryare Guerra
3016 Deakin St.
Berkley, CA 94700


John M. Duhon
200 Travis, Ste. 201
Lafayette, LA 70503


John V. Price
P.O. Box 3399
Covington, LA 70434


John Z. Zeringue
114 Lorraine Dr.
Des Allemands, LA 70030


Jones Oilfield Service & Supply
6140 Hwy. 90 E
Lake Charles, LA 70615


Joseph Valentine
918 S. Sibley
Metairie, LA 70003

Joshua F. Blount
3317 Beech Drive
Gretna, LA 70056


Judd Partners
c/o Travis Property Management
P. O. Box 56429
Houston, TX 77256-6429


Judith J. Jones
P. O. Box 2621
Cashiers, NC 28717


Judith Steib Folse
21030 Hwy. 20
Vacherie, LA 70090


Judith Torres Dellatte
23068 Oak St.
Vacherie, LA 70090


Judy B. Hurry
175 Iber
La Place, LA 70069


Jules D. Morales
4840 Hwy. 22, Apt. 621
Mandeville, LA 70471


Julie Allee
42125 Bayou Segnette Ave.
Gonzales, LA 70737


Julie M. Zeringue
111 Durham Drive
Lafayette, LA 70508

Julie Marie Becnel Chenier
P.O. Box 4
Saint James, LA 70086


Justin Joseph Poche
5044 Elmo Louque Street
Convent, LA 70723


Karen V. Weber
145 Deacon St.
Avondale, LA 70094


Karolyn Zeringue Bull
1470 Charmaine Street
Baton Rouge, LA 70806


Katherine Ely Martin
21511 Perry Cove
Lago Vista, TX 78645


Kathleen Bright Dufrene
50 Mason St.
Gretna, LA 70053


Katie M. Guerra
c/o W. T. Guerra
P. O. Box 906
Roma, TX 78584


Katthy Louque Bourgeois
110 Middleton Drive
Peachtree City, GA 30269


KDM Investments, LLC
343 Elmeer Ave.
Metairie, LA 70005

Kean Miller
Attn: Victor J. Suane, Jr.
P. O. Box 3513
Baton Rouge, LA 70821


Keith Valentine
145 Deacon St.
Westwego, LA 70094


Kendrick J. Morales
380 Beau Rivage Drive
Mandeville, LA 70471-2963


Kentwood Springs
P. O. Box 660579
Dallas, TX 75266-0579


Kinetica Energy Express, LLC
1001 McKinney Street, Ste. 900
Houston, TX 77002


La Luna Production Company
2218 Long Cove Circle
Houston, TX 77450-8680


La. Dept. of Environ Quality
Financial Services Division
Baton Rouge, LA 70821-4311


La. Dept. of Natural Resources
Fisherman's Gear Compensation
P. O. Box 44277
Baton Rouge, LA 70804-4277


La. Dept. of Revenue
P. O. Box 91017
Baton Rouge, LA 70821-9017

La. Dept. of Revenue
P. O. Box 201
Baton Rouge, LA 70821-0201


Lacassine Oilfield Services
P. O. Box 102
Lacassine, LA 70650-0120


Lafayette Geological Research
201 Heymann Blvd., Ste. 33
Lafayette, LA 70503


Lauren Glencora Boudreaux
5511 N. Allegheny Court
Baton Rouge, LA 70817


Laurent J. Zeringue
5225 Wabash Street
Metairie, LA 70001


Lawrence J. Folse
23123 La 20 West
Vacherie, LA 70090


Lawrence Michael Lambert
26260 Hwy 441
Holden, LA 70744


Lawrence Valentine
144 Dexter Drive
Westwego, LA 70094


Lettie Deas Counce
13535 Greenview Ave
Baton Rouge, LA 70816

Lewis J. Oubre, Jr.
5032 Rye Street
Metairie, LA 70006


Lexco Data Systems, L.P.
P. O. Box 692372
Houston, TX 77269


Libby Panepinto
3813 Lake Des Allemands
Harvey, LA 70058


Lillia Z. Young
111 Durham Drive
Lafayette, LA 70508


Lillian Z. Ledet
1213 N. Airline
Gramercy, LA 70052


Linda Dormay Williams
1509 Hall Ave
Metairie, LA 70003


Linda Price Ellzey
1100 Tulane Ave., Ste. 326
New Orleans, LA 70112-1905


Linder Energy Company
1800 Carol Sue Ave
Suite 4
Gretna, LA 70056


Locke Lord, LP
601 Poydras, Ste. 2660
New Orleans, LA 70130

Lonnie J. Barras
2240 Gaudet St.
Paulina, LA 70763


Loretta L. Zeringue
400 Mansfield Drive
Slidell, LA 70458


Loretta Z. Jeandron
120 E. Randall Court
Gretna, LA 70053


Lorraine Barras Bergeron
807 Colonial Dr.
Port Allen, LA 70767


Louisiana Contract Services
187 Ravensaide
Houma, LA 70360


Louisiana General
Oil Company
106 Parkplace, Ste. 200
Covington, LA 70433


Louisiana General Oil Company
74360 River Road
Covington, LA 70433


Louisiana Workers
Compensatio Corp.
P. O. Box 919142
Dallas, TX 75391-9142


Lucille Deas
3209 Metairie Court
Metairie, LA 70002

Luis A. Guerra
c/o Lydia Guerra
P. O. Box 157
Roma, TX 78584


Lynn A. Moore
4233 Everglades Ave
Port Arthur, TX 77642


Lynn J. Becnel
P. O. Box 227
Donaldsonville, LA 70346


Lynx Production Services, Inc.
808 Prevost Dr.
Houma, LA 70364


M21K, LLC
1021 Main, Ste. 2626
Houston, TX 77002


Mabel Z. Oubre
22878 High Ridge Drive
Vacherie, LA 70090


Mac-Nett Environmental Services
2977 Monterry Dr.
Baton Rouge, LA 70814


Madeline Zeringue Hartmann
524 Austis St.
Greensburg, PA 15601


Magnolia 23 Properties, LLC
1502 Augusta, Ste. 250
Houston, TX 77057

Magnolia Torque & Testing
P. O. Box 206
Scott, LA 70583-0206


Major Equipment & Remediation
Services, Inc.
P. O. Box 3616
Morgan City, LA 70381


Marc L. Frischhertz
131 Conrad St.
New Orleans, LA 70124


Marcelle's Place, LLC
Attn: Marc Frischhertz
131 Conrad St.
New Orleans, LA 70124


Marcum LLP
750 Third Ave., 11th Floor
New York, NY 10017


Margaret B. Landry
300 Washington Ave
Thibodaux, LA 70301


Margarita L. Guerra Salinas
P. O. Box 274
Roma, TX 78584


Marie Cecile Zeringue
P.O. Box 287
Saint James, LA 70086


Marie Scioneaux
8131 Big Boy St.
Saint James, LA 70086

Marie Theresa Poche Ballew
1128 Santa Ynez Ave.
Henderson, NV 89015


Marjorie Carol Deas
2329 Ormond Blvd.
Destrehan, LA 70047


Marlene B. Parton
301 S. Inscore Street
Rector, AR 72461


Marlene Barras Stein
449 Modern Farms, Rd.
Waggamen, LA 70094


Martha Harlan
353 Christwood Lane
Covington, LA 70433


Martin Despot
P. O. Box 52944
Lafayette, LA 70505


Mary Agnes Folse Becnel
P. O. Box 248
Vacherie, LA 70090


Mary Agnes Folse Becnel, USUFR
P. O. Box 248
Vacherie, LA 70090


Mary Ann B. Hurban
1584 Debattista Place
New Orleans, LA 70131

Mary Ann Melancon Cummings
P.O. Box 159
Convent, LA 70723


Mary Anne Schexnayder
105 Rice Drive
Bear, DE 19701


Mary Beth Cuthbert
1084 August Drive
Oxford, MS 38655


Mary Deas Demarest
5423 Courtyard Drive
Gonzales, LA 70737-8551


Mary Evelyn Feazel
966 Waif Woods Cove
Cordova, TN 38018


Mary Lee Allee Allen
108 N. Village Drive
Gardendale, AL 35071


Mary Morales Dowd
501 Hesper Ave.
Metairie, LA 70005


Mary P. Zeringue
2900 Westchester Place
New Orleans, LA 70131


Mary P. Zeringue
P. O. Box 13
Saint James, LA 70086

MassMutual Retirement Svcs
P. O. Box 1583
Hartford, CT 06144-1583


Matthew J. Zeringue
5655 LA Hwy 18
Saint James, LA 70086


Maurie Ankenman Cannon
3838 Olympia Drive
Houston, TX 77019


May G. Price Estate
C/O John V. Price, Executor
P.O. Box 3399
Covington, LA 70434


Meeker & Company, Inc.
P. O. Box 470155
Fort Worth, TX 76147


Melissa Poche Cambre
P.O. Box 720
Paulina, LA 70763


Melowae Mcknight
103 Down The Bayou Road
Des Allemands, LA 70030


Meridian Resources & Expl, LLC
1401 Enclave Pkwy, Ste. 300
Houston, TX 77077-2054


Michael D. Stanfield
213 Cotton Bayou Lane
Kenner, LA 70065

Michael J. Torres
600 Cypress St.
Thibodaux, LA 70301


Michael N. Harlan
7 Wax Myrtle Lane
Covington, LA 70433


Michelle Lambert Daron
13645 Shelborne Road
Westfield, IN 46074


Michip, Inc.
1515 Poydras St., Ste. 1825
New Orleans, LA 70130


Mirror Lake Exploration, LLC
Attn: Russ Andress
106 Knipp Rd.
Houston, TX 77024


Missouri Pacific Railroad Co.
P. O. Box 730875
Dallas, TX 75373-0875


Modular Space Corporation
12603 Collections Center Drive
Chicago, IL 60693-0126


Molly Ann Poche Magee
15320 Tchefuncte Drive
Covington, LA 70433


Moncla E-Line Services, Inc.
635 Rue Scholastique
Scott, LA 70583

Moncla Workover & Drilling Opera
P. O. Box 53408
Lafayette, LA 70505


Morris P. Hebert, Inc.
P. O. Box 3106
Houma, LA 70360


N. Manale Test Trst f/b/a
C H Demspey, M Manale Trustee
4925 Dryades St.
New Orleans, LA 70115


NECO Trucking, Inc.
P. O. Box 279
Maurice, LA 70555


Neff Oil & Gas, LTD
100 Independence Place, Ste. 307
Tyler, TX 75703


Nell O & G Management, LLC
100 Independence Place, Ste. 307
Tyler, TX 75703


Nelson A. Zeringue, Jr.
P.O. Box 985
Shreveport, LA 71163


Newcastle Energy, Inc.
753 N. Beau Chene Drive
Mandeville, LA 70471


Newfield Exploration Co.
363 N. Sam Houston Pkwy, Ste 100
Houston, TX 77060

Nicholas Manale Test Trst f/b/o
G. Dempsey, M Manale Trustee
4925 Dryades Street
New Orleans, LA 70115


Noble Royalties, Inc.
d/b/a Brown Drake Royalties
P. O. Box 660082
Dallas, TX 75266-0082


Norman P. Zeringue
P.O. Box 464
Gramercy, LA 70052


Northlake Production, LLC
646 Adair St.
Mandeville, LA 70448


O'Brien's Response Mgmt, LLC
Dept. 3599
P. O. Box 123599
Dallas, TX 75312-3599


Office Depot Business Credit
Dept. 56-1326580003
P. O. Box 78004
Phoenix, AZ 85062-8004


Office of Mineral Resources
State of Louisiana
P. O. Drawer 2827
Baton Rouge, LA 70821-2827


Offshore Liftboats, LLC
P. O. Box 398
Cut Off, LA 70345

Offshore Specialty Fabricators
P. O. Box 1420
Houma, LA 70360


Oil & Gas Information Systems
5801 Edward Ranch Rd., Ste. 200
Fort Worth, TX 76109


Oilfield Professional Contractor
P. O. Box 448
Houma, LA 70361


Olimpia J. Constanza
5145 Mt. Shasta Lane
Marrero, LA 70072


Oliver Winchester, Sr.
6335 Hwy 18
Saint James, LA 70086


Oliver Winchester, Sr. USFRCT
6335 Hwy 18
Saint James, LA 70086


Olivia V. Thomas
1007 N. Starret Rd.
Metairie, LA 70003


Ona Investments, LLC
4820 Richland Ave.
Metairie, LA 70002


Ora Lee Beebe
8113 Barocco Drive
New Orleans, LA 70123

Ottinger Hebert, LLC
P. O. Drawer 52606
Lafayette, LA 70505-2606


Paloma Energy Consultants, LP
8203 Willow Place South
Ste. 390
Houston, TX 77070


Parkviw Land Company, LLC
20682 Hwy 3125
Paulina, LA 70763


Patricia Swims, LLC
1457 Eastridge Drive
Slidell, LA 70458


Patricia V. Ferguson Trust
Walerk KL Ferguson, Trustee
P. O. Box 5303
Austin, TX 78763


Patrick C. Deas, Sr.
3625 45th St.
Metairie, LA 70001


Patrick Charles Lambert
14310 Henry Savoy Road
Saint Amant, LA 70774


Patrick J. Zeringue
P.O. Box 155
Saint James, LA 70086


Paul Lyons
1333 Woodmere Drive
Mandeville, LA 70471

Pearl H. Stripling
P. O. Box 301
Fosters, AL 35463-0301


PEC Premier Safety Operations
233 General Patton Ave.
Mandeville, LA 70433


Peggy Trudeau
2201 Lyndell Dr.
Chalmette, LA 70043


Perkinson Energy Part JV93-1
P.O. Box 682945
Franklin, TN 37064


Petronyx, LLC
3501 N. Causeway Blvd., Ste. 210
Metairie, LA 70002


Pharos Marine Automatic Power
P. O. Box 4346, Dept. 253
Houston, TX 77210-4346


Philip J. Zeringue
1004 35th Street
Gretna, LA 70053


Phyllis Poirrier Bodin
P. O. Box 87
Vacherie, LA 70090


Pitney Bowes Global Financial
P. O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
P. O. Box 371874
Pittsburgh, PA 15250-7874


Pro-T Company, Inc.
P. O. Box 295
Broussard, LA 70518-0295


Providian Resources, LLC
P.O. Box 35984
Tulsa, OK 74153


PS Moore Mineral Partnership
6575 W. Loop S, Ste. 450
Bellaire, TX 77401


PTX Controls, LLC
P. O. Box 6288
Metairie, LA 70009-6288


Pumpjack Eight, L.P.
C/O Mandel Resources Corp.,INC
P.O> Box 449
Delray Beach, FL 33447-0449


Quality Energy Services, Inc.
P. O. Box 3190
Houma, LA 70361


R.P.S. Cementing Co., LLC
P. O. Box 176
Livonia, LA 70755


R360 Environmental Solutions
P. O. Box 1467
Jennings, LA 70546

RACD Oil, LLC
Attn: Anne Dardis
1405 Pier Ave.
Metairie, LA 70005


Randall S. Zeringue
103 Cane Street
Thibodaux, LA 70301


Randy P. Barras
15353 Beau Bois Dr.
Zachary, LA 70791


Raymond P. Zeringue, Jr.
P.O. Box 145
Saint James, LA 70086


Reelengine, LLC
131 Ayshire Court
Slidell, LA 70461


Reginald J. Zeringue
1109 Colony Road
Metairie, LA 70003


Regions Bank
Attn: Keith Mitchell
2000 Gateway St.
Grenada, MS 38901


Reliable Production SVC, Inc.
1090 Cinclaire Dr
Port Allen, LA 70767-3235


Rene S. Broussard, Jr.
386 Croydon Ave.
Baton Rouge, LA 70806

Reserves Management, L.C.
1800 Carol Sue Ave
Suite 4
Gretna, LA 70056


Resource Trans of America
P. O. Box 1229
Cameron, LA 70631


Richard F.  Price, Jr.
1100 Tulane Ave
Suite 326
New Orleans, LA 70112


Richard F. Price Estate
C/O John V. Price, Executor
Covington, LA 70434


Richard H. Gilmore
106 Park Place, Ste. 200
Covington, LA 70433


Richard L. Guerra
312 South 4th
McAllen, TX 78502


Richard P. Oubre
8640 Fruitwood Court
Fair Oaks, CA 95628


Rig-Chem, Inc.
Station 1, Box 10203
Houma, LA 70363-5990


Rita Mae Z. Faulkner
264 Cardinal Dr.
Slidell, LA 70458

River Rental Tools, Inc.
109 Derrick Rd.
Belle Chasse, LA 70037


Robert Anthony Zeringue, Sr.
73128 Louisiana Ave
Covington, LA 70433


Robert J. Zeringue
2714 Hwy 20 West
Vacherie, LA 70090


Robert L. Hall
203 Rue Mon Jardin
Madisonville, LA 70447


Robert Leblanc
P.O. Box 52765
Lafayette, LA 70505


Robert P. Hosford
1100 Tulane Ave., Ste. 326
New Orleans, LA 70112-1905


Robert Ruben Guerra, Jr.
c/o W. T. Guerra
Roma, TX 78584


Roberta Linder
701 Brown Thrasher Loop N
Madisonville, LA 70447


Roger D. Linder
Real Estate Account
1500 Dendinger Dr.
Covington, LA 70433

Roger D. Linder
106 Park Place, Ste. 200
Covington, LA 70433


Roger Linder
106 Park Place, Ste. 200
Covington, LA 70433


Roger Valentine
3005 Old Covington
Hammond, LA 70404


Roland A. Zeringue
196 Jolie Oaks Blvd
Thibodaux, LA 70301


Ronald J. & Hazel Scioneaux
22875 N. Oak St.
Vacherie, LA 70090


Ronald Joseph Steib
2348 North Bank Lane
Vacherie, LA 70090


Rosalind Kliebert Trosclaire
P. O. Box 2315
Reserve, LA 70084


Rosalinda G. Guerra, Trustee
V. H. Guerra Jr. Trust
P. O. Box 157
Roma, TX 78584


Rosemary Anne Oil, LLC
1405 Pier Ave
Metairie, LA 70005

Roy Zeringue
13391 Ash Street
Vacherie, LA 70090


Royley & Theresa Folse
P. O. Box 52
Saint James, LA 70086


Royley A. Folse, Jr.
P. O. Box 52
Saint James, LA 70086


Rudy Sparks
122 Riverbend Dr.
Patterson, LA 70392


Russell A. Becnel
P. O. Box 227
Donaldsonville, LA 70346


Ruth Folse Hirsch
15405 Ryan Ave.
Prairieville, LA 70769


S & S Operating Co., Inc.
P. O. Box 1250
Winnie, TX 77556


Salt Dome Partnership
P. O. Box 7
Patterson, LA 70392


Sandra J. Jones
756 Cumberland Cove
Southaven, MS 38671

Sandra K. Weathers
P.O. Box 2233
Columbus, MS 39704


Scott W. Spradley
753 N. Beau Chene Dr.
Mandeville, LA 70448


Select Oilfield Services, LLC
P. O. Box 728
Belle Chasse, LA 70037


Sempcheck Services
NDTRAK Technologies
P. O. Box 273274
Houston, TX 77277-3274


Settoon Construction, Inc.
P. O. Box 520
Metairie, LA 70033-9000


Settoon Dock Service
P. O. Box 760
Pierre Part, LA 70339


Shannon C. Leonard
1018 Sunset Canyon Drive North
Dripping Springs, TX 78620


Sharon F. King
953 Wild West Drive
Henderson, NV 89002


Shirley Deas Zibilich
4840 Hwy 22
Apt #9202
Mandeville, LA 70471

Shirley W. Zeringue, USUFRUCT
3922 Wooland Hill Court
Baton Rouge, LA 70816


Shirley Z. Hymel
8879 False River Rd
New Roads, LA 70760


Sidney J. Torres
2941 Highway 308
Raceland, LA 70394


Southern Solid Waste
6036 Farm Rd.
Iowa, LA 70647


Southwest Petroleum Co., LP
P. O. Box 702377
Dallas, TX 75370-2377


Spartan Energy Services, LLC
Attn: Dave Edelmaier
9595 Six Pines Drive, Ste. 4000
Spring, TX 77380


Spectra Energy
P. O. Box 201210
Houston, TX 77216-1210


SPL, Incorporated
P. O. Box 842013
Dallas, TX 75284-2013


Stabil Drill
P. O. Box 81548
Lafayette, LA 70598

Stacy Guy Allee
P. O. Box 255
Saint James, LA 70086


Stancil Property Tax, LLC
400 E. Las Colinas Blvd.
Irving, TX 75039


State of Louisiana
Office of Conservation
P. O. Box 51285 OCS
Lafayette, LA 70505


Stephanie Morales
660-5 Tete Lours Drive
Mandeville, LA 70471


Stephen O. Straub
944 Austin Hwy.
San Antonio, TX 78209


Stewart F. Peck
601 Poydras St., Ste. 2775
New Orleans, LA 70130


Stokes & Spiehler Offshore
P. O. Box 52006
Lafayette, LA 70505


Stone Energy Corporation
P. O. Box 52807
Lafayette, LA 70508-2807


Stratford Exploration, LLC
P. O. Box 404
Milton, LA 70558

Superior Energy Services, LLC
Dept. 2203
P. O. Box 122203
Dallas, TX 75312-2203


Superior Performance, Inc.
P. O. Box 1080
Broussard, LA 70518


Susan Ann Becnel Waguespack
38484 Cal Rd.
Gonzales, LA 70737


T & P Well Testers of Lafayette
P. O. Box 80456
Lafayette, LA 70598


Tamara Jenkins
919 Milam, Ste. 1910
Houston, TX 77002


Tanner Services, LLC
P. O. Box 940968
Houston, TX 77094-7968


Targa Midstream Services, LLC
P. O. Box 73689
Chicago, IL 60673-3689


Tarpon Rental, Inc.
P. O. Box 9023
Houma, LA 70361


Tasha Beth Blount Sheets
3317 Beech Drive
Gretna, LA 70056

Texas Eastern Transmission, LP
P. O. Box 201210
Houston, TX 77216


The Gardens of Lafayette
c/o Ronnie White Custom Homes
1003 E. Hugh Wallis Rd., Ste G-3
Lafayette, LA 70508


The Lofton Corporation
dba Lofton Staffing Services
P. O. Box 52101
Lafayette, LA 70505-2101


The Louisiana Land & Explorat
C/O Conoco Phillips
600 N. Dairy Ashford W. Lake 3
Houston, TX 77079


The Society of the Propagatiion
of the Faith
7887 Walmksley Ave.
New Orleans, LA 70125


Therese B. Kiff
5005 Warwick Drive
Marrero, LA 70072


Thomas & Agnes Kliebert
P. O. Drawer 130
Paulina, LA 70763


Thomas Tools
1200 Enclave Parkway
Houston, TX 77077


Three Z Investment, LLC
8726 Antioch Rd.
Baton Rouge, LA 70817

Thru-Tubing Systems
4102 Hwy. 90 West
New Iberia, LA 70560


Tiger Offshore Rentals
P. O. Box 733252
Dallas, TX 75373


Timothy G. Morales
280 Lotus Drive
Mandeville, LA 70471


Timothy Zeringue
P.O. Box 155
Saint James, LA 70086


Traco Production SVC, Inc.
P. O. Box 3307
Lafayette, LA 70502


Transvac, LLC
6619 Rice Cove Rd.
Abbeville, LA 70511


Treasure Bay Corporation LTD
Attn: Harvey R. Guthrye, CPL
P. O. Box 53844
Lafayette, LA 70505-3844


Trussco, Inc.
P. O. Box 3761
Lafayette, LA 70520


United Vision Logistics
P. O. Box 975357
Dallas, TX 75397-5357

Venable Royalty, Ltd
P. O. Box 171
Tyler, TX 75710


Venture Partners, LTD
P. O. Box 203029
Dallas, TX 75320-3029


Vermilion Parish Sheriff
P. O. Box 307
Abbeville, LA 70511


Vernon J. Engerran
231 Leeward Way
Freeport, TX 77541


Vinton Freedley, III
80 Cloudview Road
Sausalito, CA 94965


Virgil M. Blanchett
Route 1, Box 134
Senath, MO 63876


Virginia Dauterive Curry
203 Shannon Rd.
Lafayette, LA 70501


Vivian K. Zeringue, USUFRUCT
203 Lynwood Dive
Houma, LA 70360


Waldo J. Barras
890 E. Harrison Ave., Apt. #2
Pomona, CA 91767

Walker Louisiana Properties
P. O. Box 1048
Lake Charles, LA 70602


Walter Oil & Gas Corp.
Attn: Processing
1100 Louisiana, Suite 350
Houston, TX 77002


Walterine Porter Wagner
6800 Glengary Rd.
New Orleans, LA 70126


Wanda Wray Johnston Putman
2270 Cortina Ct.
Grand Junction, CO 81506


Wanda Zeringue Morris
43359 Shirely Canyon
Gonzales, LA 70737


Warren Joseph Lambert, Jr.
P.O. Box 814
Gramercy, LA 70052


Wayne D. Ankenman, Jr.
2704 West Lane Drive
Houston, TX 77027


Westmount Resoources, Inc.
5227 Stoneridge Court
Rosenberg, TX 77471


Whitnery Joseph Poirrier
2334 LA 20 West
Vacherie, LA 70090

Wilfred Louque, Jr.
P.O. Box 207
Paulina, LA 70763


Wililam Thomas Guerra
P. O. Box 906
Roma, TX 78584


William B. Pyle
P.O. Box 52430
Lafayette, LA 70505


William D. Patterson, Jr.
665 Baltzer-Rome Rd.
Tutwiler, MS 38963


William Joseph Lambert
5754 Hwy 44
Convent, LA 70723


William Morrison Curry, Jr.
413 Corona Drive
Lafayette, LA 70503


Williams Land Co., LLC
228 St. Charles Ave., Ste. 1323
New Orleans, LA 70130-2646


Willis Joseph Poirrier, Jr.
2340 LA 20 West
Vacherie, LA 70090


Willy J. Martin Jr.
Sheriff & Ex-Off Tax Collector
P. O. Box 83
Convent, LA 70723

Wood Group PSN, Inc.
P. O. Box 301415
Dallas, TX 75303-1415


Wood Group PSN, Inc.
17000 Katy Frwy, St. 150
Houston, TX 77094


X-Chem
P. O. Box 971433
Dallas, TX 75397-1433


Xerox Corporation
P. O. Box 650361
Dallas, TX 75265-0361


York Resources, Inc.
1722 Nantucket Drive
Houston, TX 77057


Yvonne M. Quijano
202 Dodge Ave.
Jefferson, LA 70121


Zedi US, Inc.
P. O. Box 51475
Lafayette, LA 70505-1475

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Linder Oil Company, A Partnership**          Case No.

                                             Debtor(s)      Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Manager of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 10, 2017**                    **/s/ G. Miles Biggs, Jr.**

                                                **G. Miles Biggs, Jr./Co-Manager**

                                                Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com