UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                              CASE NO. 17-51323
LINDER OIL COMPANY, A PARTNERSHIP                   CHAPTER 7
     DEBTOR

**EX PARTE**
**APPLICATION FOR APPOINTMENT OF COUNSEL FOR TRUSTEE**

TO THE HONORABLE BANKRUPTCY JUDGE:

The application of Lucy G. Sikes, duly appointed, qualified and acting Trustee in Bankruptcy of the above named debtor(s) respectfully represents:

**Jurisdiction and Venue**

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

2.

Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

The statutory basis for relief is 11 U.S.C. §327(a).

**Background**

4.

That in the administration of the estate of the aforesaid debtor(s) and in the performance of her duties as Trustee, it is necessary and in the best interests of the estate for applicant to employ counsel to aid the Trustee in liquidating assets, operate business for limited term, and any other matters the trustee deems necessary.

5.

That your applicant desires generally to retain John W. Luster, Attorney at Law, as counsel to assist and to represent her in her capacity as Trustee for the reason that your applicant believes him to be well qualified to act as her counsel in this matter; that he is duly licensed to practice before the United States Bankruptcy Court of this District; that he is well qualified and

well experienced to act in the capacity of counsel for your applicant. Counsel's hourly rate is $335.00 an hour.

6.

That said attorney is a disinterested person that does not hold or represent an interest adverse to the estate and has not served as an examiner in the case; that he has no connection with the United States Trustee or any employee of the Office of United States Trustee other than his membership on the Chapter Seven Panel of Trustees; said attorney shall not, while employed by applicant, represent a creditor in connection with the case; and that his employment as attorney will be in the best interests of this estate.

**Relief Requested**

7.

Lucy G. Sikes, Trustee, is requesting authority to employ John W. Luster, as her counsel under a general retainer and that the compensation of the counsel shall be fixed and paid as an expense of administration.

WHEREFORE, your applicant prays that she be authorized to employ and appoint the said John W. Luster, Attorney at Law, as her counsel to represent and assist applicant in this proceeding.

/s/ Lucy G. Sikes
LUCY G. SIKES, TRUSTEE
P. O. Box 6726
Shreveport, LA 71136
Telephone: (337) 366-0214
Email: lucygsikes1@gmail.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                                                         CASE NO. 17-51323
LINDER OIL COMPANY, A PARTNERSHIP      CHAPTER 7
      DEBTOR

****************************************************************************

STATE OF LOUISIANA

PARISH OF NATCHITOCHES

       The undersigned, being first duly sworn on oath states that he is the same person as the person named in the foregoing Application of Lucy G. Sikes, Trustee herein, and that he is an attorney and counselor at law of this State and has been duly admitted to practice in the United States Bankruptcy Court of this District. Affiant further states that he is a disinterested person and neither holds nor represents any adverse interest to the Trustee or the estate, and further states that he has not served as examiner in this case. Affiant further states that he is not employed by or connected with said Debtor(s) or with any person having an interest adverse to said Debtor(s). Affiant further states that he shall not, while employed by the Trustee, represent any creditor in connection with the case. Affiant further states that he has no connection with the United States Trustee or any employee of the Office of United States Trustee other than his membership on the Chapter Seven Panel of Trustees.

                                                   /s/ John W. Luster
                                     JOHN W. LUSTER, ATTORNEY AT LAW

       SWORN TO AND SUBSCRIBED before me, this 11th day of October, 2017, at Natchitoches, Louisiana.

                             /s/ Ellen Lee Tucker
                         Ellen Lee Tucker, Notary Public
                               Notary No. 059318
                        My Commission Expires: At Death

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Application for Appointment of Counsel for Trustee has been served on the debtor *at the address listed below,* by placing of the same in the United States mail, postage prepaid, and to debtor's attorney and the United States Trustee, electronically, through CM/ECF **on October 11, 2017**.

                        /s/ Lucy G. Sikes

**LINDER OIL COMPANY, A PARTNERSHIP**
**106 PARK PLACE, STE. 200**
**COVINGTON, LA 70433**
  **Debtor**

**H. Kent Aguillard**
**P.O. DRAWER 391**
**EUNICE LA 70535**
**kaguillard@yhalaw.com**
  **Attorney for Debtor (service by email only)**

**Office of the U. S. Trustee**
**300 Fannin Street, Room 3196**
**Shreveport, LA 71101**
ustpregion05.sh.ecf@usdoj.gov
  **United States Trustee (service by email only)**