Debtor name **Linder Oil Company, A Partnership**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **17-51323**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---
**Part 1:**    **Summary of Assets**
---

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     **211,375.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **20,222,743.21**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **20,434,118.21**

---
**Part 2:**    **Summary of Liabilities**
---

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **30,380.04**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **14,139,242.94**

4.   **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b      $     **14,169,622.98**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Linder Oil Company, A Partnership**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **17-51323**

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$60.65** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase- Treasury** | **Checking** | **4392** | **$287.79** |
| 3.2. | **JP Morgan Chase- Revenue Escrow** | **Savings** | **8636** | **$292,123.69** |
| 3.3. | **First Bank & Trust Lease** | **Checking** | **4327** | **$948.30** |
| 3.4. | **Portland Electric** | **Enron Bankruptcy** | **0001** | **Unknown** |
| 3.5. | **Brighthouse Financial** | | **9775** | **$53.00** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **JP Morgan Chase- CD Williams CD-Letter of credit** | **$50,000.00** |

|  | | |
|---|---|---|
| 4.2. | **JP Morgan Chase-CD Williams**<br>**Collaterall hold on Rev Escrow Account** | **$75,000.00** |

|  | | |
|---|---|---|
| 4.3. | **JP Mprgan Chase- CD TX Railroad** | **$25,000.00** |

|  | | |
|---|---|---|
| 4.4. | **Amounts paid to Railroad Commission of Texas in 2013, 2014, 2015, 2016 & 2017 for P &**<br>**A of Tytex No. 2 Well** | **$46,775.00** |

|  | | |
|---|---|---|
| 4.5. | **Amounts paid to Railroad Commission of Texas in 2013, 2014, 2015, 2016 & 2017 for P &**<br>**A of Robertson No. 1 Well** | **$47,107.10** |

| 5. | **Total of Part 1.** | **$537,355.53** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

|  | | |
|---|---|---|
| 7.1. | **Entergy Utility deposit Gretna** | **$363.00** |

|  | | |
|---|---|---|
| 7.2. | **Entergy Utility deposit Gretna** | **$363.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$726.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **164,283.08** | - | **0.00** | = .... | **$164,283.08** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 19,461,055.40 | - | 0.00 | =.... | $19,461,055.40 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $19,625,338.48 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment, supplies and furnishings in debtor's possession for Covington Office; see support document | **$0.00** | | **$20,352.88** |
| | miscellaneous office equipment, supplies and furnishings and electronics in debtor's possession for Gretna office; see support document | **$0.00** | | **$38,970.32** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **(2) Audubon prints** | **$0.00** | | **Unknown** |

| 43. | **Total of Part 7.** | | | **$59,323.20** |
|---|---|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
  ■ No
  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.
  ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**miscellaneous machinery and equipment in debtor's possession; see attached supporting documents** | **$0.00** | | **Unknown** |

| 51. | **Total of Part 8.** | | | **$0.00** |
|---|---|---|---|---|

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.
  ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| acreage, factory, warehouse, apartment or office building, if available. | | | |
| 55.1. **Lowry Liquid Hydrocarbons Handling Facility 673 Lowry Highway Lake Arthur, Louisiana 70549** | | | |
| **62.53 net acres** | Fee simple | $0.00 | $211,375.00 |
| 55.2. **Sabine Pass Shorebass Reseparation Facility 8900 South Gulfway Drive Sabine Pass, TX 77655** | | | |
| **18.419 acres** | Fee simple | $0.00 | Unknown |
| 55.3. **Mineral servitude - Greenbriar Acquisition: 10% of 8/8ths: 324 Acres, S14 & 15, T12S, R5W, Bayou Laccassine; Calcasieu Parish** | **Mineral interest** | $0.00 | Unknown |

56.  **Total of Part 9.**                                                    $211,375.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |

| | | | |
|---|---|---|---|
| 64. | **Other intangibles, or intellectual property**<br>**Tobin Base Map Data Administered by P2**<br>**Energy Solution** | $0.00 | Unknown |
| | **Geological Seismic Survey - South Marsh**<br>**Island 8 / Eugene Island 133** | $0.00 | Unknown |
| | **Geological Seismic Survey - South Timbalier**<br>**53** | $0.00 | Unknown |
| | **Geological Seismic Survey - West Cameron**<br>**168** | $0.00 | Unknown |
| | **Geological Seismic Survey - Eugene Island 74** | $0.00 | Unknown |
| | **Seismic Program - SMT Kingdom - License to**<br>**Use** | $0.00 | Unknown |

65.     **Goodwill**

66.     **Total of Part 10.**

| |
|---:|
| **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of<br>debtor's interest** |
|---|---|

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Met Life policy holder trust- dividend distribution**<br>**$17/qtr est** | Unknown |

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Hole Opener Corp- claim for all damages sustained as
       result of HOC's tool failure**                                                    **Unknown**
       Nature of claim
       Amount requested                          $0.00

       **Dishman & Bennett- claim for damages in the amount
       proved at trial.( also Hole Opener Corp as shown)**                               **Unknown**
       Nature of claim
       Amount requested                          $0.00

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Portland Electric- residual earnings from old plan
       investments- plan now closed**
       **$80/ qtr est.**                                                                 **Unknown**

       **Interest in Kyle-Peterman #2/Bayou Pigeon, LA**                                 **Unknown**

       **Interest in Kyle-Peterman #3/Bayou Pigeon, LA**                                 **Unknown**

       **Interest in Schwing #1/Bayou Bouillon, LA**                                     **Unknown**

       **Interest in EH Peterman #1/N. Bayou Pigeon, LA**                                **Unknown**

       **Interest in EH Peterman #2/N. Bayou Pigeon, LA**                                **Unknown**

       **Interest in Walker #A9/Lake Side, LA**                                          **Unknown**

       **Interest in Walker #A4/Lake Side, LA**                                          **Unknown**

       **Interest in Lakeside Gatherine**                                                **Unknown**

       **Interest in Walker #1/Lakeside, LA**                                            **Unknown**

| | |
|---|---|
| **Interest in Walker #1D/Lakeside, LA** | **Unknown** |
| **Interest in Walker SWD #1/Lakeside, LA** | **Unknown** |
| **Interest in Walker #2/Lakeside, LA** | **Unknown** |
| **Interest in Walker #3/Lakeside, LA** | **Unknown** |
| **Interest in SL 15223 #1/Lakeside, LA** | **Unknown** |
| **Interest in Williams, Inc., Bayou Long Facility** | **Unknown** |
| **Interest in Williams LLC SWD/Bayou Long** | **Unknown** |
| **Interest in Betty Blanchard #4/Jeanerette, LA** | **Unknown** |
| **Interest in Betty Blanchard #5/Jeanerette, LA** | **Unknown** |
| **Interest in Betty Blanchard #6/Jeanerette, LA** | **Unknown** |
| **Interest in Betty Blanchard #7/Jeanerette, LA** | **Unknown** |
| **Interest in Betty Blanchard #8/Jeanerette, LA** | **Unknown** |
| **Interest in Betty Blanchard #9/Jeanerette, LA** | **Unknown** |
| **Interest in Betty Blanchard #10/Jeanerette, LA** | **Unknown** |
| **Interest in Sabine Pass Shore Base Facil, LA** | **Unknown** |
| **Interest in Lowry Liq-Hydro Handling Facility** | **Unknown** |

78.    **Total of Part 11.**                                                                    $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $537,355.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $726.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,625,338.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $59,323.20 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $211,375.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,222,743.21 | + 91b. $211,375.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $20,434,118.21 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name    **Linder Oil Company, A Partnership**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **17-51323**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**G. Miles Biggs, Jr.**<br>**74360 River Road**<br>**Covington, LA 70433** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,353.09** | **$9,353.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Gaynell Melanson**<br>**4513 14th Street**<br>**Marrero, LA 70072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,750.00** | **$3,750.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**unpaid payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,725.00** | **$1,725.00** |
|---|---|---|---|---|

**Gracie Arcement**
**520 Huey P Long Ave**
**Gretna, LA 70053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **unpaid payroll** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,320.70** | **$3,320.70** |
|---|---|---|---|---|

**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$705.00** | **$705.00** |
|---|---|---|---|---|

**La. Dept. of Revenue**
**P. O. Box 91017**
**Baton Rouge, LA 70821-9017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,431.20** | **$1,431.20** |
|---|---|---|---|---|

**La. Dept. of Revenue**
**P. O. Box 201**
**Baton Rouge, LA 70821-0201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Severance Tax** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,750.00** | **$3,750.00** |
|-----|---|---|---|---|

**Libby Panepinto**
**3813 Lake Des Allemands**
**Harvey, LA 70058**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,523.05** | **$2,523.05** |
|-----|---|---|---|---|

**Lynn A. Moore**
**4233 Everglades Ave**
**Port Arthur, TX 77642**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$687.38** | **$687.38** |
|-----|---|---|---|---|

**Melowae Mcknight**
**103 Down The Bayou Road**
**Des Allemands, LA 70030**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,134.62** | **$3,134.62** |
|------|---|---|---|---|

**Willy J. Martin Jr.**
**Sheriff & Ex-Off Tax Collector**
**P. O. Box 83**
**Convent, LA 70723**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ad Valoreum Tax - College Pt.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,993.73 |
|---|---|---|---|
| | **106 Park Place, LLC**<br>**106 Park Place, Ste. 301**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **5055 Investment, LLC**<br>**4224 Rhone Drive**<br>**Kenner, LA 70065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,530.50 |
|---|---|---|---|
| | **A & W Operating Services, Inc.**<br>**P. O. Box 520**<br>**Pierre Part, LA 70339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **A. Cecil Zeringue**<br>**P.O. Box 9188**<br>**Houma, LA 70361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **A. Michele Moresi**<br>**3822 Cleary Way**<br>**Orlando, FL 32828** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **A.Lamar & G.Denegre, Trustees**<br>**C/O Mrs. Jane C. Legier**<br>**1401 Exposition Street**<br>**New Orleans, LA 70118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Abe's Boat Rental's Inc.**<br>**P. O. Box 549**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Abramowics Energy 1, LLC**<br>**22 Chateau Trianon Dr.**<br>**Kenner, LA 70065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$672.70** |
| --- | --- | --- | --- |
| | **Abramowicz Energy, LLC**<br>**22 Chateau Trianion, Dr.**<br>**Kenner, LA 70065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.00** |
| --- | --- | --- | --- |
| | **Acme Truck Line, Inc.**<br>**MSC-410683**<br>**P. O. Box 41500**<br>**Nashville, TN 37241-5000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,805.62** |
| --- | --- | --- | --- |
| | **AFCO**<br>**P. O. Box 4795**<br>**Carol Stream, IL 60197-4795** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$545.34** |
| --- | --- | --- | --- |
| | **AFLAC**<br>**Worldwide Headquarters**<br>**Columbus, GA 31999** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,646.59** |
| --- | --- | --- | --- |
| | **Aggreko, LLC**<br>**4607 W. Admiral Doyle Dr**<br>**New Iberia, LA 70560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,674.05** |
| --- | --- | --- | --- |
| | **Airgas Priority Nitrogen, LLC**<br>**P. O. Box 951873**<br>**Dallas, TX 75395-1873** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,344.65** |
|------|------|------|------|
| | **Airgas USA, LLC**<br>**P. O. Box 676015**<br>**Dallas, TX 75267-6031** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Open account** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Albert L. Lamar**<br>**5901 Garfield**<br>**New Orleans, LA 70115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Albert Zeringue, Jr.**<br>**P. O. Box 13**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Alec A. & Olivia G. Johnson**<br>**Family Trust**<br>**228 St.Charles Ave**<br>**Suite 1323**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Alfred D. Moresi**<br>**614 W. Phillips Court**<br>**Grand Prairie, TX 75051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Alfred P. Zeringue**<br>**56135 Hwy 445**<br>**Husser, LA 70442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.14** |
|------|------|------|------|
| | **Alfred W. Taylor Estate**<br>**201 Heymann Blvd., Ste. 30**<br>**Lafayette, LA 70503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Alice F. Stewart**<br>**5031**<br>**Eskridge Terace, NW**<br>**Washington, DC 20016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Alice Z. Brandt**<br>**114 N. Summit Street**<br>**Fairhope, AL 36532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Aline Z. Becnel**<br>**P. O. Box 227**<br>**Donaldsonville, LA 70346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234,842.92** |
| --- | --- | --- | --- |
| | **Allison Offshore Services**<br>**101 Galbert Rd.**<br>**Lafayette, LA 70506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Althea Schwing Cointment**<br>**P.O. Box 422**<br>**Plaquemine, LA 70764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Alvin Bergeron**<br>**138 Country View Lane**<br>**Franklin, LA 70538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Amelie H. Foster**<br>**405 Graveline Road**<br>**Gautier, MS 39553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$708.00** |
| --- | --- | --- | --- |
| | **American Recovery, LLC**<br>**6201 E Main St.**<br>**Cut Off, LA 70345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$844.98** |
| --- | --- | --- | --- |
| | **American Safety & Industrial Sup**<br>**111 Matrix Loop**<br>**Lafayette, LA 70507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Andre P. Robichaux**<br>**1750 E. 1st Street**<br>**Loveland, CO 80537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Andrea H. Milling**<br>**605 Hamm Street**<br>**Franklin, LA 70538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Angele B. Swanso, USUFRUCT**<br>**100 Christwood Blvd**<br>**Apt#137**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Angele B. Swanson**<br>**100 Christwood Blvd**<br>**Apt#137**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Angelle B. Relle**<br>**3504 N. Woodlawn**<br>**Metairie, LA 70006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ann Bullock Martin Jennings**<br>**116 Riverside Drive**<br>**Greenville, SC 29605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ann Dore**<br>**24010 Ferdinand Street**<br>**Plaquemine, LA 70764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ann Grzybowski**<br>**6728 Pikes Lane**<br>**Baton Rouge, LA 70808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ann H. Santen**<br>**8000 Varner Road**<br>**Cincinnati, OH 45243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ann Harder**<br>**4610 Regina Lane**<br>**Beaumont, TX 77706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ann M. Bowen**<br>**4302 French Villiage Ave**<br>**Baton Rouge, LA 70809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ann S. Swearingen**<br>**387 Old Haw Creek Road**<br>**Asheville, NC 28805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Anna Mae Z. Ledet**
**1360 Hwy. 307**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Anne L. Crail**
**18138 Green Lakes Courts**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Annelies O. Martinez**
**57835 Fort Street**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Anthony J. Saladino**
**3728 Severn Ave.**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Anthony Paul Zeringue**
**41134 Hwy 933**
**Prairieville, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Antoinette LeBlanc**
**4517 Glendale**
**Metairie, LA 70006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Anyson & Doris Scioneaux**
**4977 La. Hwy. 18**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$6,140.20** |

**3.50**    Nonpriority creditor's name and mailing address

**Archrock Services, LP**
**P. O. Box 201160**
**Dallas, TX 75320-1160**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$6,140.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**    Nonpriority creditor's name and mailing address

**Aries Marine Corporation**
**P. O. Drawer 51789**
**Lafayette, LA 70505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$38,120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**    Nonpriority creditor's name and mailing address

**Armand Erwin**
**10025 Inniswold Road**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53**    Nonpriority creditor's name and mailing address

**Arthur Billingsley**
**P. O. Box 53061**
**Lafayette, LA 70505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$101,361.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54**    Nonpriority creditor's name and mailing address

**Arthur L. Billingsley**
**P. O. Box 53061**
**Lafayette, LA 70505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$9,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55**    Nonpriority creditor's name and mailing address

**Arthur W. Herbert, III**
**4705 Garden Street**
**Metairie, LA 70001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56**    Nonpriority creditor's name and mailing address

**AT & T**
**P. O. Box 105262**
**Atlanta, GA 30348-5262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$837.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.81 |
|---|---|---|---|

**AT & T Mobility**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,064.80 |
|---|---|---|---|

**Atchaflalaya Measurement, Inc.**
**124 Credit Drive**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Atoinette G. Blanchet**
**10904 E. Adm. Doyle Drive**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Audrey M. Barnet**
**3145 Coastal Hwy 1104**
**Saint Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Austral Oil Trust**
**Mary Fagan, TTEE-c/o P. Fagan**
**P. O. Drawer 2220**
**Southampton, NY 11969-2220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AWP 1983 Trust**
**3310 West Main Street**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127,863.97 |
|---|---|---|---|

**AXIP Energy Services, LP**
**P. O. Box 732170**
**Dallas, TX 75373-2170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,465.86 |
|---|---|---|---|
| | **B & A Rentals & Supply, Inc.**<br>**P. O. Box 526**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,207.76 |
|---|---|---|---|
| | **B & J Corporation**<br>**P. O. Box 967**<br>**Lake Arthur, LA 70549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,207.76 |
|---|---|---|---|
| | **B & J Corporation**<br>**P. O. Box 967**<br>**Lake Arthur, LA 70549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unsecured Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|
| | **B & J Dock, LLC**<br>**P. O. Box 967**<br>**Lake Arthur, LA 70549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **B & L Exploration, LLC**<br>**One Galleria Blvd., Ste. 902**<br>**Metairie, LA 70001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,112.38 |
|---|---|---|---|
| | **B-ENT Kmatt, Inc.**<br>**P. O. Box 185**<br>**Dequincy, LA 70633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|
| | **B. R. Higgins**<br>**106 Park Place, Ste. 200**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$196,938.52** |
|---|---|---|---|
| | **Baker Hughes Oilfield Operations**<br>**5800 Hwy. 190 East**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | Basis for the claim: **Open account** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Balad W. Tebo, II**<br>**P.O. Box 23894**<br>**New Orleans, LA 70183** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Barbara Ann Cazes Becnel**<br>**P. O. Box 22**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Barbara Ann Nolle**<br>**4005 Land Avenue**<br>**Tampa, FL 33677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Barbara C. Rivers**<br>**757 Plantation Drive**<br>**Abita Springs, LA 70420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Barbara H. Davis**<br>**10439 Shell Rock**<br>**La Porte, TX 77571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Barbara Jean Becnel**<br>**P. O. Box 8**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara Jean Schwalb**
**8 Contour Drive**
**Abilene, TX 79606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara Kyle**
**7412 Shady Villa Lane**
**Houston, TX 77055**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara L. Kahle**
**#9 Bogue Court**
**Covington, LA 70435**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara Lee Hugo**
**5405 Caleb Ave.**
**Sacramento, CA 95819**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara M. Levert**
**1625 Valmont Street**
**New Orleans, LA 70115**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara R. Perkins**
**840 Balboa Ave.**
**Coronado, CA 92118-2425**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,413.70 |
|---|---|---|---|

**Barracuda Oil Tolls, LLC**
**1247 Coteau Rd.**
**Houma, LA 70364**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address

**Basin Exploration, Inc.**
**200 Travis, Ste. 201**
**Lafayette, LA 70503**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address

**Batya M. Friedman**
**228 St. Charles Ave**
**Suite 1323**
**New Orleans, LA 70130**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address

**Bayou Bouillon Corp.**
**C/O Mr. John Coleman**
**P.O. Box 592**
**Franklin, LA 70538**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address

**Bayou Inspection Services, Inc.**
**d/b/a Bayou Testers**
**P. O. Box 2336**
**Morgan City, LA 70381**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$4,220.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address

**Bell Degravelle O'Roark**
**648 Sunset Blvd**
**Baton Rouge, LA 70808**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **False River Rd**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address

**Bell Investments, LLC**
**Attn: John E. Bell**
**460 Carmargue Lane**
**Biloxi, MS 39531**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address

**Benoit Premium Threading, LLC**
**Dept. 3219**
**P. O. Box 123219**
**Dallas, TX 75312-3219**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$2,204.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Bermuda Dunes, LLC**<br>**5847 Heavenly Midst Lane**<br>**Las Vegas, NV 89135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Bernard B. Becnel, Jr.**<br>**220 Maxime Blvd.**<br>**Gray, LA 70359** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Beth B. Melebeck**<br>**120 Moss Street**<br>**Abbeville, LA 70510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,113.58** |
|------|---|---|---|
| | **Betty A. White Mioton**<br>**2828 State Street**<br>**New Orleans, LA 70118-5632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Betty Ann's Land, LLC**<br>**1746 East Nelson St.**<br>**Gonzales, LA 70737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Betty Cunningham, Trustee**<br>**1849 Lucks Road**<br>**Reynoldsburg, OH 43068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|
| | **Betty Hebert**<br>**58650 St. Clement Street**<br>**Plaquemine, LA 70764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Betty White Mioton**<br>**2828 State St**<br>**New Orleans, LA 70118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Beverly & Frank Hereford**<br>**P.O. Box 7905**<br>**Charlottesville, VA 22906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Beverly B. Nelson**<br>**501 Doll Street**<br>**Jeanerette, LA 70544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Beverly Marionneaux**<br>**63120 Belleview Road**<br>**Plaquemine, LA 70764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Billie L. Bagley**<br>**306 South Lafayette**<br>**San Saba, TX 76877** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Billie Smardon**<br>**P.O. Box 932**<br>**Sun Valley, ID 83353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Billy A. Blachett**<br>**12982 Portage Rd.**<br>**Vicksburg, MI 49097** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,257.39 |
|---|---|---|---|

**Blue Cross/Blue Shield Of LA**
P.O. Box 261798
Baton Rouge, LA 70826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premium**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Blue Heron Consulting, LLC**
205 Kipling Lane
Mandeville, LA 70448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobbie T. Pierce**
9532 Ventura Drive
Baton Rouge, LA 70812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Blanchett**
563 CR 303
Jonesboro, AR 72401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,286.73 |
|---|---|---|---|

**Bourque Vacuum Service, Inc.**
713 Colorado Rd.
Duson, LA 70529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bowie Lumber Associates**
A Partnership ion Commendam
228 St. Charles Ave.
New Orleans, LA 70130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BP Exploration & Prod. Inc**
200 Westlake Park Blvd
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Braden C. Despot** | ☐ Contingent | |
| | **P. O. Box 53381** | ☐ Unliquidated | |
| | **Lafayette, LA 70505** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bradford Milton** | ☐ Contingent | |
| | **607 Sparkling Brooke Lane** | ☐ Unliquidated | |
| | **Leander, TX 78641** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bradley E. Billingsley** | ☐ Contingent | |
| | **P. O. Box 52701** | ☐ Unliquidated | |
| | **Lafayette, LA 70505** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brenda Allday** | ☐ Contingent | |
| | **15189 Melrose Dr** | ☐ Unliquidated | |
| | **Prairieville, LA 70769** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brenda Bright Keller** | ☐ Contingent | |
| | **728 Fielding Ave** | ☐ Unliquidated | |
| | **Gretna, LA 70056** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brenda J. Hunt** | ☐ Contingent | |
| | **12289 MS Hwy. 12 West** | ☐ Unliquidated | |
| | **Starkville, MS 39759** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,708.00** |
|---|---|---|---|
| | **Brian E. Adorna, CPA, APC** | ☐ Contingent | |
| | **P. O. Box 9577** | ☐ Unliquidated | |
| | **Metairie, LA 70055-9577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brian Joseph Zeringue**<br>**41134 Hwy 933**<br>**Prairieville, LA 70769** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,880.00** |
|---|---|---|---|
| | **Brothers Oilfield SVC & Supply**<br>**P. O. Box 53408**<br>**Lafayette, LA 70505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bruce Lovelace, IV**<br>**B. Lovelace, III Natural Tutor**<br>**8202 Kelwood Ave**<br>**Baton Rouge, LA 70806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bryan L. Dormoy**<br>**1305 Belmont Place**<br>**Metairie, LA 70001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,878.40** |
|---|---|---|---|
| | **Cabil Oil Partners, LP**<br>**#3 Brassie Rd.**<br>**Eastchester, NY 10709-5407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,023.70** |
|---|---|---|---|
| | **Cactus Wellhead, LLC**<br>**One Greenway Plaza, Ste., 200**<br>**Houston, TX 77046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cadboro Petroleum, LLC**<br>**1847 Dock St., Ste. 204**<br>**New Orleans, LA 70123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,367.66 |
|---|---|---|---|

**Cadre Pump, Fabrication & Supply**
**Dept. 186-6, P. O. Box 4652**
**Houston, TX 77210-4652**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Calvin or Dora Blanchett**
**P. O. Box 524**
**Medina, TN 38355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,360.00 |
|---|---|---|---|

**Cambre Geological SVC, Inc.**
**5201 Mitchell Dale, Ste. A-10**
**Houston, TX 77092-7219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Camile V. Sigler**
**P.O. Box 656**
**Vashon Island, WA 98070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Camille Campbell Sykes**
**2411 Beach Blvd**
**Pascagoula, MS 39567**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Camors Family, LLC**
**10700 Camors Lane**
**Jeanerette, LA 70544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Carey Cotten Revocable Trust**
**9755 Bramblewood Way**
**Bethany, LA 71007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carl Marsak**
**P.O. Box 507**
**Mount Shasta, CA 96067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carla B. Gaudet**
**2405 Lee Drive**
**Pierre Part, LA 70339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carmen M. Wall**
**8732 W. Becker Lane**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carol A. Coleman**
**10706 Willowisp**
**Houston, TX 77035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carol Ann Ball**
**608 Jefferson Park**
**Jefferson, LA 70121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carol M. Jackson**
**3936 Percheron Drive**
**Mt. Pleasant, SC 29429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carol O. Myhand**
**P.O. Box 83762**
**Baton Rouge, LA 70884**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address

**Caroline P. Spurlock**
C/O Merrill Lynce 2AQ 20P96
P.O. Box 1447
Shreveport, LA 71164

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142** | Nonpriority creditor's name and mailing address

**Carolyn D. Lombardo**
1835 Hwy 59
Mandeville, LA 70448

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143** | Nonpriority creditor's name and mailing address

**Carolyn Doxey**
627 N. Saint Mary's Lane
Marietta, GA 30064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144** | Nonpriority creditor's name and mailing address

**Carolyn Howard**
2625 Chestnut St
New Orleans, LA 70130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145** | Nonpriority creditor's name and mailing address

**Carolyn W. Thibaut**
4742 Hwy 308
Napoleonville, LA 70390

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146** | Nonpriority creditor's name and mailing address

**Carrie Geier**
232 Pecan Ave
New Roads, LA 70760

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147** | Nonpriority creditor's name and mailing address

**Carroll & Elise Folse**
13463 Hwy. 644
Vacherie, LA 70090

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Carroll & Jo Anne Scioneaux**<br>**4131 Scioneaux Rd.**<br>**Vacherie, LA 70090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Carroll Folse**<br>**13463 Hwy. 644**<br>**Vacherie, LA 70090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Carroll Heitzman**<br>**1437 Melody Drive**<br>**Metairie, LA 70002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Catherine Dupre**<br>**1915 Alonzo Street**<br>**Opelousas, LA 70570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Catherine M. Beaullieu**<br>**Lafayette Bldg. Assn.**<br>**107 W. Vermilion**<br>**Lafayette, LA 70502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Catherine M. Clark**<br>**C/O Charles D. Marshall, Jr.**<br>**909 Poydras Street**<br>**Suite 2300**<br>**New Orleans, LA 70112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Cathy B. Prevost**<br>**201 Elmwood Street**<br>**Lafayette, LA 70503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cecil Zeringue**
**P. O. Box 9188**
**Houma, LA 70361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,681.07** |
|---|---|---|---|

**Cecilia G. Mcauliff**
**1209 Mill Valley Dr.**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chaparral Energy, LLC**
**P. O. Box 671550**
**Dallas, TX 75267-1550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charla Talbot**
**33017 Malinta Ave**
**Acton, CA 93510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charlene Zeringue Gravois**
**13095 Falgoust St.**
**Vacherie, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles A. Moresi**
**306 Canal Street**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles B. Jefferson, Jr.**
**1300 Van Brocklien Rd.**
**New Iberia, LA 70563-8949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Cambre**
**23495 Fall Road**
**Cicero, IN 46034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Campbell, Jr.**
**407 Heritage Place**
**Jackson, MS 39212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Champagne, Jr.**
**59655 Hwy 1148  Box 70**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles D. Marshall, Jr.**
**909 Poydras Street**
**Suite 2300**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles E. Schwing**
**9422 Common St**
**Suite 2**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Edward Engerran**
**231 Leeward Way**
**Freeport, TX 77541-9496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles English**
**103 Hollyberry Rd**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles Kyle**
**7504 Park Drive N.**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles L. Broussard, Jr.**
**P. O. Box 3851**
**Shreveport, LA 71113-3851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles N. Bell, Jr.**
**2704 Bramble Drive**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles P. Spurlock**
**4402  Fern Ave**
**Shreveport, LA 71105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles R. Meeker Trust #3084**
**c/o Bank of America, N.A.**
**P. O. Box 840738**
**Dallas, TX 75284-0738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles T. Beaullieu**
**206 Leicester Lane**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles T. Hoog**
**P.O. Box 515**
**Devine, TX 78016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charlotte P. Dann**
P.O. Box 9427
New Iberia, LA 70562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charlton & Mary Ogden II**
C/O Charlton Ogden, III
1100 Poydras
2100 Energy Center
New Orleans, LA 70163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.99** |
|---|---|---|---|

**Charter Communications Holdings**
P. O. Box 742614
Cincinnati, OH 45274-2614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,178.99** |
|---|---|---|---|

**Chase Card Services**
P. O. Box 94014
Palatine, IL 60094-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Children's Hospital Los Angeles**
4650 W. Sunset Blvd
Mail Stopr 21
Los Angeles, CA 90027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Van Way**
P. O. Box 52584
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christine Scott Spisak**
9950 Royal Woods Drive
Mobile, AL 36608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Christine Zeringue Carlomagno**
**111 Durham Drive**
**Lafayette, LA 70508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.184  **Nonpriority creditor's name and mailing address**
**Church of the Holy Communion**
**P.O. Box 474**
**Plaquemine, LA 70765**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.185  **Nonpriority creditor's name and mailing address**
**Cimarron Minerals Ltd Liab Co.**
**c/o Frost National Bank, Trustee**
**P. O. Box 1600**
**San Antonio, TX 78296-1600**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**$704.51**

---

3.186  **Nonpriority creditor's name and mailing address**
**City of Thibodeaux**
**Attn:  Finance Director**
**P. O. Box 5418**
**Thibodaux, LA 70302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.187  **Nonpriority creditor's name and mailing address**
**CKX Lands, Inc.**
**P. O. Box 1864**
**Lake Charles, LA 70602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.188  **Nonpriority creditor's name and mailing address**
**Claire B. Robert**
**41282 New Orleans Drive**
**Sorrento, LA 70778-3423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.189  **Nonpriority creditor's name and mailing address**
**Claire Leblanc**
**P.O. Box 331**
**Labadieville, LA 70372**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clara Dobie**
**888 Glen Crest Drive**
**Blanco, TX 78606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claude Barras, Sr.**
**5211 Bayou Black Dr.**
**Gibson, LA 70356-3413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claudette Mistretta**
**P. O. Box 274**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Claudette R. Harbin**
**1525 Live Oak St.**
**Sulphur Springs, TX 75482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Clean Gulf Associates**
**Dept. No. 368**
**P. O. Box 4869**
**Houston, TX 77210-4869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clifford Francis Poche, Jr.**
**P.O. Box 543**
**Lutcher, LA 70071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Club Oil & Gas LTD, LLC**
**66 Inverness Lane East**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Cobra Petroleum Company, L.P.<br>P.O. Box 8049<br>Rancho Santa Fe, CA 92067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Royalties Due | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Cockerell Oil Properties, LTD<br>1133 N. 2nd Street<br>Suite 202<br>Abilene, TX 79601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Royalties Due | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Coleen Achee Couch<br>100 Bent Tree Court<br>Irving, TX 75061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Royalties Due | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,137.06 |
|---|---|---|---|
| | Comm Engineering, Inc.<br>P. O. Box 53463<br>Lafayette, LA 70505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Open account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.34 |
|---|---|---|---|
| | Commerical Signs<br>1123 St. Charles St.<br>Houma, LA 70360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Open account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Connie Granier<br>799 Hwy. 307<br>Thibodaux, LA 70301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Royalties Due | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,250.95 |
|---|---|---|---|
| | Continental Operating Co.<br>1221 McKinney, Ste. 3700<br>Houston, TX 77010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Open account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cornelia C. Crawford**
**289 Turkey Creek HWY**
**Carthage, TN 37030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Couch Family Partnership**
**P.O. Box 24465**
**Little Rock, AR 72221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.11** |
|---|---|---|---|

**Covenanter Investements, Inc.**
**Attn:  Jerome C. Neely**
**525 Lankmark Ave.**
**Bloomington, IN 47403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,407.00** |
|---|---|---|---|

**Creole Compression, LLC**
**P. O. Box 448**
**Houma, LA 70361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Open account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,026.72** |
|---|---|---|---|

**Crescent Drilling Foreman, Inc.**
**2400 Veterans Memorial Blvd.**
**Ste. 110**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Open account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,618.75** |
|---|---|---|---|

**Crosby Tugs, LLC**
**P. O. Box 279**
**Golden Meadow, LA 70357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Open account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Crosstex Gulf Coast Marketing**
**P. O. Box 51820**
**Los Angeles, CA 90051-6120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Open account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Curocom Energy, LLC**<br>**10101 Harwin Drive**<br>**Houston, TX 77036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __Royalties Due__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cynthia R. Reynolds**<br>**59394 E. 288 Circle**<br>**Grove, OK 74344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cynthia Z. Dillenkoffer**<br>**c/o Julie M. Zeringue**<br>**111 Durham Dr.**<br>**Lafayette, LA 70509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __Royalties Due__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,296.00** |
|---|---|---|---|
| | **D & B Boat Rentals, Inc.**<br>**P. O. Box 483**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __Open account__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,504.55** |
|---|---|---|---|
| | **Dan R. Frantzen**<br>**15 Heatherstone**<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __Royalties Due__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Daniel Cambre**<br>**1309 Aztec Street**<br>**Metairie, LA 70005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __Royalties Due__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Daniel D. Billingsley**<br>**3254 E. Rockhampton St.**<br>**Meridian, ID 83642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __Royalties Due__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address**<br>**Daniel L. Taylor**<br>**123 Retta Drive**<br>**San Antonio, TX 78220** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address**<br>**Danile W. Spurlcok, III**<br>**1223 Quail Hollow Ave**<br>**Baton Rouge, LA 70810** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address**<br>**Darell Valentine**<br>**2562 Moyers Rd.**<br>**Richmond, CA 94806** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address**<br>**Darla B. Steagall**<br>**7739 Ben Fulger Rd.**<br>**Denham Springs, LA 70706-8546** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address**<br>**Data Technology Solutions, LC**<br>**P. O. Box 3742**<br>**Lafayette, LA 70502** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,568.62 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Open account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address**<br>**David Deas Curry**<br>**7439 Hampson Street**<br>**New Orleans, LA 70118** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address**<br>**David English**<br>**103 Hollyberry Rd**<br>**Severna Park, MD 21146** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,767.93** |
|---|---|---|---|
| | **David H. Guerra**<br>**P. O. Box 1025**<br>**Mission, TX 78572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **David M. Rhymes**<br>**10913 Mary St.**<br>**Omaha, NE 68164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **David Michael Poche**<br>**251 Sheryl Drive**<br>**Madison, MS 39110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **David P. Broadbridge**<br>**208 N. New Hampshire**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Deborah H. Woods**<br>**36 Nolen Street**<br>**Birmingham, AL 35242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Defelice Land Company, LLC**<br>**c/o Veron Bice Palermo & Wilson**<br>**P. O. Box 2125**<br>**Lake Charles, LA 70602-2125** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lawsuit: Defelice Land Company, LLC v.**<br>**ConocoPhillips Company, et al** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Denise Soileau**<br>**310 Wiltz St.**<br>**Rayne, LA 70578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,868.70 |
|---|---|---|---|

**Dennis D. Guerra**
**c/o Lydia Guerra**
**P. O. Box 157**
**Roma, TX 78584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis James Zeringue**
**2350 Lot 1 Choctaw Road**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Dept. of Environm Quality**
**Office of Air Quality**
**P. O. Box 82135**
**Baton Rouge, LA 70884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Destin Resources, LLC**
**1800 Carol Sue Ave**
**Suite4**
**Gretna, LA 70056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dewey J. Gonsoulin**
**8185 Evangeline**
**Beaumont, TX 77704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,820.00 |
|---|---|---|---|

**Diamond Tank Rentals, Inc.**
**P. O. Box 2706**
**Morgan City, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,557,903.48 |
|---|---|---|---|

**Dishman & Bennett Specialty**
**P. O. Box 287**
**Houma, LA 70361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dolores R. Weatherford**
**2726 Manley Ave**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donald Edwin Deas**
**1025 Eagle Lake Trail**
**Apt 407**
**Port Orange, FL 32129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.43 |
|---|---|---|---|

**Donald Mioton, III**
**279 Pleasant Ave., Apt. 2N**
**New York, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donald Zeringue**
**2439 St. John Place**
**Donaldsonville, LA 70346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donna M. Girard**
**420 Robert E. Lee Blvd**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donna McDonnell**
**P.O. Box 547**
**Biloxi, MS 39533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donovan & Christine Scioneaux**
**41106 Maurice Bourgeois Rd.**
**Saint Amant, LA 70774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.246**
Nonpriority creditor's name and mailing address
**Doriene E. Oliver**
**892 El Camino**
**Boulder City, NV 89005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247**
Nonpriority creditor's name and mailing address
**Doris Ann Pettus**
**30755 HWY 75**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248**
Nonpriority creditor's name and mailing address
**Doris Lucille Poirrier**
**P.O. Box 87**
**Vacherie, LA 70090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249**
Nonpriority creditor's name and mailing address
**Doris R. Callender**
**350 Volunteer Drive #120**
**Paris, TN 38242**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250**
Nonpriority creditor's name and mailing address
**Doris Rita Deas McReynolds**
**10742 Thistlewood Dr.**
**Baton Rouge, LA 70810-2905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251**
Nonpriority creditor's name and mailing address
**Doris Z. Hymel**
**P. O. Box 48**
**Saint James, LA 70086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252**
Nonpriority creditor's name and mailing address
**Dorothy B. Domolise**
**5240 Annunciation Street**
**New Orleans, LA 70155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorothy Brignac Franco**
**110 Broadmoor Dr**
**Daphne, AL 36652**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorothy Gianelloni**
**10407 East Groner Ave**
**Baton Rouge, LA 70809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,003.89** |
|---|---|---|---|

**Dorothy Price Neville**
**1100 Tulane Ave., Ste. 326**
**New Orleans, LA 70112-1905**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dorothy T. Rice**
**4106 Walnut Drive**
**New Iberia, LA 70560**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Douglas D. Winston**
**1804 Yale Ave**
**Metairie, LA 70003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Douglas S. Montgomery**
**15215 Blue Ash Drive**
**Apt # 604**
**Houston, TX 77090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dr. Herschel Howard Franklin**
**4939 Anniston Circle**
**Tampa, FL 33647**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**E. Bourgeois Children's Trust**
**Mary & David Bourgeois Trustee**
**665 E. Main Street**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**E. Hummel Killgore**
**815 River Oaks Drive**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**E.A. Taylor**
**P.O. Box 275**
**Castaic, CA 91310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Earl A. Allain**
**23965 Sherwood Drive**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Earl Allain Trust**
**C/O Frank B. Allain, Trustee**
**30735 Hwy 75**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,468.66 |
|---|---|---|---|

**Eaton Oil Tools, Inc.**
**P. O. Box 1050**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edra H. Bogucki**
**255 Southland Drive**
**Lumberton, TX 77657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 53 of 230

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.267**  Nonpriority creditor's name and mailing address

**Edward B. Middleton**
**22160 Talbot Drive**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.268**  Nonpriority creditor's name and mailing address

**Edward B. Schwing, IV**
**2178 San Vicente Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.269**  Nonpriority creditor's name and mailing address

**Edward Cambre, Jr.**
**4417 Avron Blvd**
**Metairie, LA 70006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.270**  Nonpriority creditor's name and mailing address

**Edward Erwin, III**
**27620 Intracoastal Road**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.271**  Nonpriority creditor's name and mailing address

**Edward L. Levert, Jr.**
**710 Eleonore Street**
**New Orleans, LA 70115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.272**  Nonpriority creditor's name and mailing address

**Edward M. Sigler**
**P.O. Box 266**
**Umatilla, FL 32784**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.273**  Nonpriority creditor's name and mailing address

**Edward P. Labruyere, Jr.**
**217 Shirley Dr.**
**Minden, LA 71055-2042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Edward Paul Louque**<br>**12520 Lakeland Drive**<br>**Walker, LA 70785** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Edward S. Miller, III**<br>**P.O. Box 187**<br>**Jeanerette, LA 70544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Elbert J. Day, Jr.**<br>**1641 S. Montgomery St.**<br>**Starkville, MS 39759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Eldan, LLC**<br>**P.O. Box 366**<br>**Patterson, LA 70392** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|
| | **Element Materials Technology**<br>**Lafayette**<br>**32532 Collection Center Dr**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Elise R. Folse**<br>**13463 Hwy. 644**<br>**Vacherie, LA 70090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Elise Z. Henderson**<br>**P. O. Box 8**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth A. Bourgeois**
**665 E. Main Street**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Ann Johnston**
**11409 Sugar Lane**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth J. Cross**
**P. O. Box 61774**
**Lafayette, LA 70596-1774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth K. Cambra**
**28 Burchell Ave.**
**Freedom, CA 95019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth M. Mandelli**
**C/O John M. Page**
**601 Poydras, 21st Floor**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Perino**
**201 Sycamore Drive**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Sovine**
**P.O. Box 527**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth T. Henslee**
**C/O Harry L. Henslee, Jr.**
**4607 Connestee Trail**
**Brevard, NC 28712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Williams LA Trust**
**C/O Williams, Inc**
**228 St. Charles Ave**
**Suite 1323**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Z. Ordeneaux**
**P. O. Box 144**
**Paulina, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elize Z. Henderson**
**644 Arlington Ave.**
**Baton Rouge, LA 70806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ellis Rudy, LTD**
**22499 Imperial Valley Drive**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elodie M. Gonsoulin**
**P.O. Box 69**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elomore Louque**
**5054 Elmo Louique Street**
**Convent, LA 70723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elton J. Beaullieu, Jr.**
**219 Sandager Ave**
**Jeanerette, LA 70544**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elvira Porter Phillips**
**19004 Galway Ave**
**Carson, CA 90746**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emerald Coast Energy, LLC**
**1333 Woodmere Drive**
**Mandeville, LA 70471**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emile A. Rainold, III**
**5375 Preserve Drive**
**Greenwood Village, CO 80121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emma Jo D. Williamson**
**58515 St.Clement Ave**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.76 |
|---|---|---|---|

**Entergy**
**P. O. Box 8104**
**Baton Rouge, LA 70891-8104**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik G. Harkey**
**P.O. Box 1216**
**Columbia, MS 39426**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Ernest & Belinda Latham Revocble** | ☐ Contingent | |
| | **TST,C/O Belinda Latham, TRSTEE** | ☐ Unliquidated | |
| | **5 Cabernet CT** | ☐ Disputed | |
| | **Scotts Valley, CA 95066** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Ernest Latham Trust** | ☐ Contingent | |
| | **M&T Invest Grp TST RE MD2-CS54** | ☐ Unliquidated | |
| | **P.O. Box 1596** | ☐ Disputed | |
| | **Baltimore, MD 21203** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Estate Gloria M. Parr** | ☐ Contingent | |
| | **C/O Michael Warneke, Executor** | ☐ Unliquidated | |
| | **3245 Prince George Drive** | ☐ Disputed | |
| | **Friendswood, TX 77546** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Estate of Dorothy Earnest** | ☐ Contingent | |
| | **C/O Frost Nat Bnk T-7KIM Stahl** | ☐ Unliquidated | |
| | **P.O. Box 1600** | ☐ Disputed | |
| | **San Antonio, TX 78296** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Estate of Eola M. Pierce Aubin** | ☐ Contingent | |
| | **c/o Terry Aubin** | ☐ Unliquidated | |
| | **106 Lawrence Blvd.** | ☐ Disputed | |
| | **Pineville, LA 71360** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Estate of J. Mathis Brown** | ☐ Contingent | |
| | **P.O. Box 517** | ☐ Unliquidated | |
| | **Gaffney, SC 29342** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Estate of Rosalie M. Myers** | ☐ Contingent | |
| | **Ronald D. Myers, Executor** | ☐ Unliquidated | |
| | **83 Fruitland Ave** | ☐ Disputed | |
| | **Watsonville, CA 95076** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethel Melancon Roussel**
3624 Ramey Drive
Zachary, LA 70791-4560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethel Z. Oubre**
35199 Cotton Drive
Donaldsonville, LA 70346

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Etienne A. Zeringue**
206 Monsanto
Luling, LA 70070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eugene P. Zeringue**
400 Mansfield Dr.
Slidell, LA 70458-7300

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eugenie T. Anderson**
3628 Therondunn Court
Plano, TX 75023

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,124.80** |
|---|---|---|---|

**F A S Environmental SVC., LLC**
P. O. Box 760
Pierre Part, LA 70339

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fairfax Foster Bailey Trust**
P.O. Box 842
Baton Rouge, LA 70821

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Faviola Porter Terry**
**3609 Washington Ave.**
**New Orleans, LA 70125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fay M. Foreman**
**915 S. College Rd**
**Apt#52**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Faye Ordoyne**
**15209 Melrose Dr**
**Prairieville, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440.14** |
|---|---|---|---|

**Federal Express Corp.**
**P. O. Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Open account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,154.49** |
|---|---|---|---|

**Federal Royalty Properties, LLC**
**2001 Kirby Dr., Ste. 1200**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Felix F. Rhymes**
**4518 Larch Lane**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Felton M. Johnston, Jr.**
**4506 Tourney Rd.**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FFO Lakeside, LLC**
**Attn:  Kevin Frischhertz**
**4240 Toulouse St.**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FFO, LLC**
**4240 Toulouse St.**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,128.14 |
|---|---|---|---|

**Fielding L. Cocke**
**919 Milam, Ste. 1910**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,227.34 |
|---|---|---|---|

**Fieldwood Energy, LLC**
**2000 W. Sam Houston Pkwy South**
**Ste. 1200**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fink & Fleming Partnership**
**Joell S. Fleming, G.M.**
**6335 W. NOrhtwest Hwy**
**#417**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Five Starr Roy.Partners, LTD**
**P.O> Box 22084**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,317.50 |
|---|---|---|---|

**Fleet Operators, Inc.**
**P. O. Box 350**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Richard Martin Trust**
**C/O Florida M. Ritchie, TRSTEE**
**P.O. Box 241782**
**Little Rock, AR 72223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Richard Martin Trust**
**C/O Florid M. Ritchie, Tustee**
**P.O. Box 241782**
**Little Rock, AR 72223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,908.57 |
|---|---|---|---|

**Fort Apache Drilling, LP**
**161 Ranch Drive**
**Boerne, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frances C. Foster**
**P.O. Box 187**
**Angola, LA 70712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frances Huggins**
**12306 Lake Ladare**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frances J. Zeringue**
**12208 Verba Lane**
**Saint Amant, LA 70774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frances L. Rayner**
**6408 Loveland Street**
**Metairie, LA 70003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frances Lacy Patterson**
650A Highland Colony Prkwy
Apt. 206 - Beau Ridge
Ridgeland, MS 39157

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frances R. Becnel**
P. O. Box 125
Belle Rose, LA 70341

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francine M. Slimmer**
5725 La. Hwy. 44
Convent, LA 70723

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francis LeBlanc**
4101 Plaza Tower Drive
Apt # 203
Baton Rouge, LA 70816

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francis LeBlanc, USUFRUCT**
4101 Plaza Tower Drive
Apt#203
Baton Rouge, LA 70816

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,884.60** |
|---|---|---|---|

**Francis Torque Service**
7 Dufresne Loop
Luling, LA 70070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francis W. Miller**
1543 False River Drive
New Roads, LA 70760

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank A. Barras**
**225 Azelia**
**Westwego, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank B. Allain**
**30735 Hwy 75**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Baist Company**
**23635 Railroad Ave**
**Plaquemine, LA 70765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank D. Rogers**
**11612 Old Jeanerette Road**
**Lot 2**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank David Beaullieu, IV**
**111 Leisure Lane**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Hereford**
**P.O. Box 7905**
**Charlottesville, VA 22906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,503.61 |
|---|---|---|---|

**Frank J. Hosford, III**
**1100 Tulane Ave., Ste. 326**
**New Orleans, LA 70112-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Frank J. Kearny Marital Trust**
**Frank J. Kearny, III Trustee**
**103 Limekiln Drive**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,790.69** |
| --- | --- | --- | --- |

**Franks International**
**10260 Westheimer, Ste. 600**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Fred A. Bidwell**
**627 S. 120 W**
**Hurricane, UT 84737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Frederick L. Deare**
**328 Druilhet**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Fredrick R. Bailey**
**P.O. Box 324**
**Washington, LA 70589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
| --- | --- | --- | --- |

**Fringe Benefit Administrators**
**110 Veterans Blvd., Ste. 120**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Furcy J. Zeringue, II**
**1540 Persimmion Ave**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 66 of 230

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Future Promises, LLC**
**701 Brown Thrasher Loop N.**
**Madisonville, LA 70447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361,186.80** |
|---|---|---|---|

**G. Miles Biggs, Jr.**
**74360 River Road**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**G. Shekby Friedrichs, Jr.**
**140 E. Oakridge Park**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**G.S. Sloan, LLC**
**Gladys Nunn Slaon, Trustee**
**P.O. Box 2434**
**Mandeville, LA 70470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gaines English**
**1281 Bluebird Lane**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary Lynn Day**
**4874 MS Hwy 182**
**Starkville, MS 39759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary Valentine**
**1616 Foy St.**
**New Orleans, LA 70122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gayle M. Schwing**
**P.O. Box 569**
**Plaquemine, LA 70765**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gene H. Jefferson**
**202 Edgewater Dr.**
**New Iberia, LA 70563**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gene M. Zeringue**
**P.O. Box 26**
**Saint James, LA 70086**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Genevieve Wilson**
**9304 Agnes Plantation Road**
**Abbeville, LA 70510**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Moresi, Sr.**
**2709 Kris Kringle Road**
**Jeanerette, LA 70544**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,052.36 |
|---|---|---|---|

**George Sherman**
**100 Russell St.**
**Starkville, MS 39759**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Trappey, Jr.**
**6000 W. Old Spanish Trail**
**New Iberia, LA 70560**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **George W. Tebo, Jr.**<br>**3721 Floyd Drive**<br>**Baton Rouge, LA 70808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Georgene Cambre**<br>**202 Royalwood Dr**<br>**Monticello, IN 47960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Georgia A. Webb**<br>**P.O. Box 351**<br>**Morgan City, LA 70381** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Gerald F. Achee**<br>**38407 Welsh Dr.**<br>**Prairieville, LA 70769** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Gerald J. Torres**<br>**22936 North Rosary St.**<br>**Vacherie, LA 70090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Gerald Melancon**<br>**P. O. Box 277**<br>**La Place, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Gerald Moresi**<br>**105 Girouard Road North**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geraldine A. Smith**
**P.O. Box 619**
**Brackettville, TX 78832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geraldine H. Mull**
**19660 Sunshine Ave**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerard L. Romero, II**
**8018 Oakwood Hollow**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,500.00** |
|---|---|---|---|

**Gilmore Petroleum Co., LLC**
**79 S. Wren St.**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glen Zeringue**
**P.O. Box 56**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glenn Blanchett**
**1601 C.R. 309**
**Poplar Bluff, MO 63901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Globe-Texas Company**
**C/O Walker LA Propertie**
**P.O. Box 1048**
**Lake Charles, LA 70602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gloria B. Doll**
**225 Parkview Drive**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gloria G. Bishop**
**410 Milmo Street**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,115.28 |
|---|---|---|---|

**Goodrich Land & Energy, LLC**
**1001 Fannin St., Ste. 4670**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grace Louque Roussel**
**5026 Elmo Louque St.**
**Convent, LA 70723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Gracie Arcement**
**4048 Tall Timbers Dr**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grangnard Brothers, Inc.**
**P. O. Box 186**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gregory P. Zeringue**
**5655 LA Hwy 18**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.393** | **Nonpriority creditor's name and mailing address**
**Gretchen Lovelace**
**8202 Kelwood Drive**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.394** | **Nonpriority creditor's name and mailing address**
**Gretchen M. Kantrow**
**C/O Charles D. Marshall, Jr**
**909 Poydras Street**
**Suire 2300**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.395** | **Nonpriority creditor's name and mailing address**
**Gulf Crane Services, Inc.**
**P. O. Box 1843**
**Covington, LA 70434-1843**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,747.07**

---

**3.396** | **Nonpriority creditor's name and mailing address**
**Gulf Wells, Inc.**
**P. O. Box 549**
**Belle Chasse, LA 70037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ☒ No ☐ Yes

**$77,707.20**

---

**3.397** | **Nonpriority creditor's name and mailing address**
**Gwendolyn B. Cole**
**413 Ida Street**
**Franklin, LA 70538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.398** | **Nonpriority creditor's name and mailing address**
**Gwendolyn J. Vetsch**
**100 Paleo Dr.**
**Monroe, LA 71203-8844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.399** | **Nonpriority creditor's name and mailing address**
**Gwendolyn Zeriungue Beloat**
**1403 W. Broadway Ave., #117**
**Apache Junction, AZ 85120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,501.07 |
|---|---|---|---|

**H. P. Guerra, III**
**200 Cenzio**
**Rio Grande City, TX 78582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**H.J. Moresi, Jr. Estate**
**Rt 3 Box 1524**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haidee Broessler Trust**
**Argent Trust Co Of LA, Trustee**
**P.O> Box 1410**
**Ruston, LA 71273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,394.26 |
|---|---|---|---|

**Halliburton Energy Services**
**P. O. Box 301341**
**Dallas, TX 75303-1341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harbridge Petroleum Corp.**
**c/o John Harlan**
**353 Christwood Lane**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harold G. Gonsoulin**
**P.O. Box 428**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harriet P. Bell**
**403 Live Oak Dr**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harriss Muller**
**280 N.W. Birch Place**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harry C. Victery, Jr.**
**P. O. Box 27499**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harry J. Moresi, III**
**6456 Pheasant Finch Ace**
**Huber Heights, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130,192.46** |
|---|---|---|---|

**Harvest Pipeline Company**
**P. O. Box 61529**
**Houston, TX 77208-1529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hazel C. Warren**
**107 LafayetteCourt**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hebert G. Monnin**
**410 Piute**
**Phoenix, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,501.07** |
|---|---|---|---|

**Hector F. Guerra**
**Starr Route, Box 68**
**Rio Grande City, TX 78582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hedwig Carville**
**57724 Erwin Drive**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Helen B. Chachere**
**504 Ayershire Drive**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Helen Erwin**
**732 Wordsworth Drive**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Helen M. White**
**524 Azalea Lane**
**Pineville, LA 71360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $682.56 |
|---|---|---|---|

**Helen McDermott Moore**
**33 Cromwell Pkwy**
**Summit, NJ 07901-1727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Bergeron, Jr.**
**684 Parish Road #131**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Fielding Lewis, Jr.**
**P.O. Box 140**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Henry Fielding Lewis, Jr.**
**P.O. Box 140**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Henry Libby**
**3309 Harness Creek Road**
**Annapolis, MD 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Henry Zeringue**
**7159 Tip Top Street**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158,573.78** |
|---|---|---|---|

**Hercules Offshore Corp.**
**P. O. Box 4346, Dept. 325**
**Houston, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,868.68** |
|---|---|---|---|

**Heron A. Guerra**
**c/o Lydia Guerra**
**P. O. Box 157**
**Roma, TX 78584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423.06** |
|---|---|---|---|

**HGFLT, LLC**
**1001 Fannin St., Ste. 4670**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,764.58** |
|---|---|---|---|

**Hilcorp Energy Company**
**1111 Travis St.**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,965.31** |
|-------|---|---|---|
| | **Hilliard Petroleum, Inc.**<br>**401 Edwards, Ste. 2000**<br>**Shreveport, LA 71101-3160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,999.66** |
|-------|---|---|---|
| | **Hole Opener Corporation**<br>**P. O. Box 82006**<br>**Lafayette, LA 70598-2006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|-------|---|---|---|
| | **Home Protection Systems, Inc.**<br>**P. O. Box 6933**<br>**New Orleans, LA 70174** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,541.00** |
|-------|---|---|---|
| | **Hornet Services Company, LLC**<br>**1810 Airport Rd.**<br>**Jennings, LA 70546** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|
| | **Howard & Stephanie Stanley**<br>**15 Green Briar Drive**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-------|---|---|---|
| | **Howard Stanley**<br>**15 Green Briar Drive**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,887.04** |
|-------|---|---|---|
| | **HPG Oil Interests, LLC**<br>**2306 Persa**<br>**Houston, TX 77019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.50 |
|---|---|---|---|
| | **Hubert Savoy Trucking, LLC**<br>**910 W. Branche St.**<br>**Rayne, LA 70578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,258.21 |
|---|---|---|---|
| | **Hy-Bon Engineering, Inc.**<br>**2404 Commerce Drive**<br>**Midland, TX 79704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **I. Lewis Libby**<br>**670 Live Oak Drive**<br>**Mc Lean, VA 22101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|
| | **Imagine Technology, Inc.**<br>**824 Hickory St.**<br>**Gretna, LA 70056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,008.17 |
|---|---|---|---|
| | **Integrity Supply, LLC**<br>**2704 North Drive**<br>**Abbeville, LA 70510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,599.50 |
|---|---|---|---|
| | **Intracoastal Liquid Mud, Inc.**<br>**P. O. Box 51784**<br>**Lafayette, LA 70505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,526.44 |
|---|---|---|---|
| | **IPFS Corporation**<br>**P. O. Box 730223**<br>**Dallas, TX 75373-0223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Open account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ira B. Harkey, III**<br>**3305 Parliament Drive**<br>**Ocean Springs, MS 39564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,104.66 |
|---|---|---|---|
| | **Irongate Energy Services**<br>**1950 State Hwy. 249, Ste. 600**<br>**Houston, TX 77070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Open account** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Irvy E. Cosse, Jr.**<br>**1130 St. Charles Ave**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,487.00 |
|---|---|---|---|
| | **Island Operating Co., Inc.**<br>**P. O. Box 27783**<br>**Houston, TX 77227-7783** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Open account** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **J. B. Roger Zeringue**<br>**105 Rice Drive**<br>**Bear, DE 19701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,812.69 |
|---|---|---|---|
| | **J. Connor Consulting, Inc.**<br>**19219 Katy Freeway, Ste. 200**<br>**Houston, TX 77094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Open account** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **J. Edgard Melancon**<br>**P. O. Box 370**<br>**Paulina, LA 70763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**J. J. Meeker**
**P. O. Box 6126**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Royalties Due_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**J. Margaret Moresi**
**4 Ridge Road**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Royalties Due_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**J. Victorin Zeringue**
**5655 LA. 18**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Royalties Due_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**J.Alfred Levert, II**
**24209 Oaklawn Plantation**
**Pass Christian, MS 39571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Royalties Due_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**J.D. Coinment, LLC**
**7709 Queens Garden Drive**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Royalties Due_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacqueline B. Dantin**
**P.O. Box 462**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Royalties Due_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamen, LLC**
**P. O. Box 187**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.456 | **Nonpriority creditor's name and mailing address**<br>**James & Melonie Bayham, Jr.**<br>**24505 Kirtley Dr**<br>**Plaquemine, LA 70764**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.457 | **Nonpriority creditor's name and mailing address**<br>**James Achee**<br>**100 Bent Tree CT**<br>**Irving, TX 75061**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.458 | **Nonpriority creditor's name and mailing address**<br>**James David Pierce**<br>**378 N. 3rd Ave**<br>**Apt #2**<br>**Des Plaines, IL 60016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.459 | **Nonpriority creditor's name and mailing address**<br>**James Dupont**<br>**P.O. Box 627**<br>**Plaquemine, LA 70764**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.460 | **Nonpriority creditor's name and mailing address**<br>**James H. Stone Interests**<br>**Attn:  Barbara Weekley**<br>**211 Rue De Jean, Ste. 127**<br>**Lafayette, LA 70508**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.461 | **Nonpriority creditor's name and mailing address**<br>**James P. Ricks, Jr.**<br>**P.O. Box 1502**<br>**Scott, LA 70583**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.462 | **Nonpriority creditor's name and mailing address**<br>**James W. Ivy**<br>**893 El Camino Way**<br>**Boulder City, NV 89005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jane C. Deville**
**590 Whiteapple Rd SW**
**Roxie, MS 39661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jane Cunningham**
**P.O. Box 972**
**Fairhope, AL 36533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jane E. Deas**
**14 Maryland Drive**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jane P. Curry**
**7820 Millicent Way #704**
**Shreveport, LA 71105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jane R. Boudreaux**
**901 Alice Drive**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Janet B. Brown**
**18116 Hwy 10 East**
**Clinton, LA 70722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Janet B. Maumus**
**4623 Arts Street**
**New Orleans, LA 70122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Janet D. Legrand**<br>**1106 Woodcastle Drive**<br>**Corsicana, TX 75110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Janet W. Zeringue**<br>**206 Monsanto Street**<br>**Luling, LA 70070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Janice Poche Quirk**<br>**235 Donalson Drive**<br>**Munroe Falls, OH 44262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Janis D. Belanger**<br>**4034 Idaho Ave.**<br>**Kenner, LA 70065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jase G. Romero**<br>**15801 FM969**<br>**Austin, TX 78724** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jason J. Zeringue**<br>**109 Cypress Drive**<br>**Des Allemands, LA 70030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jay H. McDowell**<br>**Apt 16 D**<br>**480 Park Avenue**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jayne T. Scheele**
**3692 Via Real**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,102.75 |
|---|---|---|---|

**JC Guerra, TRTE FLBO James Jeff**
**C/O I. Trevino-1st State Bank**
**P.O. Box 550**
**Mission, TX 78572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jean Baptiste Zeringue**
**38093 Hwy. 18**
**Donaldsonville, LA 70346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jean D. Jones**
**311 Doug Drive**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jean D. Jones**
**311 Doug Drive**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jean Gulledge**
**105 North Drive**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeanerette Lumber & Shingle Co.**
**228 St. Charles Ave., Ste. 1424**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeanerette Minerals,LLC**<br>**228 St.Charles Ave**<br>**Suite 1424**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeanette Ogden**<br>**7256  False River Rd**<br>**Oscar, LA 70762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:   **False River Rd** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeanine Mioton**<br>**1343 Bandera Hwy**<br>**Apt 108**<br>**Kerrville, TX 78028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeanne B. Roane**<br>**207 Canaan Lane**<br>**Jeanerette, LA 70544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jed C, LLC**<br>**1 Greenbriar Drive**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,718.63 |
|---|---|---|---|
| | **Jeff Davis Electric Cooperative**<br>**815 Hwy. 384**<br>**Bell City, LA 70630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeff Davis Water Commission #1**<br>**P. O. Box 515**<br>**Lake Arthur, LA 70549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffery H. Cromwell**
**P.O. Box 1332**
**Camden, AL 36726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffery I. Leblanc**
**4 Lookout Pointe**
**Spanish Fort, AL 36577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeffery S. Montgomery**
**5811 Flaxton Place**
**Alexandria, VA 22303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jenay Cureton**
**63 Haverhill Way**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jenet Dechary**
**1330 Northgate Square**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Ford Trust**
**Argent Trust Co Of LA, Trustee**
**P.O. Box 1410**
**Ruston, LA 71273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Sheffield**
**72 River Bluff Drive**
**Madisonville, LA 70447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Jeri English**
103 Hollyberry Road
Severna Park, MD 21146

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Jerry Fackrell**
16758 County Rd., Unit 178
Tyler, TX 75703

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Jerry J. Folse**
40097 Pelican Roost
Gonzales, LA 70737

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Jerry N. Wilson**
410 Orchard Park # 127
Ridgeland, MS 39157

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Jimmie Lee Skipper**
124 Beartown Road
Jayess, MS 39641

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Jimmy W. Allain**
13537 Sirus Drive
Littleton, CO 80124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**JKDF, LLC**
Attn: Kevin Kramer
506 Water Street, Suite B
Madisonville, LA 70447

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jo Ann Musco Scioneaux, USFRUC**
698 Hwy. 307 Lot #1
Thibodaux, LA 70301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joan S. Parkerson**
150 Broadway
Apt# 615
New Orleans, LA 70118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joanne English**
103 Hollyberry Rd
Severna Park, MD 21146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joanne T. Zeringue, Nat Tutrix**
**Of The Minor Angelle Zeringue**
P.O. Box 155
Saint James, LA 70086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joe A. Risser, Jr.**
C/O Ameritrust TX NA
P.O. Box 1088
Sherman, TX 75091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,806.33 |
|---|---|---|---|

**Joe C. Guerra**
P. O. Box 186
Roma, TX 78584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John A. Rogers**
1405 W. Pinhook Road
Suite 105
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**John B. Levert, Jr.**
**Suite 4**
**700 Covington Centre**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.57 |
| --- | --- | --- | --- |

**John Deas**
**153 Brook Street**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**John E. Hines**
**C/O Hine Associates**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**John Folse**
**2517 S. Philippe Ave.**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,902.74 |
| --- | --- | --- | --- |

**John Fryare Guerra**
**3016 Deakin St.**
**Berkley, CA 94700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**John H. Cameron, Jr.**
**P.O. Box 553**
**Jasper, TN 37347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**John J. Allain**
**13537 Sirus Dr**
**Littleton, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John K. Deare**
**RT 2 Box 227 #4**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John L. Broussard, III**
**P. O. Box 331**
**Pollock, LA 71467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John M. Duhon**
**200 Travis, Ste. 201**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Romero**
**4302 Oxbox Circle East**
**Fulshear, TX 77441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John V. Price**
**P.O. Box 3399**
**Covington, LA 70434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Z. Zeringue**
**114 Lorraine Dr.**
**Des Allemands, LA 70030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonas Bailey**
**P.O. Box 894**
**Washington, LA 70589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

Name

**3.526** Nonpriority creditor's name and mailing address
Jonelle Eckhart
15508 Geronimo Loop
San Antonio, TX 78254

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.527** Nonpriority creditor's name and mailing address
Jones Oilfield Service & Supply
6140 Hwy. 90 E
Lake Charles, LA 70615

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

**$4,358.06**

---

**3.528** Nonpriority creditor's name and mailing address
Joseph A. Jefferson
7433 Live Oak Way
Pass Christian, MS 39571

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.529** Nonpriority creditor's name and mailing address
Joseph A. Zeringue
P. O. Box 27
Saint James, LA 70086

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.530** Nonpriority creditor's name and mailing address
Joseph Bryant, Jr.
P.O. Box 518
Plaquemine, LA 70764

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.531** Nonpriority creditor's name and mailing address
Joseph Dupont
P.O. Box 509
Plaquemine, LA 70764

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.532** Nonpriority creditor's name and mailing address
Joseph F. Gonsoulin, Jr.
816 Hickory
Duncan, OK 73533

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Friedrichs, Jr.**
**2014 Evans Parkway**
**Silver Spring, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Poston**
**9309 S. Santa Fe**
**Oklahoma City, OK 73139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Valentine**
**918 S. Sibley**
**Metairie, LA 70003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph W. Martinez, Jr.**
**15343 Schafer Ave**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josephine M. Crawford**
**114 Lietmeyer Street**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joshua F. Blount**
**3317 Beech Drive**
**Gretna, LA 70056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joyce Minvielle, USFRUC**
**P.O. Box 941**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juanita Jobes**
**1302 Earle Street**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judd Partners**
**c/o Travis Property Management**
**P. O. Box 56429**
**Houston, TX 77256-6429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$773.59** |
|---|---|---|---|

**Judith J. Jones**
**P. O. Box 2621**
**Cashiers, NC 28717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judith Steib Folse**
**21030 Hwy. 20**
**Vacherie, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judith Torres Dellatte**
**23068 Oak St.**
**Vacherie, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judy B. Hurry**
**175 Iber**
**La Place, LA 70069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jules D. Morales**
**4840 Hwy. 22, Apt. 621**
**Mandeville, LA 70471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juliane R. Porter**
**10 Teche Street**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie Allee**
**42125 Bayou Segnette Ave.**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie Brasher**
**P.O. Box 57**
**Saint Francisville, LA 70775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie C. Guardia**
**11917 Lot 2 Old Jeanerette Rd**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie M. Zeringue**
**111 Durham Drive**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie Marie Becnel Chenier**
**P.O. Box 4**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Juliet D. Cowan**
**3415 E.Bayou Drive**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**June Briant**
**821 Bocage Lane**
**Mandeville, LA 70448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin B. Friedrichs**
**1605 Donoar Court**
**Richmond, VA 23229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Joseph Poche**
**5044 Elmo Louque Street**
**Convent, LA 70723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Karen Brucker**
**3744 Bear Creek Rd**
**Canon, GA 30520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Karen V. Weber**
**145 Deacon St.**
**Avondale, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Karl Leo Hollier, Jr.**
**695 Winchester Drive**
**Bridge City, TX 77611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Karne Langlinais**
**59655 Hwy 1148  Box 51**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karolyn Zeringue Bull**
**1470 Charmaine Street**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katherine Bear**
**903 Euclid Ave**
**Jackson, MS 39202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katherine Bickman**
**Wife of Leo Bickman**
**P.O. Box 23081**
**Harahan, LA 70183**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katherine Ely Martin**
**21511 Perry Cove**
**Lago Vista, TX 78645**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katherine Gandy**
**109 Audubon Court North**
**Brandon, MS 39047**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katherine J. Becnal**
**168 Comanche Trail**
**West Monroe, LA 71291**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Katherine L. Roane**
**5845 Evans Street**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Lasalle**
**203 E. Peck Blvd**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Royalties Due**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Roberts Rev Trust**
**C/O Katherine F. Roberts**
**P.O. Box 159**
**Garrett Park, MD 20896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Royalties Due**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine T. Alpaugh**
**1523 Pleasant St**
**New Orlean, LA 70015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Royalties Due**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Tremaine, Trustee**
**C/O Peri & Bordofsky-David Peri**
**P.O. Box 22557**
**Santa Barbara, CA 93121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Royalties Due**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathleen Bright Dufrene**
**50 Mason St.**
**Gretna, LA 70053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Royalties Due**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathleen Williams**
**5708 Wentworth**
**Johnston, IA 50131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Royalties Due**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathy C. Blythe**
**12968 Myrtle Lane**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Royalties Due**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.22 |
|---|---|---|---|

**Katie M. Guerra**
**c/o W. T. Guerra**
**P. O. Box 906**
**Roma, TX 78584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katthy Louque Bourgeois**
**110 Middleton Drive**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kay Frey**
**303 Cormaic CT.**
**Madisonville, LA 70447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KDB Investments, LLC**
**343 Elmeer Ave.**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,528.00 |
|---|---|---|---|

**Kean Miller**
**Attn:  Victor J. Suane, Jr.**
**P. O. Box 3513**
**Baton Rouge, LA 70821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Valentine**
**145 Deacon St.**
**Westwego, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelli D. Windrow**
**1415 Blackbird Lane**
**San Antonio, TX 78248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kelly E. Stokley**
**10025 W. Inniswold Rd**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kemper & Leila Williams Fund**
**C/O Mr. Fred Smith**
**533 Royla Drive**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kendrick J. Morales**
**380 Beau Rivage Drive**
**Mandeville, LA 70471-2963**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kenneth English**
**103 Hollyberry Rd**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kenneth W. Dollinger**
**8235 Shenandoah**
**Beaumont, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.72** |
|---|---|---|---|

**Kentwood Springs**
**P. O. Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Open account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,400.85** |
|---|---|---|---|

**Kinetica Energy Express, LLC**
**1001 McKinney Street, Ste. 900**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Open account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Kirby D. Rogers**
**1007 Tillery Street**
**Austin, TX 78702**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Kollman-Moore, LLC**
**Robert Moore, Manager**
**777 Saturn Drive #203**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Koupanis Investments, LLC**
**116 Basalt Springs Way**
**Naches, WA 98937**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.592 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Kraemer Lovelace**
**B. Lovelace, III Natural Tutor**
**8202 Kelwood Ave**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.593 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Kris Radcliffe**
**20403 Autumn Terrace**
**Katy, TX 77450**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **False River Rd**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.594 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**L.W. Taylor**
**514 Wayne Drive**
**Shreveport, LA 71105**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.595 | **Nonpriority creditor's name and mailing address** | **$6,522.39** |

**La Luna Production Company**
**2218 Long Cove Circle**
**Houston, TX 77450-8680**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,271.30 |
|---|---|---|---|

**La. Dept. of Environ Quality**
**Financial Services Division**
**Baton Rouge, LA 70821-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,657.26 |
|---|---|---|---|

**La. Dept. of Environ Quality**
**Financial Services Division**
**Baton Rouge, LA 70821-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**La. Dept. of Natural Resources**
**Fisherman's Gear Compensation**
**P. O. Box 44277**
**Baton Rouge, LA 70804-4277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,522.50 |
|---|---|---|---|

**Lacassine Oilfield Services**
**P. O. Box 102**
**Lacassine, LA 70650-0120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.00 |
|---|---|---|---|

**Lafayette Geological Research**
**201 Heymann Blvd., Ste. 33**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Langfitt B. Wilby**
**11076 HWY 182**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura Miller**
**1009 NW Greenwood Street**
**Ankeny, IA 50023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lauren Glencora Boudreaux**
**5511 N. Allegheny Court**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laurence Riggs**
**922 Mead Ave**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laurent J. Zeringue**
**5225 Wabash Street**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lawrence C. Levert, III**
**6142A Resweber Hwy**
**Saint Martinville, LA 70582**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lawrence J. Folse**
**23123 La 20 West**
**Vacherie, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lawrence Michael Lambert**
**26260 Hwy 441**
**Holden, LA 70744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lawrence R. Bourgeois**
**11818 Old Jeanerette Road**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 102 of 230

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lawrence Valentine**
**144 Dexter Drive**
**Westwego, LA 70094**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee Roy Moresi**
**P.O. Box 213**
**Sulphur, LA 70663**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leo E. Bickham**
**312 Amis St**
**Thibodaux, LA 70301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lesley M. Martin**
**210 Capilano Lane**
**Broussard, LA 70518**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,178.28** |
|---|---|---|---|

**Lettie Deas Counce**
**13535 Greenview Ave**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lewis J. Oubre, Jr.**
**5032 Rye Street**
**Metairie, LA 70006**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lewis M. Harkey**
**1614 Roswell Street**
**Pascagoula, MS 39581**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address**<br>**Lewis Talbot, Jr.**<br>**31202 Via Cordova**<br>**San Juan Capistrano, CA 92675** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.618 | **Nonpriority creditor's name and mailing address**<br>**Lexco Data Systems, L.P.**<br>**P. O. Box 692372**<br>**Houston, TX 77269** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,091.13** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Open account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.619 | **Nonpriority creditor's name and mailing address**<br>**Lexon Insurance Company**<br>**10002 Shelbyville Road**<br>**Suite 100**<br>**Louisville, KY 40223** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.620 | **Nonpriority creditor's name and mailing address**<br>**Libby Panepinto**<br>**3813 Lake Des Allemands**<br>**Harvey, LA 70058** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$125.10** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Open account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.621 | **Nonpriority creditor's name and mailing address**<br>**Lilla Blackburn**<br>**3239 Del Monte Drive**<br>**Houston, TX 77019** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.622 | **Nonpriority creditor's name and mailing address**<br>**Lillia Z. Young**<br>**111 Durham Drive**<br>**Lafayette, LA 70508** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.623 | **Nonpriority creditor's name and mailing address**<br>**Lillian R. Arceneaux**<br>**127 Allegro Ave.**<br>**Duson, LA 70529-3349** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Name | | |

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lillian Z. Ledet**
**1213 N. Airline**
**Gramercy, LA 70052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Linda Dormay Williams**
**1509 Hall Ave**
**Metairie, LA 70003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Linda G. Landreth**
**234 Bamaku Bend**
**Tiki Island, TX 77554-7111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,255.94** |

**Linda Price Ellzey**
**1100 Tulane Ave., Ste. 326**
**New Orleans, LA 70112-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,608.79** |

**Linder Energy Company**
**1800 Carol Sue Ave**
**Suite 4**
**Gretna, LA 70056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,672,339.85** |

**Linder Energy Company**
**1800 Carol Sue Ave**
**Suite 4**
**Gretna, LA 70056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131,658.33** |

**Linder Energy Company**
**1800 Carol Sue Ave**
**Suite 4**
**Gretna, LA 70056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accrued interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.75 |
|---|---|---|---|
| | **Linder-Doughtie Energy, Inc.**<br>**1009 Riverbend Dr.**<br>**Houston, TX 77063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,705.10 |
|---|---|---|---|
| | **Locke Lord, LP**<br>**601 Poydras, Ste. 2660**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Open account** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
|---|---|---|---|
| | **Lonnie J. Barras**<br>**2240 Gaudet St.**<br>**Paulina, LA 70763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Loretta B. Richard**<br>**151 Twin Oaks Blvd**<br>**Lafayette, LA 70503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Loretta L. Zeringue**<br>**400 Mansfield Drive**<br>**Slidell, LA 70458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Loretta M. Zeringue**<br>**3550 Grand Lake Blvd., Apt. E205**<br>**Kenner, LA 70065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Loretta Z. Jeandron**<br>**120 E. Randall Court**<br>**Gretna, LA 70053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Lori Michelli**
**2150 Tortoise Drive**
**Mandeville, LA 70448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __administrative work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lorraine Barras Bergeron**
**807 Colonial Dr.**
**Port Allen, LA 70767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louella B. Ransonet**
**929 Old Spanish Trail West**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louise Labruyere**
**166 West Imperial Drive**
**New Orleans, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louise Roberts**
**730 Esplanade Ave**
**New Orleans, LA 70116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,005.00 |
|---|---|---|---|

**Louisiana Contract Services**
**187 Ravensaide**
**Houma, LA 70360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Louisiana General**
**Oil Company**
**106 Parkplace, Ste. 200**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,067.68** |
|---|---|---|---|

**Louisiana General Oil Company**
**74360 River Road**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$181,432.64** |
|---|---|---|---|

**Louisiana General Oil Company**
**74360 River Road**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.67** |
|---|---|---|---|

**Louisiana Workers**
**Compensatio Corp.**
**P. O. Box 919142**
**Dallas, TX 75391-9142**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LSU Foundation**
**3838 W. Lakeshore Drive**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucile Randol**
**C/O Kathy Stokley**
**205 Pericles Street**
**Lafayette, LA 70506**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucille Deas**
**3209 Metairie Court**
**Metairie, LA 70002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,868.68** |
|---|---|---|---|

**Luis A. Guerra**
**c/o Lydia Guerra**
**P. O. Box 157**
**Roma, TX 78584**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Linder Oil Company, A Partnership** | Case number (if known) | **17-51323** |
|---|---|---|---|
| | Name | | |

---

**3.652**

**Nonpriority creditor's name and mailing address**
**Lunsford Enterprises Unlmtd**
**C/O Mrs. Gertrude C .Lunsford**
**365 Mounatin Valley Drive**
**Hendersonville, NC 28739**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.653**

**Nonpriority creditor's name and mailing address**
**Lydia Chopin**
**8403 Silver Mountain Cove**
**Austin, TX 78737**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.654**

**Nonpriority creditor's name and mailing address**
**Lynn J. Becnel**
**P. O. Box 227**
**Donaldsonville, LA 70346**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.655**

**Nonpriority creditor's name and mailing address**
**Lynn M. Bordelon**
**4660 177th Ave SE**
**Bellevue, WA 98006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.656**

**Nonpriority creditor's name and mailing address**
**Lynx Production Services, Inc.**
**808 Prevost Dr.**
**Houma, LA 70364**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

**$145,692.00**

---

**3.657**

**Nonpriority creditor's name and mailing address**
**M & P Properties, LLC**
**P.O. Drawer 730**
**Franklin, LA 70538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.658**

**Nonpriority creditor's name and mailing address**
**M21K, LLC**
**1021 Main, Ste. 2626**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

**$130,021.66**

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mabel Z. Oubre**
**22878 High Ridge Drive**
**Vacherie, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,060.00** |
|---|---|---|---|

**Mac-Nett Environmental Services**
**2977 Monterry Dr.**
**Baton Rouge, LA 70814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Madeline Zeringue Hartmann**
**524 Austis St.**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Madison Hartmann**
**524 Austis St.**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Magdalen B. Doucet**
**P.O. Box 1084**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maggie Farrar**
**C/O Mrs. Frances Bolling**
**10112 Hillsbury Drive**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,128.14** |
|---|---|---|---|

**Magnolia 23 Properties, LLC**
**1502 Augusta, Ste. 250**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 110 of 230

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,316.35 |
|---|---|---|---|

**Magnolia Torque & Testing**
P. O. Box 206
Scott, LA 70583-0206

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Major Equipment & Remediation
Services, Inc.**
P. O. Box 3616
Morgan City, LA 70381

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manon R. Venden**
136 Drinkwater Road
Hampton Falls, NH 03844

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marc L. Frischhertz**
131 Conrad St.
New Orleans, LA 70124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcelle's Place, LLC
Attn: Marc Frischhertz**
131 Conrad St.
New Orleans, LA 70124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,943.50 |
|---|---|---|---|

**Marcum LLP**
750 Third Ave., 11th Floor
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Margaret B. Landry**
300 Washington Ave
Thibodaux, LA 70301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Margaret DeGravelle**<br>**648 Sunset Blvd**<br>**Baton Rouge, LA 70808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Margaret H. Trammel**<br>**21 Harry Morrison Island Rd**<br>**Alligator Point, FL 32346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Margaret Maddox**<br>**24155 Eden Street**<br>**Plaquemine, LA 70764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Margaret Ohlmeyer**<br>**2825 Jefferson Ave**<br>**New Orleans, LA 70115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Margaret R. Wolfe Revocable**<br>**Louisiana Trust**<br>**1552 Haven Street**<br>**Oakdale, CA 95361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Margaret W. Levert**<br>**4908 Hickory Downs Drive**<br>**Glen Allen, VA 23059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,501.07 |
| --- | --- | --- | --- |
| | **Margarita L. Guerra Salinas**<br>**P. O. Box 274**<br>**Roma, TX 78584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marie Cecile Zeringue**
P.O. Box 287
Saint James, LA 70086

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marie H. Walters**
3918 Kendal Drive
Gautier, MS 39553

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marie Scioneaux**
8131 Big Boy St.
Saint James, LA 70086

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marie Theresa Poche Ballew**
1128 Santa Ynez Ave.
Henderson, NV 89015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marion Benbow**
300 Redbud Street
Bryan, TX 77801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marion Kellems**
322 Burnside
San Antonio, TX 78209

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marjorie Buttler**
1261 Victory Drive
Kerrville, TX 78028

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 113 of 230

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.687** | Nonpriority creditor's name and mailing address

**Marjorie Carol Deas**
**2329 Ormond Blvd.**
**Destrehan, LA 70047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.688** | Nonpriority creditor's name and mailing address

**Mark A. Bickham**
**9262 4th Street**
**River Ridge, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.689** | Nonpriority creditor's name and mailing address

**Marlene B. Parton**
**301 S. Inscore Street**
**Rector, AR 72461**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.690** | Nonpriority creditor's name and mailing address

**Marlene Barras Stein**
**449 Modern Farms, Rd.**
**Waggamen, LA 70094**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.691** | Nonpriority creditor's name and mailing address

**Martha D. Mayhall**
**25433 Renee Ct.**
**Jackson, LA 70748**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.692** | Nonpriority creditor's name and mailing address

**Martha H. Walker**
**108 W. William David Pkwy**
**Metairie, LA 70005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.693** | Nonpriority creditor's name and mailing address

**Martha Harlan**
**353 Christwood Lane**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| | | |
|---|---|---|
| 3.694 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Martin Despot**
**P. O. Box 52944**
**Lafayette, LA 70505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.695 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mary Agnes Folse Becnel, USUFR**
**P. O. Box 248**
**Vacherie, LA 70090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.696 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mary Alice Thibaut**
**6763 Island Road**
**Jarreau, LA 70749**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.697 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mary Ann B. Hurban**
**1584 Debattista Place**
**New Orleans, LA 70131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.698 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mary Ann B. Miller**
**P.O. Box 187**
**Jeanerette, LA 70544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.699 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mary Ann Melancon Cummings**
**P.O. Box 159**
**Convent, LA 70723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.700 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mary Ann R. Conques**
**704 Timmy St.**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mary Ann Schexnayder** | ☐ Contingent | |
| | **1712 Dahlia St.** | ☐ Unliquidated | |
| | **Baton Rouge, LA 70808** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mary Anne Schexnayder** | ☐ Contingent | |
| | **105 Rice Drive** | ☐ Unliquidated | |
| | **Bear, DE 19701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mary Bell Mayer** | ☐ Contingent | |
| | **301 D East Hill Woods** | ☐ Unliquidated | |
| | **Southbury, CT 06488** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mary Beth Cuthbert** | ☐ Contingent | |
| | **1084 August Drive** | ☐ Unliquidated | |
| | **Oxford, MS 38655** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mary Brashier** | ☐ Contingent | |
| | **1302 Beach Blvd** | ☐ Unliquidated | |
| | **Biloxi, MS 39530** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mary C. Ancelet** | ☐ Contingent | |
| | **151 Rue Des Babineaux** | ☐ Unliquidated | |
| | **Scott, LA 70583** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Mary Deas Demarest** | ☐ Contingent | |
| | **5423 Courtyard Drive** | ☐ Unliquidated | |
| | **Gonzales, LA 70737-8551** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary E. Snyder**
**126 Merribrook Lane**
**Wellington, AL 36279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary Elise Warren**
**1205 Roselawn**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary Evelyn Feazel**
**966 Waif Woods Cove**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary F. Stephens Test. Trust**
**Argent Trust Co Of LA, Trustee**
**P.O. Box 1410**
**Ruston, LA 71273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary I. Tannehill**
**2728 Windrush Way**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary J. Andolsek**
**2227 HWY 1**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary L. Banzhoff**
**37 Tuscany CT**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Mary Lee Allee Allen**<br>**108 N. Village Drive**<br>**Gardendale, AL 35071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Mary Morales Dowd**<br>**501 Hesper Ave.**<br>**Metairie, LA 70005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Mary P. Zeringue**<br>**2900 Westchester Place**<br>**New Orleans, LA 70131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Mary P. Zeringue**<br>**P. O. Box 13**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Mary R. Thibeaux**<br>**135 Teche Drive**<br>**Lafayette, LA 70503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,085.18 |
| --- | --- | --- | --- |
| | **MassMutual Retirement Svcs**<br>**P. O. Box 1583**<br>**Hartford, CT 06144-1583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Matthew J. Zeringue**<br>**5655 LA Hwy 18**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Maurie Ankenman Cannon**
**3838 Olympia Drive**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**May G. Price Estate**
**C/O John V. Price, Executor**
**P.O. Box 3399**
**Covington, LA 70434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Meeker & Company, Inc.**
**P. O. Box 470155**
**Fort Worth, TX 76147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Melba Kellems**
**322 Burnside**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Melissa Poche Cambre**
**P.O. Box 720**
**Paulina, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Mercedes T. Terrell**
**P.O. Box 218**
**Avery Island, LA 70513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,227.30 |
| --- | --- | --- | --- |

**Meridian Resources & Expl, LLC**
**1401 Enclave Pkwy, Ste. 300**
**Houston, TX 77077-2054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael D. Stanfield**
**213 Cotton Bayou Lane**
**Kenner, LA 70065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael E. Ardeel**
**13914 Pertshire**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael J. Torres**
**600 Cypress St.**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael K. Deare**
**RT 2 Box 277 #5**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Mioton**
**216 Arrowhead Dr**
**Pineville, LA 71360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael N. Harlan**
**7 Wax Myrtle Lane**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael N. Trust**
**Jeanne P. Augustine, Trustee**
**207 Highlands Drive**
**Rockport, TX 78382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 120 of 230

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.736**

Nonpriority creditor's name and mailing address

**Michael P. Broussard**
**1120 Alcide Circle**
**Abbeville, LA 70510**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.737**

Nonpriority creditor's name and mailing address

**Michael P. Middleton**
**24005 Ferdinand Street**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.738**

Nonpriority creditor's name and mailing address

**Michael R. Rogers**
**403 Beth Street**
**Lafayette, LA 70544**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.739**

Nonpriority creditor's name and mailing address

**Michael W. Miller**
**10309 Belleview Drive**
**New Roads, LA 70760**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.740**

Nonpriority creditor's name and mailing address

**Michelle Lambert Daron**
**13645 Shelborne Road**
**Westfield, IN 46074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.741**

Nonpriority creditor's name and mailing address

**Michelle M. Dieudonne**
**C/O General Delivery**
**Loreauville, LA 70552**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.742**

Nonpriority creditor's name and mailing address

**Michip, Inc**
**1130 St.Charles Ave**
**New Orleans, LA 70130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.35 |

**Michip, Inc.**
**1515 Poydras St., Ste. 1825**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Miquela Rhymes**
**6405 US Hwy. 301 North**
**Lot D-20**
**Ellenton, FL 34522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mirror Lake Exploration, LLC**
**Attn: Russ Andress**
**106 Knipp Rd.**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.46 |

**Mission Resources Corporation**
**P. O. Box 201423**
**Dallas, TX 75320-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Missouri Pacific Railroad Co.**
**P. O. Box 730875**
**Dallas, TX 75373-0875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**MMS-OCS-G-11685-ROW**
**U.S. Dept of Interior**
**Gulf of Mexico OCS Region**
**1201 Elmwood Pk Blvd.**
**New Orleans, LA 70123-2394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**MNSP Properties, LLC**
**P.O. Box 3644**
**Lafayette, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,547.61 |
|---|---|---|---|

**Modular Space Corporation**
**12603 Collections Center Drive**
**Chicago, IL 60693-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Molly Ann Poche Magee**
**15320 Tchefuncte Drive**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mona H. Stansbury, USUFRUCT**
**P.O. Box 541**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mona Lundin**
**6947 Myerlee Country Club Blvd**
**Fort Myers, FL 33919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,377.66 |
|---|---|---|---|

**Moncla E-Line Services, Inc.**
**635 Rue Scholastique**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228,432.45 |
|---|---|---|---|

**Moncla Workover & Drilling Opera**
**P. O. Box 53408**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Monica M. Milling**
**1295 River Road**
**Hwy 75**
**Sunshine, LA 70780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,532.99 |
|---|---|---|---|

**Morris P. Hebert, Inc.**
**P. O. Box 3106**
**Houma, LA 70360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mrs. Laura C. Craddock**
**103 N. French Street**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Muriel P. Galla**
**225 Buckland Trace**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Myra B. Groome**
**C/O S. Chapman**
**3842 Greentree Place**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Myrtle B. Boihem**
**2121 Roosevelt Street**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**N. Manale Test Trst f/b/a**
**C H Demspey, M Manale Trustee**
**4925 Dryades St.**
**New Orleans, LA 70115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nancy Blanchard**
**P.O. Box 359**
**Baldwin, LA 70514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Nancy Blanchard**
**c/o Shaw Norton Degan, LLP**
**365 Canal St., Ste. 2760**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit:  Nancy Blanchard, et al v. Linder Oil Company, A Partnership, et al**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Nancy J. Wilbert**
**C/O Iberville Bank & Trust**
**P.O. Box 695**
**Plaquemine, LA 70765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Nancy N. Stern**
**170 St.Charles Ave  PH-A**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Nanette M. Sanders**
**C/O Charles Marshall, Jr.**
**517 S. America Street**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Nathan Marsak**
**369 N. Avenue 53**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**NC Properties, LLC**
**P.O> Box 3644**
**Lafayette, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$425.00** |
| --- | --- | --- | --- |

**NECO Trucking, Inc.**
**P. O. Box 279**
**Maurice, LA 70555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Neff Oil & Gas, LTD** | ☐ Contingent | |
| | **100 Independence Place, Ste. 307** | ☐ Unliquidated | |
| | **Tyler, TX 75703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nell O & G Management, LLC** | ☐ Contingent | |
| | **100 Independence Place, Ste. 307** | ☐ Unliquidated | |
| | **Tyler, TX 75703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nelson A. Zeringue, Jr.** | ☐ Contingent | |
| | **P.O. Box 985** | ☐ Unliquidated | |
| | **Shreveport, LA 71163** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|
| | **Newcastle Energy, Inc.** | ☐ Contingent | |
| | **753 N. Beau Chene Drive** | ☐ Unliquidated | |
| | **Mandeville, LA 70471** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473,009.53** |
|---|---|---|---|
| | **Newfield Exploration Co.** | ☐ Contingent | |
| | **363 N. Sam Houston Pkwy, Ste 100** | ☐ Unliquidated | |
| | **Houston, TX 77060** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas C. Romero** | ☐ Contingent | |
| | **2440 N. Hamlin Ave., Apt. #3-A** | ☐ Unliquidated | |
| | **Chicago, IL 60647** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Manale Test Trst f/b/o** | ☐ Contingent | |
| | **G. Dempsey, M Manale Trustee** | ☐ Unliquidated | |
| | **4925 Dryades Street** | ☐ Disputed | |
| | **New Orleans, LA 70115** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Noble Royalties, Inc**<br>**D/B/A Brown Drake Royalties**<br>**P.O. Box 660082**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$499.30** |
|---|---|---|---|
| | **Noble Royalties, Inc.**<br>**d/b/a Brown Drake Royalties**<br>**P. O. Box 660082**<br>**Dallas, TX 75266-0082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Norman P. Zeringue**<br>**P.O. Box 464**<br>**Gramercy, LA 70052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Northlake Production, LLC**<br>**646 Adair St.**<br>**Mandeville, LA 70448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Number 6 Minerals, LLC**<br>**228 St.Charles Ave**<br>**Suite 1323**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,164.51** |
|---|---|---|---|
| | **O'Brien's Response Mgmt, LLC**<br>**Dept. 3599**<br>**P. O. Box 123599**<br>**Dallas, TX 75312-3599** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64.94** |
|---|---|---|---|
| | **Office Depot Business Credit**<br>**Dept. 56-1326580003**<br>**P. O. Box 78004**<br>**Phoenix, AZ 85062-8004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Office of Mineral Resources**<br>**State of Louisiana**<br>**P. O. Drawer 2827**<br>**Baton Rouge, LA 70821-2827** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Office of Mineral Resources**<br>**State Of Louisiana**<br>**P.O. Drawer 2827**<br>**Baton Rouge, LA 70821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,810.00** |
|---|---|---|---|
| | **Offshore Liftboats, LLC**<br>**P. O. Box 398**<br>**Cut Off, LA 70345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,499,577.35** |
|---|---|---|---|
| | **Offshore Specialty Fabricators**<br>**P. O. Box 1420**<br>**Houma, LA 70360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|
| | **Oil & Gas Information Systems**<br>**5801 Edward Ranch Rd., Ste. 200**<br>**Fort Worth, TX 76109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,517.40** |
|---|---|---|---|
| | **Oilfield Professional Contractor**<br>**P. O. Box 448**<br>**Houma, LA 70361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **Olimpia J. Constanza**<br>**5145 Mt. Shasta Lane**<br>**Marrero, LA 70072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Oliver DeGravelle, III**
**51 Doescher Drive**
**Harahan, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Oliver Winchester, Sr. USFRCT**
**6335 Hwy 18**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Olivia V. Thomas**
**1007 N. Starret Rd.**
**Metairie, LA 70003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Ona Investments, LLC**
**4820 Richland Ave.**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Ora Lee Beebe**
**8113 Barocco Drive**
**New Orleans, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$192.79** |

**Ottinger Hebert, LLC**
**P. O. Drawer 52606**
**Lafayette, LA 70505-2606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$21,371.47** |

**Paloma Energy Consultants, LP**
**8203 Willow Place South**
**Ste. 390**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Parish of Cameron**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit: Parish of Cameron v. Alpine Exploration Companies, et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Parish of Cameron**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit: Parish of Cameron v. Anadarko E & P Onshore, LLC, et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Parish of Cameron**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit: Parish of Cameron v. Ballard Exploration Co., Inc., et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Parish of Cameron**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit: Parish of Cameron v. Bepco LP, et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Parish of Cameron**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit: Parish of Cameron v. BP America Production Co., et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Park Plantation, LLC**
**C/O Nancy Blachard**
**P.O. Box 359**
**Baldwin, LA 70514**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Park Plantation, LLC**
**c/o Shaw Norton Degan, LLP**
**365 Canal St., Ste. 2760**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit: Nancy Blanchard, et al v. Linder Oil Company, A Partnershp, et al**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Parkview Land Company, LLC**
**20682 Hwy 3125**
**Paulina, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Bryant**
**P.O. Box 771**
**Plaquemine, LA 70765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Coleman**
**103 Ellendale Blvd**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia D. Gilstrap**
**328 Three Fingers Drive**
**Chatham, LA 71226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia E. Latham**
**102 Moorings Park Drive**
**Apt E-102**
**Naples, FL 34105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Fay Renner**
**4236 Wooddale Ave S**
**St. Louise Park, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 131 of 230

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia G. Duncan**
**1305 Montrose St.**
**Beaumont, TX 77707-3123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia L. Ardeel**
**99 Brookgreen Circle North**
**Montgomery, TX 77356**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia M. Botts**
**2901 Phepines**
**Opelousas, LA 70570**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia Swims, LLC**
**1457 Eastridge Drive**
**Slidell, LA 70458**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia V. Ferguson Trust**
**Walerk KL Ferguson, Trustee**
**P. O. Box 5303**
**Austin, TX 78763**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patrick C. Deas, Sr.**
**3625 45th St.**
**Metairie, LA 70001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patrick Charles Lambert**
**14310 Henry Savoy Road**
**Saint Amant, LA 70774**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Patrick J. Zeringue**
P.O. Box 155
Saint James, LA 70086

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Patsy Mioton**
P.O. Box 559
Philadelphia, MS 39350

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Patty Bingham**
20570 Hwy 603
Kiln, MS 39556

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul G. Moresi, Jr**
111 S. State Street
P.O. Box 1140
Abbeville, LA 70511

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul Lyons**
1333 Woodmere Drive
Mandeville, LA 70471

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul Nichols, Jr.**
2919 53rd Street South
Gulfport, FL 33707-5647

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paula Mangold**
P.O. Box 382
Castroville, TX 78009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.59 |
|---|---|---|---|

**Pearl H. Stripling**
P. O. Box 301
Fosters, AL 35463-0301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**PEC Premier Safety Operations**
233 General Patton Ave.
Mandeville, LA 70433

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.28 |
|---|---|---|---|

**Peggy Trudeau**
2201 Lyndell Dr.
Chalmette, LA 70043

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Penee S. Price**
9512 Summer Pointe Ave
Baton Rouge, LA 70810

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Percy A. Zeringue**
22 Mary Hughes Court
Houma, LA 70360

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Perkinson Energy Part JV93-1**
P.O. Box 682945
Franklin, TN 37064

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Nichols**
920 3rd Street
Bay City, TX 77414

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,603.88 |
|---|---|---|---|

**Petronyx, LLC**
**3501 N. Causeway Blvd., Ste. 210**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,910.50 |
|---|---|---|---|

**Pharos Marine Automatic Power**
**P. O. Box 4346, Dept. 253**
**Houston, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Philip J. Zeringue**
**1004 35th Street**
**Gretna, LA 70053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phoebe F. Anderson**
**Willimgton Trust; Attn J. Acker**
**520 Madison Ave**
**3rd Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phyliss L. Toldeano**
**4300 N. Turnbull Lane**
**Metairie, LA 70002-3142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phyllis A. Porter**
**5616 7th Ave**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phyllis Poirrier Bodin**
**P. O. Box 87**
**Vacherie, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pine Pasture, et al**
**c/o Vernon Bice Palermo & Wilson**
**P. O. Box 2125**
**Lake Charles, LA 70602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit: Pine Pasture, et al v. Linder Energy Company, et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35.12** |
|---|---|---|---|

**Pitney Bowes Global Financial**
**P. O. Box 371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$627.07** |
|---|---|---|---|

**Pitney Bowes Purchase Power**
**P. O. Box 371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Point Au Fer, LLC**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit: Point Au Fer, LLC, et al v. ExxonMobile Oil Corporation, et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Preston Gaines, Jr.**
**1151 24th Street**
**Hondo, TX 78861**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Preston Lovelace**
**B. Lovelace, III Natural Tutor**
**8202 Kelwood Ave**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Priscillia B. Alex**
**P.O. Box 1187**
**Franklin, LA 70538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,433.89 |
|---|---|---|---|
| | **Pro-T Company, Inc.** | ☐ Contingent | |
| | **P. O. Box 295** | ☐ Unliquidated | |
| | **Broussard, LA 70518-0295** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Providian Resources, LLC** | ☐ Contingent | |
| | **P.O. Box 35984** | ☐ Unliquidated | |
| | **Tulsa, OK 74153** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Provost J.Minvielle, Jr.** | ☐ Contingent | |
| | **605 Loreauville Road** | ☐ Unliquidated | |
| | **New Iberia, LA 70563** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.88 |
|---|---|---|---|
| | **PS Moore Mineral Partnership** | ☐ Contingent | |
| | **6575 W. Loop S, Ste. 450** | ☐ Unliquidated | |
| | **Bellaire, TX 77401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,078.60 |
|---|---|---|---|
| | **PTX Controls, LLC** | ☐ Contingent | |
| | **P. O. Box 6288** | ☐ Unliquidated | |
| | **Metairie, LA 70009-6288** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,721.13 |
|---|---|---|---|
| | **Pumpjack Eight, L.P.** | ☐ Contingent | |
| | **C/O Mandel Resources Corp.,INC** | ☐ Unliquidated | |
| | **P.O> Box 449** | ☐ Disputed | |
| | **Delray Beach, FL 33447-0449** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,368.51 |
|---|---|---|---|
| | **Quality Energy Services, Inc.** | ☐ Contingent | |
| | **P. O. Box 3190** | ☐ Unliquidated | |
| | **Houma, LA 70361** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**R. Scott Briggs**
**P. O. Box 528**
**Roanoke, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,112.08** |
|---|---|---|---|

**R.P.S. Cementing Co., LLC**
**P. O. Box 176**
**Livonia, LA 70755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,699.50** |
|---|---|---|---|

**R360 Environmental Solutions**
**P. O. Box 1467**
**Jennings, LA 70546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RACD Oil, LLC**
**Attn:  Anne Dardis**
**1405 Pier Ave.**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ralph Hoog**
**18507 CR 4711**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Randall S. Zeringue**
**103 Cane Street**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Randy P. Barras**
**15353 Beau Bois Dr.**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,082.81** |
|---|---|---|---|
| | **Range Production, LP**<br>**777 Main St., Ste. 800**<br>**Fort Worth, TX 76102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ray E. Harder, Jr.**<br>**13185 CR 1141**<br>**Tyler, TX 75709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Raymond P. Zeringue, Jr.**<br>**P.O. Box 145**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rebecca Guess**<br>**1920 Augusta Dr., #13**<br>**Houston, TX 77057-3725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Reelengine, LLC**<br>**131 Ayshire Court**<br>**Slidell, LA 70461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Reginald J. Zeringue**<br>**1109 Colony Road**<br>**Metairie, LA 70003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145.06** |
|---|---|---|---|
| | **Regions Bank**<br>**Attn:  Keith Mitchell**<br>**2000 Gateway St.**<br>**Grenada, MS 38901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,596.00 |
|---|---|---|---|

**Reliable Production SVC, Inc.**
**1090 Cinclaire Dr**
**Port Allen, LA 70767-3235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.98 |
|---|---|---|---|

**Rene S. Broussard, Jr.**
**386 Croydon Ave.**
**Baton Rouge, LA 70806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rene S. Broussard, Jr.**
**386 Croydon Ave**
**Baton Rouge, LA 70860**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rental Properites, LTD**
**22160 Talbot Drive**
**Plaquemine, LA 70764**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **False River Rd**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reserves Management, L.C.**
**1800 Carol Sue Ave**
**Suite 4**
**Gretna, LA 70056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

**Resource Trans of America**
**P. O. Box 1229**
**Cameron, LA 70631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard C. Becker Trust**
**Argent Trust Co Of LA, Trustee**
**P.O. Box 1410**
**Ruston, LA 71273**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,252.67** |
|---|---|---|---|

**Richard F.  Price, Jr.**
**1100 Tulane Ave**
**Suite 326**
**New Orleans, LA 70112**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard F. Price Estate**
**C/O John V. Price, Executor**
**Covington, LA 70434**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,904.21** |
|---|---|---|---|

**Richard H. Gilmore**
**106 Park Place, Ste. 200**
**Covington, LA 70433**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard H. Marshall**
**C/O Charles Marshall, Jr.**
**2303 State Street**
**New Orleans, LA 70118**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard H. Tannehill, Jr.**
**2728 Windrush Way**
**Baton Rouge, LA 70809**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,501.14** |
|---|---|---|---|

**Richard L. Guerra**
**312 South 4th**
**McAllen, TX 78502**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard P. Oubre**
**8640 Fruitwood Court**
**Fair Oaks, CA 95628**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 141 of 230

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Ricks**
**496 Roberts Circle**
**Lincoln, AL 35096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Riette Elliott**
**1501 Shadescliff Road**
**Jasper, AL 35501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,572.96** |
|---|---|---|---|

**Rig-Chem, Inc.**
**Station 1, Box 10203**
**Houma, LA 70363-5990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rita A. Rogers**
**10815 Old Jeanerette Road**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rita Jackson**
**58350 Bayou Road**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rita Mae Z. Faulkner**
**264 Cardinal Dr.**
**Slidell, LA 70458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,438.65** |
|---|---|---|---|

**River Rental Tools, Inc.**
**109 Derrick Rd.**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert Anthony Zeringue, Sr.**
**73128 Louisiana Ave**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert B. Winston**
**69450 Fairoaks Lane**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert F. Gonsoulin, Jr.**
**13102 Highwood**
**Houston, TX 77079**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert Hereford**
**569 Central Drive**
**Suite 103**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert J. Zeringue**
**2714 Hwy 20 West**
**Vacherie, LA 70090**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert L. Broussard**
**3604 Walker Ferry Rd.**
**Pollock, LA 71467**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert L. Hall**
**203 Rue Mon Jardin**
**Madisonville, LA 70447**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 143 of 230

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert L. Hebert**<br>**5615 Stonewall Drive**<br>**Baton Rouge, LA 70817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert Leblanc**<br>**P.O. Box 52765**<br>**Lafayette, LA 70505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,503.61** |
|---|---|---|---|
| | **Robert P. Hosford**<br>**1100 Tulane Ave., Ste. 326**<br>**New Orleans, LA 70112-1905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert P. Monnin**<br>**8305 Overton Ave**<br>**Raytown, MO 64138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,337.39** |
|---|---|---|---|
| | **Robert Ruben Guerra, Jr.**<br>**c/o W. T. Guerra**<br>**Roma, TX 78584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Roberta Linder**<br>**701 Brown Thrasher Loop N**<br>**Madisonville, LA 70447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,262.00** |
|---|---|---|---|
| | **Roger D. Linder**<br>**Real Estate Account**<br>**1500 Dendinger Dr.**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$564,460.97** |
|---|---|---|---|
| | **Roger D. Linder** | ☐ Contingent | |
| | **106 Park Place, Ste. 200** | ☐ Unliquidated | |
| | **Covington, LA 70433** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,479.04** |
|---|---|---|---|
| | **Roger D. Linder** | ☐ Contingent | |
| | **Real Estate Account** | ☐ Unliquidated | |
| | **1500 Dendinger Dr.** | ☐ Disputed | |
| | **Covington, LA 70433** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Accrued interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Roger D. Linder** | ☐ Contingent | |
| | **Real Estate Account** | ☐ Unliquidated | |
| | **1500 Dendinger Dr.** | ☐ Disputed | |
| | **Covington, LA 70433** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unsecured Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Roger Linder** | ☐ Contingent | |
| | **106 Park Place, Ste. 200** | ☐ Unliquidated | |
| | **Covington, LA 70433** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Roger Valentine** | ☐ Contingent | |
| | **3005 Old Covington** | ☐ Unliquidated | |
| | **Hammond, LA 70404** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Roland A. Zeringue** | ☐ Contingent | |
| | **196 Jolie Oaks Blvd** | ☐ Unliquidated | |
| | **Thibodaux, LA 70301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Roland H. Rogers** | ☐ Contingent | |
| | **P.O. Box 591** | ☐ Unliquidated | |
| | **Lydia, LA 71569** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald E. Dauterive**
207 Richland Ave
Lafayette, LA 70508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald J. & Hazel Scioneaux**
22875 N. Oak St.
Vacherie, LA 70090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald Joseph Steib**
2348 North Bank Lane
Vacherie, LA 70090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronney L. Broussard**
341 Broussard Rd.
Pollock, LA 71467

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosalind Kliebert Trosclaire**
P. O. Box 2315
Reserve, LA 70084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,820.69 |
|---|---|---|---|

**Rosalinda G. Guerra, Trustee**
V. H. Guerra Jr. Trust
P. O. Box 157
Roma, TX 78584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rose M. Monroe**
C/O Whitney Bank Trust Dept
P.O. Box 61260
New Orleans, LA 70160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosemary Anne Oil, LLC**<br>**1405 Pier Ave**<br>**Metairie, LA 70005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosita R. Stanczak**<br>**36780 Judd R., Box 235**<br>**New Boston, MI 48164-9656** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Roy Zeringue**<br>**13391 Ash Street**<br>**Vacherie, LA 70090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Royley & Theresa Folse**<br>**P. O. Box 52**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Royley A. Folse, Jr.**<br>**P. O. Box 16**<br>**Saint James, LA 70086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.42** |
|---|---|---|---|
| | **Rudy Sparks**<br>**122 Riverbend Dr.**<br>**Patterson, LA 70392** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Russell A. Becnel**<br>**P. O. Box 227**<br>**Donaldsonville, LA 70346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruth Bell Clark**
113 Canterbury Rd
Lafayette, LA 70503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruth Folse Hirsch**
15405 Ryan Ave.
Prairieville, LA 70769

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rykert Toledano, Jr.**
P.O. Box 3140
Covington, LA 70434

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,261.98 |
|---|---|---|---|

**S & S Operating Co., Inc.**
P. O. Box 1250
Winnie, TX 77556

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saint Joseph Abbey**
A Non-Trading LA. Corp.
75376 River Road
Saint Benedict, LA 70457

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,570.10 |
|---|---|---|---|

**Salt Dome Partnership**
P. O. Box 7
Patterson, LA 70392

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Samuel B. Bourgeois**
7556 Bocage Court South
Baton Rouge, LA 70809

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 148 of 230

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel P. Schwing, III**
**324 Rue St. Peter**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sandra Anne Boll**
**1148 D The Park**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.09** |
|---|---|---|---|

**Sandra J. Jones**
**756 Cumberland Cove**
**Southaven, MS 38671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sandra K. Weathers**
**P.O. Box 2233**
**Columbus, MS 39704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sandra T. McClelland**
**P.O. Box 592**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sara Stelzner**
**8 Greenleaves Drive**
**Amherst, MA 01003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sarah H. Rick**
**486 Sterling Street**
**Atlanta, GA 30307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah LeBlanc**
**57705 McClung Drive**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Schwing Acquisitions, LLC**
**9422 Common Street**
**Suite 2**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,679.40 |
|---|---|---|---|

**Scott W. Spradley**
**753 N. Beau Chene Dr.**
**Mandeville, LA 70448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.00 |
|---|---|---|---|

**Select Oilfield Services, LLC**
**P. O. Box 728**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,453.00 |
|---|---|---|---|

**Sempcheck Services**
**NDTRAK Technologies**
**P. O. Box 273274**
**Houston, TX 77277-3274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,777.50 |
|---|---|---|---|

**Settoon Construction, Inc.**
**P. O. Box 520**
**Metairie, LA 70033-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,670.00 |
|---|---|---|---|

**Settoon Dock Service**
**P. O. Box 760**
**Pierre Part, LA 70339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shanda H. Segura**
**P.O. Box 109**
**Jeanerette, LA 70544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon C. Leonard**
**1018 Sunset Canyon Drive North**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon B. McKillip**
**414 East Main**
**Lisbon, IA 52253**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon Chambers**
**P.O. Box 857**
**Red Bluff, CA 96080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon E. Buhler**
**311 E. Bradley Street**
**Sedan, KS 67361**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon F. King**
**953 Wild West Drive**
**Henderson, NV 89002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon Garner**
**103 Stratford Way**
**Vicksburg, MS 39180**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 151 of 230

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sharon M. Williams**
**20001 88th Street**
**California City, CA 93505**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shelia B. Villagomez**
**133 Patricia Anne Place**
**Lafayette, LA 70508**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sherwood Allain**
**119 St. John Street**
**Luling, LA 70070**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shirley B. Cantrell**
**421 Focis Street**
**Metairie, LA 70005**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shirley Deas Zibilich**
**4840 Hwy 22**
**Apt #9202**
**Mandeville, LA 70471**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shirley W. Zeringue, USUFRUCT**
**3922 Wooland Hill Court**
**Baton Rouge, LA 70816**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shirley Z. Hymel**
**8879 False River Rd**
**New Roads, LA 70760**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Sidney Bergeron**<br>**601 Curtis Drive**<br>**Franklin, LA 70538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Sidney J. Bourgeois**<br>**300 Rue Beauregard**<br>**Suite D**<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Sidney J. Torres**<br>**2941 Highway 308**<br>**Raceland, LA 70394** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,918.81 |
| --- | --- | --- | --- |
| | **Sojitz Energy Venture, Inc.**<br>**2000 W. Sam Houston Pkwy South**<br>**Ste. 1450**<br>**Houston, TX 77042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
| --- | --- | --- | --- |
| | **Southern Solid Waste**<br>**6036 Farm Rd.**<br>**Iowa, LA 70647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Southwest Petroleum Co., LP**<br>**P. O. Box 702377**<br>**Dallas, TX 75370-2377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,720.00 |
| --- | --- | --- | --- |
| | **Spartan Energy Services, LLC**<br>**Attn: Dave Edelmaier**<br>**9595 Six Pines Drive, Ste. 4000**<br>**Spring, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,659.70 |
|---|---|---|---|

**Spectra Energy**
**P. O. Box 201210**
**Houston, TX 77216-1210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,077.12 |
|---|---|---|---|

**SPL, Incorporated**
**P. O. Box 842013**
**Dallas, TX 75284-2013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Luke's Episcopal Chruch**
**8833 Goodwood Ave**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ST. Paul Bourgeois, IV**
**P.O. Box 53263**
**Lafayette, LA 70505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St.James Episcopal Church**
**P.O. Box 126**
**Baton Rouge, LA 70821**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St.Paul Bourgeois, III**
**10807 Linden Road**
**Jeanerette, LA 70544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,466.00 |
|---|---|---|---|

**Stabil Drill**
**P. O. Box 81548**
**Lafayette, LA 70598**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No  ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 154 of 230

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stacy Guy Allee**
**P. O. Box 255**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stafford F. Herbert**
**5846 Frederick Street**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Stancil Property Tax, LLC**
**400 E. Las Colinas Blvd.**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stanley P. Zeringue**
**P. O. Box 215**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
|---|---|---|---|

**State of Louisiana**
**Office of Conservation**
**P. O. Box 51285 OCS**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of Louisiana**
**State Land Office**
**P. O. Box 44124**
**Baton Rouge, LA 70804-4124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie B. Chapman**
**3842 Greentree Place**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephanie M. Levert**
**946 East Hart's Mill Lane**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephanie M. Richards**
**1201 First Street**
**New Orleans, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephanie Morales**
**660-5 Tete Lours Drive**
**Mandeville, LA 70471**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen A. Schexnayder**
**2585 Front St.**
**Slidell, LA 70458**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen O. Straub**
**944 Austin Hwy.**
**San Antonio, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,979.35 |
|---|---|---|---|

**Stokes & Spiehler Offshore**
**P. O. Box 52006**
**Lafayette, LA 70505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,434.24 |
|---|---|---|---|

**Stone Energy Corporation**
**P. O. Box 52807**
**Lafayette, LA 70508-2807**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 156 of 230

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138.01** |
|---|---|---|---|

**Strategic Petroleum Corp.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stratford Exploration, LLC**
**P. O. Box 404**
**Milton, LA 70558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stratford Petroleum Corp.**
**11296 Winrock Dr.**
**New Orleans, LA 70128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Succ. Of Catherine EP Marshall**
**C/O Charles D. Marshall, Exect**
**909 Poydras Street Suite 2300**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sue S. Tannehill**
**2728 Windrush Way**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sugarberry Oil & Gas Corp. &**
**Katy Pipeline & Production**
**5950 Cedar Springs Rd**
**Suite 230**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110,133.75** |
|---|---|---|---|

**Superior Energy Services, LLC**
**Dept. 2203**
**P. O. Box 122203**
**Dallas, TX 75312-2203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Open account**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,421.54 |
|---|---|---|---|

**Superior Performance, Inc.**
**P. O. Box 1080**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Susan Ann Becnel Waguespack**
**38484 Cal Rd.**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Susan E. Montgomery**
**P.O. Box 186**
**Dousman, WI 53118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Susan S. Dougherty**
**1903 Oak Creek Rd., Apt. 306**
**New Orleans, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Suthon, LLC**
**6018 Hurst Street**
**New Orleans, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Suzanne P. Allain**
**1519 Church Street**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Suzanne R. Luke**
**215 Roland Lane**
**Jeanerette, LA 70544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 158 of 230

| 3.100 1 | **Nonpriority creditor's name and mailing address**<br>**Suzanne W. Turner**<br>**3 Rue Sorbonne**<br>**Baton Rouge, LA 70808**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Royalties Due<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.100 2 | **Nonpriority creditor's name and mailing address**<br>**Suzie Richie**<br>**833 Crescent Blvd**<br>**Houma, LA 70360**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Royalties Due<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.100 3 | **Nonpriority creditor's name and mailing address**<br>**Sybil B. Sealy**<br>**416 Live Oak Drive**<br>**Lafayette, LA 70503**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Royalties Due<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.100 4 | **Nonpriority creditor's name and mailing address**<br>**T & P Well Testers of Lafayette**<br>**P. O. Box 80456**<br>**Lafayette, LA 70598**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$44,435.49** |
| 3.100 5 | **Nonpriority creditor's name and mailing address**<br>**T. James Hebert**<br>**202 Stanford Drive**<br>**Apt B**<br>**Lafayette, LA 70503**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Royalties Due<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.100 6 | **Nonpriority creditor's name and mailing address**<br>**Tait Christopher Dupont**<br>**C/O James Dupont**<br>**P.O. Box 627**<br>**Plaquemine, LA 70764**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Royalties Due<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.100 7 | **Nonpriority creditor's name and mailing address**<br>**Tallum Frank Dupont**<br>**C/O James Dupont**<br>**Plaquemine, LA 70764**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Royalties Due<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Linder Oil Company, A Partnership** | Case number (if known) | **17-51323** |
|---|---|---|---|
| | Name | | |

**3.100 8**

Nonpriority creditor's name and mailing address
**Tamara Jenkins**
**919 Milam, Ste. 1910**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**$1,128.14**

---

**3.100 9**

Nonpriority creditor's name and mailing address
**Tanner Services, LLC**
**P. O. Box 940968**
**Houston, TX 77094-7968**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

**$254,887.66**

---

**3.101 0**

Nonpriority creditor's name and mailing address
**Targa Midstream Services, LLC**
**P. O. Box 73689**
**Chicago, IL 60673-3689**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 1**

Nonpriority creditor's name and mailing address
**Tarpon Rental, Inc.**
**P. O. Box 9023**
**Houma, LA 70361**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open account**

Is the claim subject to offset? ■ No ☐ Yes

**$231.75**

---

**3.101 2**

Nonpriority creditor's name and mailing address
**Tasha Beth Blount Sheets**
**3317 Beech Drive**
**Gretna, LA 70056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 3**

Nonpriority creditor's name and mailing address
**Test Trust By WM. Smardon for**
**Louise Roberts,B.Smardon Trustee**
**730 Esplanade Ave**
**New Orleans, LA 70116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 4**

Nonpriority creditor's name and mailing address
**Test.Trust By WM.Smardon for**
**Louise Roberts,B.Smardon Trtee**
**730 Esplanade Ave**
**New Orleans, LA 70116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Linder Oil Company, A Partnership** | Case number (if known) | **17-51323** |
|---|---|---|---|
| | Name | | |

| 3.101<br>5 | **Nonpriority creditor's name and mailing address**<br>**Texaco Exploration & Prod**<br>P. O. Box 220778<br>Houston, TX 77216-0778 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,733.79** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>6 | **Nonpriority creditor's name and mailing address**<br>**Texas Eastern Transmission, LP**<br>P. O. Box 201210<br>Houston, TX 77216 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$51,162.38** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Open account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>7 | **Nonpriority creditor's name and mailing address**<br>**TGR Land Company, Inc**<br>8084 S. Albion Street<br>Littleton, CO 80112 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>8 | **Nonpriority creditor's name and mailing address**<br>**The Catholic Society of**<br>**Religious & Literary Education**<br>710 Baronne Street<br>Suite B<br>New Orleans, LA 70113 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101<br>9 | **Nonpriority creditor's name and mailing address**<br>**The Episcopal Media Center**<br>644 W. Peachtree Street<br>Suite 300<br>Atlanta, GA 30308 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102<br>0 | **Nonpriority creditor's name and mailing address**<br>**The Gardens of Lafayette**<br>c/o Ronnie White Custom Homes<br>1003 E. Hugh Wallis Rd., Ste G-3<br>Lafayette, LA 70508 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,700.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Open account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102<br>1 | **Nonpriority creditor's name and mailing address**<br>**The Gardens of Lafayette**<br>c/o Ronnie White Custom Homes<br>1003 E. Hugh Wallis Rd., Ste G-3<br>Lafayette, LA 70508 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Open account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Joy Partners, LTD**
P.O. Box 576
Ardmore, OK 73402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalties Due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,880.00** |
|---|---|---|---|

**The Lofton Corporation**
dba Lofton Staffing Services
P. O. Box 52101
Lafayette, LA 70505-2101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Open account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,028.26** |
|---|---|---|---|

**The Louisiana Land & Explorat**
C/O Conoco Phillips
600 N. Dairy Ashford W. Lake 3
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalties Due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,096.20** |
|---|---|---|---|

**The Louisiana Land & Explorat**
C/O Conoco Phillips
600 N. Dairy Ashford W. Lake 3
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalties Due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Parish of Plaquemines**
c/o Talbot, Carmouche & Marcello
17405 Perkins Rd.
Baton Rouge, LA 70810

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Lawsuit:  The Parish of Plaquemines v. Campbell Energy Corporation, et al

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Parish of Plaquemines**
c/o Talbot, Carmouche & Marcello
17405 Perkins Rd.
Baton Rouge, LA 70810

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Lawsuit:  The Parish of Plaquemines v. Conoco Phillips, et al

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**The Parish of Plaquemines**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit: The Parish of Plaquemines v. Great Southern Oil & Gas Company, et al

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**The Parish of Plaquemines**
**c/o Talbot, Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit: The Parihs of Plaquemines v. Linder Oil Company, A Partnership, et al

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**The Parish of St. Bernard**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Rd.**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit: The Parish of St. Bernard v. Atlantic Richfield, Co., et al

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**The Society of the Propagatiion**
**of the Faith**
**7887 Walmksley Ave.**
**New Orleans, LA 70125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Royalties Due

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**The Sunflower Foundation, Inc.**
**C/O Peri & Alvarado CPA's, Inc**
**P.O. Box 22557**
**Santa Barbara, CA 93121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Royalties Due

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**The Walbert G. Levy Revocable Tr**
**c/o Matthew W. Levy, Trustee**
**4304 Amherst Drd., NE**
**Albuquerque, NM 87101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| 3.103 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Theodore D. Fay, Jr.** **21911 Bacalar** **Mission Viejo, CA 92691** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Theresa Ann Rinaudo** **241 Broussard Rd.** **Pollock, LA 71467** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Therese B. Kiff** **5005 Warwick Drive** **Marrero, LA 70072** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,758.58 |
|---|---|---|---|
| | **Thomas & Agnes Kliebert** **P. O. Drawer 130** **Paulina, LA 70763** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Thomas A. Taylor** **165 W. Rampart Unit 405** **San Antonio, TX 78216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Thomas Cambre** **9115 Point Cypress Drive** **Orlando, FL 32836** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Thomas J. Martin, III** **500 Laketower Drive** **Unit 78** **Lexington, KY 40502** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Royalties Due__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>1 | Nonpriority creditor's name and mailing address<br>**Thomas J. Martin, III Trust**<br>**C/O Elizabeth M. Perino**<br>**327 W. Livingston Place**<br>**Metairie, LA 70005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>2 | Nonpriority creditor's name and mailing address<br>**Thomas P. Gonsoulin**<br>**502 Shekel Lane**<br>**Breckenridge, CO 80424** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>3 | Nonpriority creditor's name and mailing address<br>**Thomas Tools**<br>**1200 Enclave Parkway**<br>**Houston, TX 77077** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$184,950.70** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Open account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>4 | Nonpriority creditor's name and mailing address<br>**Three Z Investment, LLC**<br>**8726 Antioch Rd.**<br>**Baton Rouge, LA 70817** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>5 | Nonpriority creditor's name and mailing address<br>**Thru-Tubing Systems**<br>**4102 Hwy. 90 West**<br>**New Iberia, LA 70560** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,454.56** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Open account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>6 | Nonpriority creditor's name and mailing address<br>**Tiger Offshore Rentals**<br>**P. O. Box 733252**<br>**Dallas, TX 75373** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,672.10** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Open account__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104<br>7 | Nonpriority creditor's name and mailing address<br>**Timothy G. Morales**<br>**280 Lotus Drive**<br>**Mandeville, LA 70471** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Royalties Due__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Timothy J. Rhymes** | ☐ Contingent | |
| | **1219 Scott St.** | ☐ Unliquidated | |
| | **Scott, LA 70583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Timothy McCune** | ☐ Contingent | |
| | **3737 McMillan Ave** | ☐ Unliquidated | |
| | **Apt #101** | ☐ Disputed | |
| | **Dallas, TX 75206** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Timothy Zeringue** | ☐ Contingent | |
| | **P.O. Box 155** | ☐ Unliquidated | |
| | **Saint James, LA 70086** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Toni L. Bergeron** | ☐ Contingent | |
| | **225 Wright Ave** | ☐ Unliquidated | |
| | **Unit E** | ☐ Disputed | |
| | **Terrytown, LA 70056** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tortuga Operating Company** | ☐ Contingent | |
| | **2400 Augusta Drive** | ☐ Unliquidated | |
| | **Suite 212** | ☐ Disputed | |
| | **Houston, TX 77057** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,176.01** |
|---|---|---|---|
| | **Traco Production SVC, Inc.** | ☐ Contingent | |
| | **P. O. Box 3307** | ☐ Unliquidated | |
| | **Lafayette, LA 70502** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,620.80** |
|---|---|---|---|
| | **Transvac, LLC** | ☐ Contingent | |
| | **6619 Rice Cove Rd.** | ☐ Unliquidated | |
| | **Abbeville, LA 70511** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,257.78** |
|---|---|---|---|

**Treasure Bay Corporation LTD**
**Attn:  Harvey R. Guthrye, CPL**
**P. O. Box 53844**
**Lafayette, LA 70505-3844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trevor Hart Dupont**
**C/O James Dupont**
**P.O. Box 627**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Royalties Due

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Troy A. Talamantez**
**6354 Morgan Bend Drive**
**Baton Rouge, LA 70820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Royalties Due

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**True Hope Enterprises, Inc**
**22130 Talbot Dr**
**Plaquemine, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Royalties Due

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,479.21** |
|---|---|---|---|

**Trussco, Inc.**
**P. O. Box 3761**
**Lafayette, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyron Dupont**
**4417 Mike Lane**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Royalties Due

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,745.50** |
|---|---|---|---|

**United Vision Logistics**
**P. O. Box 975357**
**Dallas, TX 75397-5357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>2 | Nonpriority creditor's name and mailing address<br>**V.Williams u/w/o L Williams**<br>**Whitney Trust Div #106078017**<br>**P.O. Box 61260**<br>**New Orleans, LA 70161** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106<br>3 | Nonpriority creditor's name and mailing address<br>**V.Williams u/w/o/M. Williams**<br>**Whitney Trust Div# 106068018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106<br>4 | Nonpriority creditor's name and mailing address<br>**Valerie Anne Walker**<br>**4313 Harring Road**<br>**Metairie, LA 70006** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106<br>5 | Nonpriority creditor's name and mailing address<br>**Valerie B. Chachere**<br>**711 Prayer House Roaf**<br>**Washington, LA 70589** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106<br>6 | Nonpriority creditor's name and mailing address<br>**Valerie B. Hartnett**<br>**9 Sanchez Way**<br>**Hot Springs Village, AR 71909** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106<br>7 | Nonpriority creditor's name and mailing address<br>**Vastar Offshore, Inc.**<br>**15375 Memorial Drive**<br>**Houston, TX 77079** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,493.14** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106<br>8 | Nonpriority creditor's name and mailing address<br>**Venable Royalty, Ltd**<br>**P. O. Box 171**<br>**Tyler, TX 75710** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 9 | **Nonpriority creditor's name and mailing address**<br>**Venture Partners, LTD**<br>**P. O. Box 203029**<br>**Dallas, TX 75320-3029**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalties Due**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$846.12** |
|---|---|---|---|
| 3.107 0 | **Nonpriority creditor's name and mailing address**<br>**Vera Ball**<br>**3742 Bear Creek Rd**<br>**Canon, GA 30520**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalties Due**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.107 1 | **Nonpriority creditor's name and mailing address**<br>**Vernice Heyen**<br>**306 South Wind Court**<br>**Visalia, CA 93292**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalties Due**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.107 2 | **Nonpriority creditor's name and mailing address**<br>**Vernon J. Engerran**<br>**231 Leeward Way**<br>**Freeport, TX 77541**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalties Due**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$156.89** |
| 3.107 3 | **Nonpriority creditor's name and mailing address**<br>**Victor Erwin**<br>**732 Wordsworth Drive**<br>**Baton Rouge, LA 70810**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalties Due**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.107 4 | **Nonpriority creditor's name and mailing address**<br>**Victoria R. Potts**<br>**510 Delaware St.**<br>**Shreveport, LA 71106-1636**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalties Due**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.107 5 | **Nonpriority creditor's name and mailing address**<br>**Victorin Zeringue, Jr.**<br>**5655 LA. 18**<br>**Saint James, LA 70086**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalties Due**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **Linder Oil Company, A Partnership** | Case number (if known) | **17-51323** |
|---|---|---|---|
| | Name | | |

| 3.107<br>6 | **Nonpriority creditor's name and mailing address**<br>**Vinton Freedley, III**<br>**80 Cloudview Road**<br>**Sausalito, CA 94965** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$132.28** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107<br>7 | **Nonpriority creditor's name and mailing address**<br>**Virgil M. Blanchett**<br>**Route 1, Box 134**<br>**Senath, MO 63876** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107<br>8 | **Nonpriority creditor's name and mailing address**<br>**Virginai R. Lasalle**<br>**100 Joliet**<br>**New Iberia, LA 70560** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107<br>9 | **Nonpriority creditor's name and mailing address**<br>**Virginia  Barber**<br>**C/O Hine Associates**<br>**Houston, TX 77055** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108<br>0 | **Nonpriority creditor's name and mailing address**<br>**Virginia C. Becker**<br>**9422 Common Street**<br>**Suite 2**<br>**Baton Rouge, LA 70809** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108<br>1 | **Nonpriority creditor's name and mailing address**<br>**Virginia D. Curry**<br>**203 Shannon Road**<br>**Lafayette, LA 70501** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108<br>2 | **Nonpriority creditor's name and mailing address**<br>**Virginia D. Riley**<br>**6121 Rue Francoise**<br>**San Antonio, TX 78238** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Royalties Due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,535.10** |
|---|---|---|---|
| | **Virginia Dauterive Curry** **203 Shannon Rd.** **Lafayette, LA 70501** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Virginia F. Burke** **59 Maryland Drive** **New Orleans, LA 70124** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Virginia Herrera** **P.O. Box 3754** **Lafayette, LA 70502** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Virginia L. Minvielle** **347 Hilltop Circle** **New Iberia, LA 70560** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Vivian Engelhardt** **5920 S. Santa Clara Rd** **Seguin, TX 78155** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Vivian K. Zeringue, USUFRUCT** **203 Lynwood Dive** **Houma, LA 70360** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Vivian Zeringue** **203 Lynnwood Dr.** **Houma, LA 70360** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Waldo J. Barras**
**890 E. Harrison Ave., Apt. #2**
**Pomona, CA 91767**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$457.70** |
|---|---|---|---|

**Walker Louisiana Properties**
**P. O. Box 1048**
**Lake Charles, LA 70602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wallis Zeringue, Jr.**
**203 Lynnwood Dr.**
**Houma, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Walter A. Pole, Jr.**
**223 N. David Street**
**Church Point, LA 70525**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Walter E. Schwing**
**473 Cherry Hollow Road**
**Fredericksburg, TX 78624**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,021.60** |
|---|---|---|---|

**Walter Oil & Gas Corp.**
**Attn: Processing**
**1100 Louisiana, Suite 350**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Walterine Porter Wagner**
**6800 Glengary Rd.**
**New Orleans, LA 70126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wanda Wray Johnston Putman**
**2270 Cortina Ct.**
**Grand Junction, CO 81506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**$145.06**

---

| 3.109 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wanda Zeringue Morris**
**43359 Shirely Canyon**
**Gonzales, LA 70737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.109 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Warren Joseph Lambert, Jr.**
**P.O. Box 814**
**Gramercy, LA 70052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.110 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne D. Ankenman, Jr.**
**2704 West Lane Drive**
**Houston, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.110 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westmount Resoources, Inc.**
**5227 Stoneridge Court**
**Rosenberg, TX 77471**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.110 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Whitaker F. Riggs, IV**
**2618 North Peregrine Place**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.110 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Whitney Joseph Poirrier**
**2334 LA 20 West**
**Vacherie, LA 70090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document    Pg 173 of 230

| 3.110 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wilam Jean Stogsdill**
**9157 E. Rosecrans Ave**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wileen Kellems**
**322 Burnside**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wilfred Louque, Jr.**
**P.O. Box 207**
**Paulina, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Will Nicholson**
**P.O. Box 116**
**Leonville, LA 70551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Willia F. Eckerberg**
**4101 Cathedrak Ave NW**
**Apt#1005**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**William & Paula Holmes**
**P.O. Box 1174**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**William & Sofia V. Wilbert**
**Living Trust**
**408 S. Sequin Ave**
**Suite 105**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**
**1**

**Nonpriority creditor's name and mailing address**
**William B. Middleton, III**
**57845 Plaquemine Street**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**2**

**Nonpriority creditor's name and mailing address**
**William B. Pyle**
**P.O. Box 52430**
**Lafayette, LA 70505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**
**William Bryant**
**C/O Claire Whitaker, Executrix**
**P.O. Box 558**
**Plaquemine, LA 70765**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**
**William C. Dupont**
**24010 Sherwood Drive**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**
**William C. Ruiz**
**8643 Island Road**
**Ventress, LA 70783**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**
**William D. Patterson, Jr.**
**665 Baltzer-Rome Rd.**
**Tutwiler, MS 38963**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**7**

**Nonpriority creditor's name and mailing address**
**William D. Winston, Jr.**
**1649 Lillian's Point Court**
**Morganton, NC 28655**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William Hall Allen**<br>**62650 Bayou Rd**<br>**Plaquemine, LA 70764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William Joseph Lambert**<br>**5754 Hwy 44**<br>**Convent, LA 70723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William Kyle**<br>**P.O. Box 10911**<br>**New Iberia, LA 70562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William L. Ferguson, III**<br>**P.O. Box 1029**<br>**Oviedo, FL 32765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William Latham**<br>**P.O. Box 525**<br>**Dillsburg, PA 17019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William M. Harkey**<br>**P.O. Box 1924**<br>**Pascagoula, MS 39568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William Morrison Curry, Jr.**<br>**413 Corona Drive**<br>**Lafayette, LA 70503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William R. Smith**
P.O. Box 2364
California City, CA 93504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,337.43** |
|---|---|---|---|

**William Thomas Guerra**
P. O. Box 906
Roma, TX 78584

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Williams Inc.**
**Whitney Bank Building**
228 St. Charles Ave., Ste. 1323
New Orleans, LA 70130-2646

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Williams Land Co., LLC**
228 St. Charles Ave., Ste. 1323
New Orleans, LA 70130-2646

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Willis Joseph Poirrier, Jr.**
2340 LA 20 West
Vacherie, LA 70090

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wilma F. Levert**
P.O. Box 17
Saint Martinville, LA 70582

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wilson M. Bell, Jr.**
403 Live Oak Drive
Lafayette, LA 70503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Winston L. Goulas**
**123 Academy**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,104.93** |
|---|---|---|---|

**Wood Group PSN, Inc.**
**P. O. Box 301415**
**Dallas, TX 75303-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168,000.00** |
|---|---|---|---|

**Wood Group PSN, Inc.**
**17000 Katy Frwy, St. 150**
**Houston, TX 77094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168,000.00** |
|---|---|---|---|

**Wood Group PSN, Inc.**
**17000 Katy Freeway St. 150**
**Houston, TX 77094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unsecured Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,899.59** |
|---|---|---|---|

**X-Chem**
**P. O. Box 971433**
**Dallas, TX 75397-1433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,055.59** |
|---|---|---|---|

**Xerox Corporation**
**P. O. Box 650361**
**Dallas, TX 75265-0361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**York Resources, Inc.**
**1722 Nantucket Drive**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.113 9 | **Nonpriority creditor's name and mailing address** **Yvonne M. Quijano** **202 Dodge Ave.** **Jefferson, LA 70121** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Royalties Due__ Is the claim subject to offset? ■ No ☐ Yes | |
| 3.114 0 | **Nonpriority creditor's name and mailing address** **Zedi US, Inc.** **P. O. Box 51475** **Lafayette, LA 70505-1475** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$15,420.71** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** __Open account__ Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ballay Braud & Colon** **8114 Hwy. 23, Ste. 101** **Belle Chasse, LA 70037** | Line __3.230__ ☐ Not listed. Explain ____ | _ |
| 4.2 | **Burglass & Tankersley, LLC** **5213 Airline Drive** **Metairie, LA 70001-5602** | Line __3.1026__ ☐ Not listed. Explain ____ | _ |
| 4.3 | **Burglass & Tankersley, LLC** **5213 Airline Drive** **Metairie, LA 70001-5602** | Line __3.1027__ ☐ Not listed. Explain ____ | _ |
| 4.4 | **Burglass & Tankersley, LLC** **5213 Airline Drive** **Metairie, LA 70001-5602** | Line __3.1028__ ☐ Not listed. Explain ____ | _ |
| 4.5 | **Burglass & Tankersley, LLC** **5213 Airline Drive** **Metairie, LA 70001-5602** | Line __3.1029__ ☐ Not listed. Explain ____ | _ |
| 4.6 | **Connick & Connick** **2551 Metairie Rd.** **Metairie, LA 70001** | Line __3.1030__ ☐ Not listed. Explain ____ | _ |
| 4.7 | **Connick & Connick** **2551 Metairie Rd.** **Metairie, LA 70001** | Line __3.1026__ ☐ Not listed. Explain ____ | _ |
| 4.8 | **Connick & Connick** **2551 Metairie Rd.** **Metairie, LA 70001** | Line __3.1027__ ☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Connick & Connick**<br>**2551 Metairie Rd.**<br>**Metairie, LA 70001** | Line **3.1028**<br>☐ Not listed. Explain ___ | _ |
| 4.10 | **Connick & Connick**<br>**2551 Metairie Rd.**<br>**Metairie, LA 70001** | Line **3.1029**<br>☐ Not listed. Explain ___ | _ |
| 4.11 | **Connick & Connick**<br>**2551 Metairie Rd.**<br>**Metairie, LA 70001** | Line **3.843**<br>☐ Not listed. Explain ___ | _ |
| 4.12 | **Cossich, Sumich, Parsiola & Tayl**<br>**8397 Highway 23, Ste. 100**<br>**Belle Chasse, LA 70037-2648** | Line **3.1030**<br>☐ Not listed. Explain ___ | _ |
| 4.13 | **Cossich, Sumich, Parsiola & Tayl**<br>**8397 Highway 23, Ste. 100**<br>**Belle Chasse, LA 70037-2648** | Line **3.1026**<br>☐ Not listed. Explain ___ | _ |
| 4.14 | **Cossich, Sumich, Parsiola & Tayl**<br>**8397 Highway 23, Ste. 100**<br>**Belle Chasse, LA 70037-2648** | Line **3.1027**<br>☐ Not listed. Explain ___ | _ |
| 4.15 | **Cossich, Sumich, Parsiola & Tayl**<br>**8397 Highway 23, Ste. 100**<br>**Belle Chasse, LA 70037-2648** | Line **3.1028**<br>☐ Not listed. Explain ___ | _ |
| 4.16 | **Cossich, Sumich, Parsiola & Tayl**<br>**8397 Highway 23, Ste. 100**<br>**Belle Chasse, LA 70037-2648** | Line **3.1029**<br>☐ Not listed. Explain ___ | _ |
| 4.17 | **Fishman Haygood Phelps Walmsley**<br>**201 St. Charles Ave., Ste. 4600**<br>**New Orleans, LA 70160** | Line **3.230**<br>☐ Not listed. Explain ___ | _ |
| 4.18 | **Ginart & Associates**<br>**2114 Paris Rd.**<br>**Chalmette, LA 70043** | Line **3.1030**<br>☐ Not listed. Explain ___ | _ |
| 4.19 | **Jones Swanson Huddell & Garrison**<br>**601 Poydras St., Ste. 2655**<br>**New Orleans, LA 70130** | Line **3.230**<br>☐ Not listed. Explain ___ | _ |
| 4.20 | **Mudd & Bruchhaus, LLC**<br>**410 E. College St.**<br>**Lake Charles, LA 70605** | Line **3.799**<br>☐ Not listed. Explain ___ | _ |
| 4.21 | **Mudd & Bruchhaus, LLC**<br>**410 E. College St.**<br>**Lake Charles, LA 70605** | Line **3.800**<br>☐ Not listed. Explain ___ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.22 | **Mudd & Bruchhaus, LLC**<br>**410 E. College St.**<br>**Lake Charles, LA 70605** | Line  **3.801**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Mudd & Bruchhaus, LLC**<br>**410 E. College St.**<br>**Lake Charles, LA 70605** | Line  **3.802**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Mudd & Bruchhaus, LLC**<br>**410 E. College St.**<br>**Lake Charles, LA 70605** | Line  **3.803**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Stewart F. Peck**<br>**601 Poydras St., Ste. 2775**<br>**New Orleans, LA 70130** | Line  **3.71**<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 30,380.04 |
| **5b. Total claims from Part 2** | 5b. + | $ | 14,139,242.94 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,169,622.98 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lakeside Lease; Bayou Long Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **5055 Investments, LLC** <br> **4224 Rhone Drive** <br> **Kenner, LA 70065** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **College Point Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **A. Cecil Zeringue** <br> **P. O. Box 9188** <br> **Houma, LA 70361** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lakeside Lease; Bayou Long Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Abramowicz Energy 1, LLC** <br> **22 Chateau Trianon Drive** <br> **Kenner, LA 70065** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **College Point Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Albert Zeringue, Jr.** <br> **P. O. Box 13** <br> **Saint James, LA 70086** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Aline Z. Becnel**<br>**P. O. Box 227**<br>**Donaldsonville, LA 70346** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Anna Mae Z. Ledet**<br>**1360 Hwy. 307**<br>**Thibodaux, LA 70301** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Anne L. Crail**<br>**18138 Green Lakes Courts**<br>**Baton Rouge, LA 70810** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **COMPRESSOR RENTAL LEASE** | |
|---|---|---|---|
| | State the term remaining | | **ARCHROCK**<br>**P.O. BOX 201160**<br>**Dallas, TX 75320** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; S. Thorwell (Walker #9) Lease** | |
|---|---|---|---|
| | State the term remaining | | **Austral Oil Trust**<br>**Mary Fagan, Trustee**<br>**P. O. Drawer 2220**<br>**Southampton, NY 11969-2220** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **V1770** | |
|---|---|---|---|
| | State the term remaining | | **AXIP ENERGY SERVICES, LP**<br>**1301 MCKINNEY**<br>**SUITE 900 FULBRIGHT TOWER**<br>**Houston, TX 77010** |
| | List the contract number of any | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **V1831** | |
|---|---|---|---|
| | State the term remaining | | **AXIP ENERGY SERVICES, LP**<br>**1301 MCKINNEY**<br>**SUITE 900 FULBRIGHT TOWER**<br>**Houston, TX 77010** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **Axip Energy Services, LP**<br>**919 Milam St. Ste. 850**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **B & L Exploration, LLC**<br>**One Galleria Blvd., Ste. 902**<br>**Metairie, LA 70001** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Barbara L. Hugo**<br>**5405 Caneb Ave.**<br>**Sacramento, CA 95819** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Barbara R. Perkins**<br>**840 Balboa Ave.**<br>**Coronado, CA 92118-2425** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | **Basin Exploration**<br>**200 Travis, Ste. 201**<br>**Lafayette, LA 70503** |
|---|---|---|---|

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **S. Bosco Lease** | |
| | State the term remaining | | **Basin Louisiana, LLC** |
| | List the contract number of any government contract | | **Basin Bosco, LLC**<br>**200 Travis St., Ste. 201**<br>**Lafayette, LA 70503** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** | |
| | State the term remaining | | **Bell Investments, LLC** |
| | List the contract number of any government contract | | **Attn: John Bell**<br>**460 Carmargue Lane**<br>**Biloxi, MS 39531** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
| | State the term remaining | | **Bermuda Dunes, LLC** |
| | List the contract number of any government contract | | **5847 Heavenly Midst Lane**<br>**Las Vegas, NV 89135** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Bernard B Becnel, Jr.** |
| | List the contract number of any government contract | | **220 Maxime Blvd.**<br>**Gray, LA 70359** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Betty Ann's Land, LLC** |
| | List the contract number of any government contract | | **1746 East Nelson St.**<br>**Gonzales, LA 70737** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cadboro Petroleum, LLC** |
| | List the contract number of any government contract | | **1847 Dock St., Ste. 204**<br>**New Orleans, LA 70123** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Carla B. Gaudet** |
| | List the contract number of any government contract | | **2405 Lee Drive**<br>**Pierre Part, LA 70339** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Carol & Elise Folse** |
| | List the contract number of any government contract | | **13462 Hwy. 644**<br>**Vacherie, LA 70090** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cecil Zeringue** |
| | List the contract number of any government contract | | **P. O. Box 9188**<br>**Houma, LA 70361** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **N. Bayou Pigeon Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ch4net.com, Ltd.** |
| | List the contract number of any government contract | | **P. O. Box 1000**<br>**Roswell, NM 88202** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Charles B. Jefferson, Jr.** |
| | List the contract number of any | | **1300 Van Brocklien Rd.**<br>**New Iberia, LA 70563-8949** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 186 of 230

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Charles L. Broussard, Jr.**<br>**P. O. Box 3851**<br>**Shreveport, LA 71113-3851** |

| | | |
|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Claire B. Robert**<br>**41282 New Orleans Dr.**<br>**Sorrento, LA 70778** |

| | | |
|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **S. Bosco Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Claudette R. Harbin**<br>**1525 Live Oak St.**<br>**Sulphur Springs, TX 75482** |

| | | |
|---|---|---|
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Club Oil & Gas Ltd., LLC**<br>**66 Inverness Lane East**<br>**Englewood, CO 80112** |

| | | |
|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease; Jeanerette Lease; Bayou Long (SWD) Lease; Lakeside Lease; S. Thorwell (Walker #9) Lease; N. Bayou Pigeon Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Consolidated Reserves Co., LC**<br>**1800 Carol Sue Ave., Ste. 4**<br>**Gretna, LA 70056** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 187 of 230



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lakeside Lease; College Point Lease; North Bayou Bouillon Lease; Bayou Pigeon Lease**<br><br>**CRCOne, LLC**<br>**1800 Carol Sue Ave., Ste. 4**<br>**Gretna, LA 70056** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **3364 GASO PUMP WITH A 190 ENGINE**<br><br>**CREOLE COMPRESSION, LLC**<br>**P.O. BOX 448**<br>**Houma, LA 70361** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **155 WAUKESHA NATURAL GAS ENGINE WITH A KERR MUSTANG PUMP**<br><br>**CREOLE COMPRESSION, LLC**<br>**P.O. BOX 448**<br>**Houma, LA 70361** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **J30T-2 PUMP WITH A FORD 300 ENGINE**<br><br>**CREOLE COMPRESSION, LLC**<br>**P.O. BOX 448**<br>**Houma, LA 70361** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lakeside Lease; Bayou Long Lease**<br><br>**Curocom Energy, LLC**<br>**10101 Harwin Dr., Ste. 130**<br>**Houston, TX 77036** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **College Point Lease**<br><br>**Cynthia R. Reynolds**<br>**59394 E. 288 Circle**<br>**Grove, OK 74344** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.39.** | State what the contract or lease is for and the nature of the debtor's interest | **Lowry Lease** |
| | State the term remaining | Darla B. Steagall |
| | List the contract number of any government contract | 7739 Ben Fulger Rd.<br>Denham Springs, LA 70706-8546 |
| **2.40.** | State what the contract or lease is for and the nature of the debtor's interest | **Lowry Lease** |
| | State the term remaining | David M. Rhymes |
| | List the contract number of any government contract | 10913 Mary St.<br>Omaha, NE 68164 |
| **2.41.** | State what the contract or lease is for and the nature of the debtor's interest | **S. Bosco Lease** |
| | State the term remaining | Denise Soileau |
| | List the contract number of any government contract | 310 Wiltz St.<br>Rayne, LA 70578 |
| **2.42.** | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** |
| | State the term remaining | Dept of Natural Resources<br>Attn: State Mineral & Energy Bd |
| | List the contract number of any government contract | P. O. Box 2827<br>Baton Rouge, LA 70821-2827 |
| **2.43.** | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease; College Point Lease; Bayou Pigeon Lease** |
| | State the term remaining | Destin Resources, LLC |
| | List the contract number of any government contract | 106 Park Place, Ste. 200<br>Covington, LA 70433 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Domain Energy Production Corp.** |
| | List the contract number of any government contract | | **P. O. Box 2229**<br>**Houston, TX 77252-2229** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Doris Z. Hymel** |
| | List the contract number of any government contract | | **P. O. Box 48**<br>**Saint James, LA 70086** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Edward P. Labruyere, Jr.** |
| | List the contract number of any government contract | | **217 Shirley Dr.**<br>**Minden, LA 71055-2042** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Elise R. Folse** |
| | List the contract number of any government contract | | **13463 Hwy. 644**<br>**Vacherie, LA 70090** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Elise Z. Henderson** |
| | List the contract number of any government contract | | **P. O. Box 8**<br>**Saint James, LA 70086** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Elizabeth J. Cross** |
| | List the contract number of any | | **P. O. Box 61774**<br>**Lafayette, LA 70596-1774** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 190 of 230



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Elizabeth K. Cambra** |
| | List the contract number of any government contract | | **28 Burchell Ave.**<br>**Freedom, CA 95019** |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Elizabeth Z. Ordeneaux** |
| | List the contract number of any government contract | | **P. O. Box 144**<br>**Paulina, LA 70763** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
| | State the term remaining | | **Emerald Coast Energy, LLC** |
| | List the contract number of any government contract | | **1333 Woodmere Dr.**<br>**Mandeville, LA 70471** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Grand Isle #19 Lease** | |
| | State the term remaining | | **Energy Resource Techology GOM** |
| | List the contract number of any government contract | | **500 Dallas St., Ste. 2000**<br>**Houston, TX 77002** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **W. Cameron Block 168 Lease** | |
| | State the term remaining | | **Energy XXI GOM, LLC** |
| | List the contract number of any government contract | | **1201 Main St., Ste. 2626**<br>**Houston, TX 77002** |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | **Ethel Z. Oubre**<br>**35199 Cotton Dr.**<br>**Donaldsonville, LA 70346-9010** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Etienne A. Zeringue**<br>**206 Monsanto**<br>**Luling, LA 70070** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Eugene P. Zeringue**<br>**Box 365**<br>**Thibodaux, LA 70302** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Felix F. Rhymes**<br>**4518 Larch Lane**<br>**Bellaire, TX 77401** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **FFO Lakeside, LLC**<br>**Attn: Kevin Frischhertz**<br>**4240 Toulouse St**<br>**New Orleans, LA 70119** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Construction and Operating Agmt** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fieldwood Energy, LLC**<br>**2000 W. Sam Houston Pkwy**<br>**St. #1200**<br>**Houston, TX 77042** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 192 of 230



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Frances J. Zeringue**<br>**12208 Verba Lane**<br>**Saint Amant, LA 70774** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Frances R. Becnel**<br>**P. O. Box 125**<br>**Belle Rose, LA 70341** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pideon Lease** | |
|---|---|---|---|
| | State the term remaining | | **Frederick L. Deare**<br>**817 Church St.**<br>**Jeanerette, LA 70544** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **Future Promises, LLC**<br>**701 Brown Thrasher Loop N**<br>**Madisonville, LA 70447** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pigeon Lease** | |
|---|---|---|---|
| | State the term remaining | | **G. Miles Biggs, Jr.**<br>**74360 River Rd.**<br>**Covington, LA 70433** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Gene H. Jefferson**<br>**202 Edgewater Dr.**<br>**New Iberia, LA 70563** |
| | List the contract number of any | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Gene M. Zeringue**<br>**P. O. Box 26**<br>**Saint James, LA 70086** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **S. Bosco Lease** | |
|---|---|---|---|
| | State the term remaining | | **Gerard L. Romero, II**<br>**8018 Oakwood Hollow**<br>**Houston, TX 77040** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Gwendolyn Beloat**<br>**W 58 N. 668 Columbia St.**<br>**Cedarburg, WI 53012** |
| | List the contract number of any government contract | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Gwendolyn J. Vetsch**<br>**100 Paleo Dr.**<br>**Monroe, LA 71203-8844** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **W. Cameron Block 168 Lease** | |
|---|---|---|---|
| | State the term remaining | | **Harvest Pipeline Company**<br>**1111 Travis**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | | | **Henry P. Zeringue**<br>**7159 Tip Top St.**<br>**Saint James, LA 70086** |

17-51323 - #20   File 10/24/17   Enter 10/24/17 08:04:06   Main Document   Pg 194 of 230

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **LHF - Operating Agreement; North Bayou Bouillon Lease** |
|---|---|---|
| | State the term remaining | **Hilcorp Energy Company** |
| | List the contract number of any government contract | **Attn:  Marketing**<br>**1201 Louisiana, Ste. 1400**<br>**Houston, TX 77002** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | **Howard C. Stanley** |
| | List the contract number of any government contract | **1011 Tidewater Place**<br>**Chesterfield, MO 63017** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **VRU Service Agreement** |
|---|---|---|
| | State the term remaining | **HY-BON Engineering Company, Inc.** |
| | List the contract number of any government contract | **11838 Richcroft**<br>**Baton Rouge, LA 70814** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** |
|---|---|---|
| | State the term remaining | **Ivry E. Cosse, Jr.** |
| | List the contract number of any government contract | **1130 St. Charles Ave.**<br>**New Orleans, LA 70130** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | **J. Victorin Zeringue** |
| | List the contract number of any government contract | **5655 La. 18**<br>**Saint James, LA 70086** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 195 of 230



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pideon Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jamen, LLC**
**P. O. Box 187**
**Jeanerette, LA 70544**

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pigeon Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**James D. Finley**
**c/o Finley Resources**
**P. O. Box 2200**
**Fort Worth, TX 76113**

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Janet B. Brown**
**18116 Hwy. 10 East**
**Clinton, LA 70722**

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Janet W. Zeringue**
**206 Monsanto St.**
**Luling, LA 70070**

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **S. Bosco Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jase G. Romero**
**15801 FM969**
**Austin, TX 78724**

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|

State the term remaining

List the contract number of any

**Jean Baptiste Zeringue**
**38093 Hwy. 18**
**Donaldsonville, LA 70346**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease; Bayou Pideon Lease** | |
| | State the term remaining | | **Jeanerette Lumber & Shingle Co.** |
| | List the contract number of any government contract | | **228 St. Charles Ave., Ste. 1424 New Orleans, LA 70130** |
| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** | |
| | State the term remaining | | **JED C, LLC** |
| | List the contract number of any government contract | | **1 Greenbriar Drive Covington, LA 70433** |
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Jeffery H. Cromwell** |
| | List the contract number of any government contract | | **P. O. Box 1270 Slidell, LA 70459** |
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Jerry Fackrell** |
| | List the contract number of any government contract | | **16758 County Rd., Unit 178 Tyler, TX 75703** |
| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Jerry J. Folse** |
| | List the contract number of any government contract | | **40097 Pelican Roost Gonzales, LA 70737** |
| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** | **JKDF, LLC Attn: Kevin Kramer 506 Water St., Ste. B Madisonville, LA 70447** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | Joanne T. Zeringue<br>P. O. Box 155<br>Saint James, LA 70086 |
| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | John D. Folse<br>2517 S. Phillippe Ave.<br>Gonzales, LA 70737 |
| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pideon Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | John K. Deare, Sr.<br>P. O. Box 767<br>Jeanerette, LA 70544 |
| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Lowry Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | John L. Broussard, III<br>P. O. Box 331<br>Pollock, LA 71467 |
| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **S. Bosco Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | John Romero<br>4302 Oxbox Circle East<br>Fulshear, TX 77441 |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 198 of 230

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.95.    State what the contract or lease is for and the nature of the debtor's interest     **College Point Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Joseph A. Jefferson** <br> **7433 Live Oak Way** <br> **Pass Christian, MS 39571** |
| 2.96.    State what the contract or lease is for and the nature of the debtor's interest     **College Point Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Judy B. Hurry** <br> **175 Iber** <br> **La Place, LA 70068** |
| 2.97.    State what the contract or lease is for and the nature of the debtor's interest     **Bayou Pideon Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Julie C. Gardia** <br> **11917 Loot 2 Old Jeanerette Rd.** <br> **Jeanerette, LA 70544** |
| 2.98.    State what the contract or lease is for and the nature of the debtor's interest     **College Point Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Karolyn Bull** <br> **1470 Cheramie St.** <br> **Baton Rouge, LA 70806** |
| 2.99.    State what the contract or lease is for and the nature of the debtor's interest     **College Point Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Katherine J. Becnal** <br> **168 Comanche Trail** <br> **West Monroe, LA 71291** |
| 2.100.    State what the contract or lease is for and the nature of the debtor's interest     **Lakeside Lease; Bayou Long Lease** <br><br> State the term remaining <br><br> List the contract number of any | **KDB Investments, LLC** <br> **343 Elmeer Ave.** <br> **Metairie, LA 70005** |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pideon Lease** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Kenneth W. Dollinger**<br>**8535 Shenandoah Dr.**<br>**Beaumont, TX 77706-5203** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **W. Cameron Block 168 Lease** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Kinetica Deepwater Express, LLC**<br>**1001 McKinney St., Ste. 900**<br>**Houston, TX 77002** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **W. Cameron Block 168 Lease** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Kinetica Energy Express, LLC**<br>**1001 McKinney St., Ste. 900**<br>**Houston, TX 77002** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Koupanis Investments, LLC**<br>**Attn:  John M. Kupanoff**<br>**116 Basalt Springs Way**<br>**Naches, WA 98937** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pigeon Lease** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **LA Luna Production Company**<br>**2218 Long Cove Circle**<br>**Houston, TX 77450-8680** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | **Laurent J. Zeringue**<br>**5225 Wabash St.**<br>**Metairie, LA 70001-1062** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
     government contract

---

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|

State the term remaining

List the contract number of any
     government contract

**Lawrence J. Folse**
**23123 La. 20 West**
**Vacherie, LA 70090**

---

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **General Agreement of Indemnity** |
|---|---|---|

State the term remaining

List the contract number of any
     government contract

**Lexon Insurance Company**
**10002 Shelbyville Rd., Ste. 100**
**Louisville, KY 40223**

---

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|

State the term remaining

List the contract number of any
     government contract

**Lillian R. Arceneaux**
**127 Allegro Ave.**
**Duson, LA 70529-3349**

---

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|

State the term remaining

List the contract number of any
     government contract

**Lillian Z. Ledet**
**1213 N. Airline**
**Gramercy, LA 70052**

---

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|

State the term remaining

List the contract number of any
     government contract

**Linda G. Landreth**
**234 Bamaku Bend**
**Tiki Island, TX 77554-7111**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Linder Energy Company** |
| | List the contract number of any government contract | | **1800 Carol Sue Ave., Ste. 4** **Gretna, LA 70056** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Loretta L. Zeringue** |
| | List the contract number of any government contract | | **400 Mansfield Drive** **Slidell, LA 70458** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Loretta M. Zeringue** |
| | List the contract number of any government contract | | **3550 Grand Lake Blvd., Apt. E205** **Kenner, LA 70065** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Loretta Z. Jeandron** |
| | List the contract number of any government contract | | **120 E. Randall Ct.** **Gretna, LA 70053** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Louise Labruyere** |
| | List the contract number of any government contract | | **166 West Imperial Drive** **New Orleans, LA 70123** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Louisiana General Oil Company** |
| | List the contract number of any | | **743 River Rd.** **Covington, LA 70433** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 202 of 230

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  | government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lynn J. Becnel** |
| | List the contract number of any government contract | | **P. O. Box 227**<br>**Donaldsonville, LA 70346** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **W. Cameron Block 168 Lease** | |
|---|---|---|---|
| | State the term remaining | | **M21K, LLC** |
| | List the contract number of any government contract | | **1021 Main St., Ste. 2626**<br>**Houston, TX 77002** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Madeline Hartmann** |
| | List the contract number of any government contract | | **524 Austis St.**<br>**Greensburg, PA 15601** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **Marc L. Frischhertz** |
| | List the contract number of any government contract | | **131 Conrad St.**<br>**New Orleans, LA 70124** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** | |
|---|---|---|---|
| | State the term remaining | | **Marcelle's Place** |
| | List the contract number of any government contract | | **Attn: Marc Frischhertz**<br>**131 Conrad St.**<br>**New Orleans, LA 70124** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | **Margaret B. Landry**<br>**300 Washington Ave.**<br>**Thibodaux, LA 70301** |
|---|---|---|---|

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 203 of 230

| | |
|---|---|
| **Additional Page if You Have More Contracts or Leases** | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marie Scioneaux**<br>**8131 Big Boy St.**<br>**Saint James, LA 70086** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Ann Hurban**<br>**1584 Debattista Place**<br>**New Orleans, LA 70131** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Ann R. Conques**<br>**704 Timmy St.**<br>**Scott, LA 70583** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Ann Schexnayder**<br>**1712 Dahlia St.**<br>**Baton Rouge, LA 70808** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary P. Zeringue**<br>**2900 Westchester Place**<br>**New Orleans, LA 70131** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 204 of 230



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** |
| | State the term remaining | **Michael D. Stanfield** |
| | List the contract number of any government contract | **213 Cotton Bayou Lane**<br>**Kenner, LA 70065** |

| | | |
|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** |
| | State the term remaining | **Michip, Inc.** |
| | List the contract number of any government contract | **1515 Poydras St., Ste. 1825**<br>**New Orleans, LA 70130** |

| | | |
|---|---|---|
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Lowry Lease** |
| | State the term remaining | **Miquela Rhymes** |
| | List the contract number of any government contract | **6405 US Hwy. 301 North**<br>**Lot D-20**<br>**Ellenton, FL 34522** |

| | | |
|---|---|---|
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** |
| | State the term remaining | **Mirror Lake Exploration, LLC** |
| | List the contract number of any government contract | **Attn: Russ Andress**<br>**106 Knipp Rd.**<br>**Houston, TX 77024** |

| | | |
|---|---|---|
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **WC 168 Lease** |
| | State the term remaining | **MMS-OCS-G-11685-ROW** |
| | List the contract number of any government contract | **U.S. Dept of Interior**<br>**Gulf of Mexico OCS Region**<br>**1201 Elmwood Pk Blvd.**<br>**New Orleans, LA 70123-2394** |

| | | |
|---|---|---|
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **148856 SINGLE 12 WIDE CONVERSION 12X24 SER #6476 STEPS** |
| | State the term remaining | **MODSPACE** |
| | List the contract number of any | **1200 SWEDESFORD RD**<br>**Berwyn, PA 19312** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 205 of 230



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **S. Bosco Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nicholas C. Romero**<br>**2440 N. Hamlin Ave., Apt. #3-A**<br>**Chicago, IL 60647** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Norman P. Zeringue**<br>**P. O. Box 464**<br>**Gramercy, LA 70052** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Northlake Production, LLC**<br>**646 Adair St.**<br>**Mandeville, LA 70448** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ona Investment, LLC**<br>**4820 Richland Ave.**<br>**Metairie, LA 70002** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pideon Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patricia D. Gilstrap**<br>**440 Blanton Rd.**<br>**Lumberton, TX 77711** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | **Patricia G. Duncan**<br>**1305 Montrose St.**<br>**Beaumont, TX 77707-3123** |
|---|---|---|---|

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 206 of 230



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** |
|---|---|---|
| | State the term remaining | **Patricia Swims, LLC** |
| | List the contract number of any government contract | **1457 Eastridge Drive** **Slidell, LA 70458** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | **Percy A. Zeringue** |
| | List the contract number of any government contract | **22 Mary Hughes Ct.** **Houma, LA 70360** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease;** **College Point Lease** |
|---|---|---|
| | State the term remaining | **Perkinson Energy** **Part JV93-1** |
| | List the contract number of any government contract | **P. O. Box 682945** **Franklin, TN 37064** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | **Phillip J. Zeringue** |
| | List the contract number of any government contract | **1004 35th St.** **Gretna, LA 70053** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** |
|---|---|---|
| | State the term remaining | **Phyliss L. Toldeano** |
| | List the contract number of any government contract | **4300 N. Turnbull Lane** **Metairie, LA 70002-3142** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | SER#MP9R/0005828 RECONDITIONED MP9G SER#4C00/3142567 USE 4COR SER#1P00/2424032 DM SERIES POSTAGE METER | |
|---|---|---|---|
| | State the term remaining | | **PITNEY BOWES GLOBAL FIN SERV.** |
| | List the contract number of any government contract | | **P.O. BOX 371887** **Pittsburgh, PA 15250** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **K700 MAILSTATION METER SER # 7173949** | |
|---|---|---|---|
| | State the term remaining | | **PITNEY BOWES PURCHASE POWER** |
| | List the contract number of any government contract | | **P.O. BOX 371874** **Pittsburgh, PA 15250** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pigeon Lease** | |
|---|---|---|---|
| | State the term remaining | | **R. Scott Briggs** |
| | List the contract number of any government contract | | **P. O. Box 528** **Roanoke, TX 76262** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease** | |
|---|---|---|---|
| | State the term remaining | | **RACD Oil, LLC** **Attn: Anne Dardis** |
| | List the contract number of any government contract | | **1405 Pier Ave.** **Metairie, LA 70005** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pigeon Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ramco, Inc.** |
| | List the contract number of any government contract | | **P. O. Box 52027** **Lafayette, LA 70505** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Range Production, LP** |
| | List the contract number of any government contract | | **777 Main St., Ste. 800**<br>**Fort Worth, TX 76102** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Raymond P. Zeringue** |
| | List the contract number of any government contract | | **P. O. Box 145**<br>**Saint James, LA 70086** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Rebecca Guess** |
| | List the contract number of any government contract | | **1920 Augusta Dr., #13**<br>**Houston, TX 77057-3725** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **Reelengine, LLC** |
| | List the contract number of any government contract | | **131 Ayshire, LLC**<br>**Slidell, LA 70461** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Reginald J. Zeringue** |
| | List the contract number of any government contract | | **1109 Colony Rd.**<br>**Metairie, LA 70003** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Operator; Contract Operating Agreement; Lakeside Lease; Bayou Long Lease; College Point Lease; Bayou Pigeon** | |
|---|---|---|---|
| | State the term remaining | **One year** | **Reserves Management, L.C.**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| List the contract number of any government contract | |

| | | | |
| --- | --- | --- | --- |
| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Robert A. Zeringue, Sr.** |
| | List the contract number of any government contract | | **Rt. 1, Box 663-F**<br>**Covington, LA 70433** |
| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
| | State the term remaining | | **Robert J. Zeringue** |
| | List the contract number of any government contract | | **2714 Hwy. 20 West**<br>**Vacherie, LA 70346** |
| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Lowry Lease** | |
| | State the term remaining | | **Robert L. Broussard** |
| | List the contract number of any government contract | | **3604 Walker Ferry Rd.**<br>**Pollock, LA 71467** |
| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
| | State the term remaining | | **Robert L. Hall** |
| | List the contract number of any government contract | | **203 Rue Mon Jardin**<br>**Madisonville, LA 70447** |
| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pigeon Lease** | |
| | State the term remaining | | **Roger D. Linder** |
| | List the contract number of any government contract | | **106 Park Place, Ste. 200**<br>**Covington, LA 70433** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Roland A. Zeringue**<br>**213 N. 12th St.**<br>**Thibodeaux, LA 70346** |
| | List the contract number of any government contract | | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ronney L. Broussard**<br>**341 Broussard Rd.**<br>**Pollock, LA 71467** |
| | List the contract number of any government contract | | |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **Rosemary Anne Oil, LLC**<br>**1405 Pier Ave.**<br>**Metairie, LA 70005** |
| | List the contract number of any government contract | | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Rosita R. Stanczak**<br>**36780 Judd R., Box 235**<br>**New Boston, MI 48164-9656** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Royley A. Folse, Jr.**<br>**P. O. Box 52**<br>**Saint James, LA 70086** |
| | List the contract number of any government contract | | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Russell A. Becnel**<br>**P. O. Box 227**<br>**Donaldsonville, LA 70346** |
| | List the contract number of any | | |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 211 of 230



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ruth Folse Hirsch** |
| | List the contract number of any government contract | | **15405 Ryan Ave Prairieville, LA 70769** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Shirley Z. Hymel** |
| | List the contract number of any government contract | | **899 False River Rd. New Roads, LA 70760** |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **W. Cameron Block 168 Lease** | |
|---|---|---|---|
| | State the term remaining | | **Sojitz Energy Venture, Inc.** |
| | List the contract number of any government contract | | **2000 W. Sam Houston Pkwy Ste. #1450 Houston, TX 77042** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **72- COOLER WITHOUR GENSET #1500373-C 072H** | |
|---|---|---|---|
| | State the term remaining | | **SPARTAN ENERGY SERVICES, LLC d/b/a SEP TEXAS ENERGY SERVICE 9595 SIX PINES DRIVE SUITE 40000 Spring, TX 77380** |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Stanley P. Zeringue** |
| | List the contract number of any government contract | | **P. O. Box 215 Saint James, LA 70086** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pideon Lease** | **State of Louisiana State Land Office P. O. Box 44124 Baton Rouge, LA 70804-4124** |
|---|---|---|---|

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 212 of 230

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Stephen A. Schexnayder** |
| | List the contract number of any government contract | | **2585 Front St.** |
| | | | **Slidell, LA 70458** |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Lakeside Lease; Bayou Long Lease** | |
|---|---|---|---|
| | State the term remaining | | **Stratford Exploration, LLC** |
| | List the contract number of any government contract | | **c/o Lyford Oil Corporation** |
| | | | **P. O. Box 404** |
| | | | **Milton, LA 70558** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **LHF - Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Superior Natural Gas Corporation** |
| | List the contract number of any government contract | | **c/o Walter Oil & Gas Corp.** |
| | | | **1100 Lousiiana, Ste. 350** |
| | | | **Houston, TX 77002-5299** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Susan S. Dougherty** |
| | List the contract number of any government contract | | **1903 Oak Creed Rd., Apt. 306** |
| | | | **New Orleans, LA 70123** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement; Operator; Allocation Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Targa Midstream Services, LLC** |
| | List the contract number of any government contract | | **Attn:  Contract Administration** |
| | | | **1000 Louisiana, Ste. 4300** |
| | | | **Houston, TX 77002** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Bayou Pigeon Lease** | |
|---|---|---|---|
| | State the term remaining | | **Texas Petroleum Investment Co.** |
| | List the contract number of any government contract | | **5850 San Felipe, Ste. 250** **Houston, TX 77057** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **The Walbert G. Levy Revocable Tr** **c/o Matthew W. Levy, Trustee** |
| | List the contract number of any government contract | | **4304 Amherst Drd., NE** **Albuquerque, NM 87101** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Theresa Ann Rinaudo** |
| | List the contract number of any government contract | | **241 Broussard Rd.** **Pollock, LA 71467** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Therese B. Kiff** |
| | List the contract number of any government contract | | **5005 Waarwick Dr.** **Marrero, LA 70072** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Three Z Investments, LLC** |
| | List the contract number of any government contract | | **9155 Smoke Rock Drive** **Baton Rouge, LA 70817** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **College Point Lease** | |
|---|---|---|---|
| | State the term remaining | | **Timothy J. Rhymes** |
| | List the contract number of any | | **1219 Scott St.** **Scott, LA 70583** |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 214 of 230

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

      government contract

**2.185.** State what the contract or lease is for and the nature of the debtor's interest    **College Point Lease**

     State the term remaining

     List the contract number of any government contract

**Victoria R. Potts**
**510 Delaware St.**
**Shreveport, LA 71106-1636**

**2.186.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Victorin Zeringue, Jr.**
**5655 La. 18**
**Saint James, LA 70086**

**2.187.** State what the contract or lease is for and the nature of the debtor's interest    **Bayou Pigeon Lease**

     State the term remaining

     List the contract number of any government contract

**Vinton Freedley, III**
**80 Cloudview Rd.**
**Sausalito, CA 94965**

**2.188.** State what the contract or lease is for and the nature of the debtor's interest    **College Point Lease**

     State the term remaining

     List the contract number of any government contract

**Vivian K. Zerangue**
**1163 Museum Dr., Apt. 40**
**Houma, LA 70360**

**2.189.** State what the contract or lease is for and the nature of the debtor's interest    **College Point Lease**

     State the term remaining

     List the contract number of any government contract

**Wallis Zeringue, Jr.**
**1139 W. Camelia**
**Thibodaux, LA 70301**

**2.190.** State what the contract or lease is for and the nature of the debtor's interest    **Bayou Long Lease; Saltwater Disposal Well Agreement; N. Bayou Long Lease**

**Williams Inc.**
**Whitney Bank Building**
**228 St. Charles Ave., Ste. 1323**
**New Orleans, LA 70130-2646**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **SER#XEL-005697 WC 5765 PRINTER W/TRAY** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **XEROX CORPORATION P.O. BOX 660501 Dallas, TX 75266** |

Fill in this information to identify the case:

Debtor name **Linder Oil Company, A Partnership**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **17-51323**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City _____ State _____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor name    **Linder Oil Company, A Partnership**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **17-51323**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,907,517.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$2,253,281.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$2,635,464.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **bank interest & brokerage dividends** | **$3,549.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | **bank interest & brokerage dividends** | **$4,262.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | **bank interest & brokerage dividends** | **$6,924.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
     List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
     filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
     and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **106 Park Place, LLC**<br>**106 Park Place, Ste. 301**<br>**Covington, LA 70433** | **7/11/17 &**<br>**8/3/17** | **$18,076.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **A & W Operating Services, Inc.**<br>**P. O. Box 520**<br>**Pierre Part, LA 70339** | **8/4/17 &**<br>**8/17/17** | **$26,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **AFCO**<br>**P. O. Box 4795**<br>**Carol Stream, IL 60197-4795** | **7/11/17 &**<br>**8/24/17** | **$52,840.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Archrock Services, LP**<br>**P. O. Box 201160**<br>**Dallas, TX 75320-1160** | **9/27/17 &**<br>**7/12/17** | **$18,420.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **B. R. Higgins**<br>**106 Park Place, Ste. 200**<br>**Covington, LA 70433** | **9/14/14,**<br>**7/11/17,**<br>**8/7/17** | **$9,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **Blue Cross/ Blue Shield of Louisiana**<br>**P.O. Box 261798**<br>**Baton Rouge, LA 70826** | **7/11/17,**<br>**8/3/17,**<br>**9/29/17** | **$28,107.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Brown & Brown of LA, Inc.**<br>**dba Marcello Agency**<br>**Lockport, LA 70374** | **8/31/17** | **$35,739.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 219 of 230

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. **Cameron Parish Tax Collector**<br>P.O. Box 1250<br>Cameron, LA 70631 | 9/13/17 &<br>7/11/17 | $11,811.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.9. **Clean Gulf Associates**<br>Department Number 368<br>P.O. Box 4869<br>Houston, TX 77210 | 7/11/17 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **E. Hummel Killgore**<br>815 River Oaks Drive<br>Covington, LA 70433 | 9/14/17,<br>7/11/17,<br>8/7/17 | $13,552.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Internal Revenue Service**<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | 7/7/17,<br>7/21/17,<br>8/3/17,<br>8/18/17,<br>9/5/17,<br>9/19/17, | $16,254.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.12. **IPFS Corporation**<br>P. O. Box 730223<br>Dallas, TX 75373-0223 | 7/11/17 &<br>8/24/17 | $133,095.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Island Operating Co., Inc.**<br>P. O. Box 27783<br>Houston, TX 77227-7783 | 7/11/17 | $21,240.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **J. Connor Consulting, Inc.**<br>19219 Katy Freeway, Ste. 200<br>Houston, TX 77094 | 7/11/17 | $11,201.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Massmutual Retirement Services**<br>P.O. Box 1583<br>Hartford, CT 06144 | 7/6/17,<br>8/10/17,<br>8/23/17,<br>9/1/17,<br>9/8/17,<br>8/3/17,<br>8/17/17 | $8,599.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **retirement account** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Pharos Marine Automatic Power**<br>P.O. Box 4346<br>Dept. 253<br>Houston, TX 77210 | 7/6/17 | $10,114.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. | **Settoon Construction, Inc.**<br>P. O. Box 520<br>Metairie, LA 70033-9000 | 9/26/17 &<br>8/17/17 | $21,280.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. | **Superior Slickline Services**<br>Dept. 2114<br>P.O. Box 122114<br>Dallas, TX 75312 | 8/23/17 &<br>8/17/17 | $10,171.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. | **The Lofton Corporation**<br>dba Lofton Staffing Services<br>P. O. Box 52101<br>Lafayette, LA 70505-2101 | 7/11/17 &<br>8/7/17 | $12,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.20. | **X-Chem**<br>P. O. Box 971433<br>Dallas, TX 75397-1433 | 7/17/17 | $27,431.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Emerald Coast Energy, LLC**<br>1333 Woodmere Drive<br>Mandeville, LA 70471<br>owner | 10/11/16,11/1<br>0/16,12/8/16,<br>1/10/17,2/7/1<br>7,4/13/17,5/2<br>4/17,6/16/17,<br>7/24/17,8/29/<br>17,9/30/17 | $13,518.35 | Revenue check |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Paul Lyons**<br>**1333 Woodmere Drive**<br>**Mandeville, LA 70471**<br>owner | **10/20/16,11/2**<br>**1/16,12/20/16**<br>**,1/20/17,2/20/**<br>**17,3/20/17,4/**<br>**20/17,5/23/17**<br>**,6/25/17,7/21/**<br>**17** | **$22,048.17** | **Revenue check** |
| 4.3. **Future Promises, LLC**<br>**701 Brown Thrasher Loop N.**<br>**Madisonville, LA 70447**<br>owner | **10/20/16,11/2**<br>**1/16,12/20/16**<br>**,1/20/17,2/20/**<br>**17,3/20/17,4/**<br>**20/17,5/23/17**<br>**,6/25/17,7/21/**<br>**17** | **$13,550.21** | **Revenue check** |
| 4.4. **Roberta Linder**<br>**701 Brown Thrasher Loop N**<br>**Madisonville, LA 70447**<br>owner | **10/20/16,11/2**<br>**1/16,12/20/16**<br>**,1/20/17,2/20/**<br>**17,3/20/17,4/**<br>**20/17,5/23/17**<br>**,6/25/17,7/21/**<br>**17** | **$22,048.17** | **Revenue check** |
| 4.5. **Roger Linder**<br>**106 Park Place, Ste. 200**<br>**Covington, LA 70433**<br>owner | **12/18/16** | **$18,707.27** | **Revenue check** |
| 4.6. **G. Miles Biggs, Jr.**<br>**74360 River Road**<br>**Covington, LA 70433**<br>employee | **Oct 1, 2016**<br>**thru October**<br>**5,2017** | **$61,463.13** | **payroll** |
| 4.7. **Consolidated Reserves Comapny**<br>**106 Park Place Ste., 200**<br>**Covington, LA 70433** | **10/11/16,11/1**<br>**0/16,12/7/16,**<br>**1/6/17,2/9/17,**<br>**3/10/17,4/10/**<br>**17** | **$239,600.00** | **loan payment** |
| 4.8. **Roger D. Linder**<br>**106 Park Place, Ste. 200**<br>**Covington, LA 70433**<br>vendor | **10/28/16,12/0**<br>**1/16,12/27/16**<br>**,1/30/17,2/24/**<br>**17,3/27/17,4/**<br>**28/17** | **$23,639.00** | **office rent for Gretna location** |
| 4.9. **Linder Energy Company**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056**<br>vendor | **1/25/17,2/24/**<br>**17,3/27/17,4/**<br>**25/17,5/25/17**<br>**,6/27/17,10/2**<br>**5/16,11/22/16**<br>**,12/20/16** | **$284,300.00** | **LEC Partner withdrawal** |
| 4.10<br>. **Louisiana General**<br>**Oil Company**<br>**106 Parkplace, Ste. 200**<br>**Covington, LA 70433**<br>vendor | **10/28/16,12/1**<br>**/16,1/3/17,2/1**<br>**/17,3/1/17,4/4**<br>**/17,5/5/17** | **$67,500.00** | **LGOC-Partner withdrawal** |

5. **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Parish of Cameron v. Alpine Exploration Companies, Inc., et al**<br>**2:16-CV-00531-PM-KK** | | **USDC, Western District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Parish of Cameron v. Anadarko E & P Onshore, LLC, et al**<br>**2:16-CV-00542-PM-KK** | | **USDC-Western District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Parish of Cameron v. Ballard Exploration Co., Inc.**<br>**2:16-CV-00539-PM-KK** | | **USDC-Western District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Parish of Cameron v. Bepco LP, et al**<br>**2:16-CV-00536-PM-KK** | | **USDC-Western District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Parish of Cameron v. BP American Production Co., et al**<br>**2:16-CV-00540-PM-KK** | | **USDC-Western District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **The Parish of St. Bernard v. Atlantic Richfield Co., et al**<br>**16-1228** | | **34th JDC, Parish of St. Bernard** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **The Parish of Plaquemines v. Campbell Energy Corporation, et al**<br>**61-001-B** | | **25th JDC, Parish of Plaquemines** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **The Parish of Plaquemines v. Conoco Phillips, et al**<br>**60-982-B** | | **25th JDC, Parish of Plaquemines** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 223 of 230

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **The Parish of Plaquemines v. Great Southern Oil & Gas Company, Inc., et al**<br>**60-998-B** | | **25th JDC, Parish of Plaquemines** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **The Parish of Plaquemines v. LInder Oil Company, A Partnership, et al**<br>**Unknown** | | **25th JDC, Parish of Plaquemines** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Point Au Fer LLC, et al, v. ExxonMobile Corporation, et al**<br>**169160** | | **32nd JDC, Parish of Terrebonne** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Pine Pasture, et al v. Linder Energy Service, et al**<br>**10-19047** | | **38th JDC, Parish of Cameron** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Nancy Blanchard, et al v. Linder Oil Company, A Partnership, et al**<br>**606-555** | | **24th JDC, Parish of Jefferson** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Defelice Land Company, LLC v. Conoco Phillips Company, et al**<br>**16-cv-00614** | | **USDC, Eastern District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 224 of 230

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **H. Kent Aguillard**<br>**P. O. Box 391**<br>**Eunice, LA 70535** | **Attorney Fees** | **10/09/17** | **$3,665.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First NBC Bank**<br>**210 Baronne Street**<br>**New Orleans, LA 70112** | **XXXX-1010** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **purchased by Whitney Bank 4/28/2017** | **$10,744.60** |
| 18.2. | **First NBC Bank**<br>**210 Baronne Street**<br>**New Orleans, LA 70112** | **XXXX-5721** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **transfered to Whitney 7/14/2017** | **$103,200.82** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document   Pg 226 of 230

not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Brian E. Adorno, CPA,APC**<br>**P.O. Box 9577**<br>**Metairie, LA 70055** | **early 2000 to current** |

| Name and address | Date of service From-To |
|---|---|
| 26a.2.   **Libby Panepinto**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** | **1987 to current** |
| 26a.3.   **Gaynell Melanson**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** | **1984-current** |
| 26a.4.   **Melowee McKnight**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** | **1985-current** |
| 26a.5.   **Chris Meek**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** | **1983-June 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Libby Panepinto & Gaynell Melanson**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** | **1984- current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Brian E. Adorno, CPA, APC**<br>**750 Third Ave, 11th floor**<br>**New York, NY 10017** | **2000-current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Libby Panepinto & Gaynell Melanson**<br>**1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** | |
| 26c.2.   **Brian E. Adorno, CPA,APC**<br>**P.O. Box 9577**<br>**Metairie, LA 70055** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **First NBC Bank**<br>**210 Baronne Street**<br>**New Orleans, LA 70112** |
| 26d.2. | **FDIC**<br>**1601 Bryan Street**<br>**Dallas, TX 75201** |
| 26d.3. | **Petro-Marine Underwriters**<br>**85 S. Wren Street**<br>**New Orleans, LA 70112** |
| 26d.4. | **Marcum, LP**<br>**750 Third Ave**<br>**11th Floor**<br>**New York, NY 10017** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Roger D. Linder | 106 Park Place, Ste. 200<br>Covington, LA 70433 | co-manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| G. Miles Biggs, Jr. | 106 Park Place<br>Suite 200<br>Covington, LA 70433 | co-manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Linder Energy Company | 106 Park Place<br>Suite 200<br>Covington, LA 70433 | partner | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louisiana General Oil Company | 106 Park Place<br>Suite 200<br>Covington, LA 70433 | partner | 20% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

17-51323 - #20  File 10/24/17  Enter 10/24/17 08:04:06  Main Document  Pg 229 of 230

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **SEE PART #4 ABOVE** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2017**

**/s/ G. Miles Biggs, Jr.**                              **G. Miles Biggs, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Co-Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes