# SUPPORTING DOCUMENTS FOR

# #41 GRETNA OFFICE

Linder Oil Company, A Partnership
Revised FF&E Schedule for Gretna Office
Personal items were removed from this list - change in value is ($5580)
REDUCE FF&E VALUE BY $5,580

## CONTENTS - GRETNA OFFICE

| LOCATION | ITEM | YEAR PURCHASED | PURCHASE PRICE |
|---|---|---|---|
| reception area | secretarial desk w/ return | 2006 | 119.00 |
| reception area | 2-drawer lateral file cabinet | 2006 | 220.00 |
| reception area | leather executive chair | 2006 | 220.00 |
| reception area | visitor chair | 2006 | 243.79 |
| reception area | veneer side table | 2006 | 329.00 |
| Suite 6 | 60x30 computer table | 2006 | 312.00 |
| Michelle | 60x24 computer table | 2006 | 169.00 |
| Michelle | printer cart | 2006 | |
| Michelle | chair mat | 2006 | |
| Michelle | rolling 3 drawer file cabinet | 2006 | 433.84 |
| conference room | table | 2006 | 894.00 |
| conference room | (5) chairs | 2006 | 305.00 |
| conference room | 48x30 computer table | 2006 | |
| copy/file room | (2) large metal bookcase | | |
| copy/file room | (2) 2-drawer file cabinet | | |
| copy/file room | (3) 4-drawer lateral file cabinet | | |
| copy/file room | (3) 5-drawer lateral file cabinet | 2006 | 139.00 |
| copy/file room | (1) marble pedestal | 2006 | 215.00 |
| copy/file room | (1) 4' folding table | 2006 | 43.98 |
| copy/file room | 6-shelf wire shelving unit | 2006 | 80.00 |
| copy/file room | 6' plastic table | 2006 | 70.00 |
| Gaynell | (11) 4-drawer file cabinets | | |
| Gaynell | 4-drawer file cabinet | 2006 | 129.99 |
| Gaynell | (1) 5-drawer lateral file cabinet | 2006 | 371.38 |
| Gaynell | (2) visitor chair | 2006 | 172.98 |
| Gaynell | 72" bow top desk | 2006 | 371.38 |
| Gaynell | 47" bridge | 2006 | 337.20 |
| Gaynell | 72" peninsula | 2006 | 337.28 |
| Gaynell | mobile file/file | 2006 | |
| Gaynell | mobile box/file | 2006 | |
| Gaynell | chair mat | 2006 | 190.00 |
| Gaynell | mirror | 2006 | 900.00 |
| Gaynell | fabric task chair | 1/4/2011 | 108.74 |
| kitchen | icemaker | | |
| kitchen | GE Microwave | | |

updated 10/19/2017

17-51323 - #21 File 10/24/17 Enter 10/24/17 09:04:32 Main Document Pg 2 of 19

# CONTENTS - GRETNA OFFICE

| LOCATION | ITEM | YEAR PURCHASED | PURCHASE PRICE |
|---|---|---|---|
| kitchen | Admiral refrigerator | 2006 | 600.00 |
| kitchen | dishwasher | 2006 | 300.00 |
| kitchen | microwave cart | 2006 | 30.00 |
| kitchen | dishes/glasses | 2006 | 45.00 |
| kitchen | silverware | 2006 | 30.00 |
| kitchen | coffee pot | 2006 | 25.00 |
| kitchen | 4 unframed prints | 2006 | 16.00 |
| kitchen | GE Toaster | | |
| kitchen | Hamilton Beach Can Opener | | |
| kitchen | (4) vistor chairs | 2006 | 129.99 |
| supply room | 6-shelf wire shelving unit | 2006 | 80.00 |
| supply room | 6-shelf wire shelving unit | 2006 | 80.00 |
| Kelly | wooden executive desk | | |
| Kelly | wooden bookcase unit | | |
| Kelly | desk chair | | |
| Kelly | chair mat | 2006 | |
| Kelly | Copas Publications (4) Binders | | |
| Kelly | Sofa (Plaid) | | |
| Libby | (1) mobile pedestal | 2006 | 215.00 |
| Libby | 5-drawer lateral file cabinet | 2006 | 759.00 |
| Libby | leather executive chair | 2006 | 119.00 |
| Libby | 72" bow top desk w/ keyboard tray | 2006 | 470.38 |
| Libby | 47" bridge | 2006 | 172.98 |
| Libby | 72" credenza | 2006 | 309.38 |
| Libby | box/box file | 2006 | 275.28 |
| Libby | file/file file | 2006 | 275.28 |
| Libby | visitor chair | 2006 | 129.99 |
| Libby | chair mat | 2006 | |
| Libby | bookcase | 2006 | 111.00 |
| April | 5-drawer lateral file cabinet | 2006 | 759.00 |
| April | 72" desk | 2006 | 470.38 |
| April | 47" bridge | 2006 | 172.98 |
| April | 72" credenza | 2006 | 309.38 |
| April | box/box file | 2006 | 275.28 |
| April | file/file | 2006 | 275.28 |
| April | chair mat | 2006 | |
| April | 4-drawer file cabinet | | |
| Marlene | leather executive chair | 2006 | 159.00 |
| Marlene | (3) 5-drawer lateral file cabinet | 2006 | 2,277.00 |
| Marlene | 72" desk | 2006 | 470.38 |

# CONTENTS - GRETNA OFFICE

| LOCATION | ITEM | YEAR PURCHASED | PURCHASE PRICE |
|---|---|---|---|
| Marlene | 47" bridge | 2006 | 172.98 |
| Marlene | 72" credenza | 2006 | 309.38 |
| Marlene | box/box file | 2006 | 275.28 |
| Marlene | file/file | 2006 | |
| Marlene | chair mat | 2006 | |
| Marlene | leather executive chair | 2006 | 99.99 |
| Melowae | visitor chair | 2006 | 129.99 |
| Melowae | 5-drawer lateral file cabinet | 2006 | 759.00 |
| Melowae | 4-drawer file cabinet | 2006 | 139.00 |
| Melowae | 72" desk | 2006 | 470.38 |
| Melowae | 47" bridge | 2006 | 172.98 |
| Melowae | 72" credenza | 2006 | 309.38 |
| Melowae | box/box file | 2006 | 275.28 |
| Melowae | file/file | 2006 | 275.28 |
| Melowae | chair mat | 2006 | |
| Melowae | typewriter table | | |
| Chris | 30x60 desk | 2006 | 833.08 |
| Chris | 24x60 credenza | 2006 | 662.78 |
| Chris | chair mat | 2006 | |
| Chris | fabric task chair | 2006 | 145.00 |
| Chris | 5' folding table | 2006 | 27.99 |
| Chris | 4 drawer black file cabinet (Max) | | |
| Max | (2) visitor chair (Max) | 2006 | 129.99 |
| Max | wooden executive desk | | |
| Max | wooden credenza | | |
| Max | leather executive chair (Max) | | |
| Max | 6' Folding Table (Max) | | |
| Max Work Area | end table | | |
| server room | 6' plastic table | 2006 | 70.00 |
| server room | 6' plastic table | 2006 | 70.00 |
| server room | 6-shelf wire shelving system | 2006 | 80.00 |
| server room | (2) fabric task chair | | |
| work area | Basix Shredder BX 1050 SB (Max) | | |
| work area | Kenmore refrigerator | 2006 | 37.99 |
| work area | 6' folding table | 2006 | 350.00 |
| | alarm system | 2006 | 1,100.00 |
| | window blinds | 2006 | |
| | TOTAL | | 23,225.55 |

Linder Oil Company, A Partnership
Revised FF&E Schedule for Gretna Office
Personal items were removed from this list - change in value is ($559)
REDUCE FF&E VALUE BY $559

## ELECTRONICS - GRETNA OFFICE

| LOCATION | ITEM | SERIAL NUMBER | YEAR PURCHASED | PURCHASE PRICE |
|---|---|---|---|---|
| reception area | Dell Dimension 2400 CPU | 1RON241 | 2006 | 3,399.00 |
| reception area | HP Laserjet 1100 printer | USFG0077802 | 2006 | 191.00 |
| copy/file room | Pitney Bowes DM400C | 3142567 | | |
| copy/file room | DELL 2335dn Copier, Fax, Scanner | CN-OKW465-72214-173-005 | | |
| copy/file room | Xerox Copycentre C123 copier | 7897973827726 | | |
| Kelly | Victor 1560 calculator | 88904075 | | |
| Kelly | Sony Trinitron Multiscan CPD 200 ES monitor | 4297352 | | |
| Kelly | HP desk jet D4360 | TH92917041 | | |
| Kelly | HP desk jet 460 | MY6BH4ZIYP | | |
| Kelly | Dell Dimension 3000 | CN OT69052-70821-4BI-16Y3 | | |
| supply room | Avaya 103R phone system w/ recep. unit & 14 exts. | 0416332242143 | 2006 | 6,960.00 |
| Gaynell | Victor 1560 calculator | 88904077 | 2006 | 191.00 |
| Gaynell | Dell Optiplex 3020 | 3HY1L02 | 2014 | 696.00 |
| Gaynell | HP Laserjet 5 printer w/ legal tray | USKB168936 | | |
| Gaynell | View Sonic VS 10697 | PPJ05400B083 | 2006 | 379.00 |
| Libby | Dell 1710 printer w/ legal tray | DSBBN71 | 2005 | 191.00 |
| Libby | Victor 1560 calculator | 89503458 | | |
| Libby | Dell Dimension 2400 CPU | 7SOLF41 | | |
| Libby | Dell Optiplex 3020 | HPZTN02 | 2014 | 696.00 |
| April | Victor 1560 calculator | 89503457 | 2005 | 191.00 |
| April | CTX VL700B 17" monitor | CG9-40902588 | | |
| April | computer speakers | n/a | 2005 | 16.00 |
| Marlene | eMachines eView 17f3 17" monitor | MW0058B0006535 | 2005 | 160.00 |
| Marlene | Dell Dimension 2400 CPU | 8ROLF41 | | |
| Marlene | Microsoft wireless optical mouse | X800127 | 2005 | 40.00 |
| Marlene | Dell Dimension 2400 CPU | 6RONQ41 | | |
| Melowae | Sony Trinitron Multiscan CPD 200 ES monitor | 9010995 | | |
| Melowae | HP Laserjet 1100 printer | USOF053541 | | |
| Melowae | Canon calculator MP219 | 292786 | | |
| Melowae | Paymaster 9000-9 checkwriter | 9436-A9 | | |
| Melowae | Dell Optiplex 3020 | | 2006 | 585.75 |
| Chris | Microsoft wireless optical mouse | X0889835 | 2014 | 696.00 |
| Chris | HP Laserjet 4250 w/ legal tray | CNGXC18311 | 2005 | 40.00 |
| server room | Sony Trinitron Multiscan CPD 200 ES monitor | 4297352 | 2006 | 1,150.00 |
| server room | Comtrend CT5621 ADSL2+ router | | | |
| server room | Netgear FVS338 Prosafe VPN firewall | | | |
| server room | D-Link DES-1026G router | | | |
| server room | Dell E551c 15" monitor | | 2005 | 163.02 |
| server room | Dell Power Edge 400SC CPU | CN-07G076-64180-424-0318 | | |

updated 10/09/2017

17-51323 - #21 File 10/24/17 Enter 10/24/17 09:04:32 Main Document Pg 5 of 19

# ELECTRONICS - GRETNA OFFICE

| LOCATION | ITEM | SERIAL NUMBER | YEAR PURCHASED | PURCHASE PRICE |
|---|---|---|---|---|
| server room | APC Back UPS PRO 1300 power supply | | | |

TOTAL 15,744.77

updated 10/19/2017

# SUPPORTING DOCUMENTS FOR

# #41 COVINGTON OFFICE

# ELECTRONICS - COVINGTON OFFICE

| LOCATION | ITEM | SERIAL NUMBER | YEAR PURCHASED | PURCHASE PRICE | NOTES |
|---|---|---|---|---|---|
| Bonnie | Microsoft wireless optical mouse | X09-89835 | 2005 | 40.00 | |
| Bonnie | Dell Printer (HP Laser Jet Pro 400) | VNG3R32118 | 2013 | 526.32 | |
| Bonnie | Dell Optiplex 3020i3 | GDY1Q22 | 2014 | 650.00 | |
| Bonnie | Acer Monitor | 92101136086 | | | |
| Bonnie | Dell Monitor | CN-OC201R-74445-039-DZHS | | | |
| Bonnie | Victor 1460 calculator | 605290045 | | | 2 |
| Bonnie | Lanier LF311 fax machine | 59001626 | 2005 | 1,995.00 | |
| copy room | Pitney Bowes K700 postage meter | 7173949 | 2017 | RENTAL | |
| copy room | Xerox Work Centre 5765 | XEL005697 | 2014 | RENTAL | |
| copy room | Dell MFP laser printer 1815dn (2335dn) | CN-OCC639-72872-650-215L | 2007 | 579.00 | |
| Hummel | Dell LCD Monitor | (doesn't work) CN-DNF565-72211-72Q-0670 (CN-01NCHC-72211-11Q-0237) | | | Doesn't Work |
| Hummel | (2) 4' computer tables | 143955331 | | | 2 |
| Hummel | Dell Dimension 2400 CPU (Vostro 230) | GM3YQ41 (3NLJJM1) | | | 2 |
| Hummel | Polaroid DVD/Video Player | J060010185016832 | | | |
| land file room | Brother ML100 Standard Typewriter | C4K766011 | | | |
| land file room | Logitech wireless keyboard and optical mouse | MCT24021964 | 2005 | 1,424.99 | |
| Miles | laptop computer | | 2005 | 90.00 | |
| Miles | Dell 17" monitor | CN-08VVND-74445-19A-9735 | | | 2 |
| Miles | Dell Optiplex 302i03 | GCQZP22 | | | 1 |
| Miles | Victor 1560-6 calculator | 08990407B | 2006 | 191.00 | 1 |
| Miles asst. | Dell Optiplex 3020 | 1RZTN02 | | | |
| Miles asst. | KDS Monitor | WJ7Z0590028750 | | | |
| misc. file room | Xerox 3030 engineering copier | 1HE883714 | 2006 | | 2 |
| reception area | Dell Dimension 2400 CPU | CN-OC3152-70821-414-8G85 | | | |
| reception area | IBM Actionwriter I typewriter | | | | |
| Server room | Dell Dimension 3100 CPU | 0T7570 | 2006 | 450.00 | 1 |
| Server room | Nortel phone system w/ recep. unit and 13 exts. | 20050108 | 2005 | 8,233.00 | |
| Server room | Netgear ProSafe VPN Firewall FVS3388 | FV13463CA002541 | | | |
| Server room | Netopia modem | 19529404 | | | |
| Server room | Dell 17" monitor (View Sonic monitor) | | | | |
| Server room | Dell Power Connect 2016 (Dlink DGS1016D) | | | | |
| Server room | Dell Poweredge 830CPU w/ tape backup | C9GFH91 | | | |
| Server room | APC Back-UPS NS 1080 | | | | |
| Supply room | Dell Dimenson 2400 CPU | CM3YQ41 | | | 2 |
| supply closet | Victor 1560 calculator | 08990407B | 2006 | 191.00 | 1 |

updated 10/10/2017

# ELECTRONICS - COVINGTON OFFICE

| LOCATION | ITEM | SERIAL NUMBER | YEAR PURCHASED | PURCHASE PRICE | NOTES |
|---|---|---|---|---|---|
| | Total: | | | 15,020.31 | |

## ELECTRONICS - COVINGTON OFFICE Geology

| LOCATION | ITEM | SERIAL NUMBER | YEAR PURCHASED | PURCHASE PRICE | NOTES |
|---|---|---|---|---|---|
| geology file room | Tameran 2000 log printer (microfiche) | 8363800 | 2008 | $ 50.00 | |
| geology file room | 3M 800 microfiche reader | | 2006 | $ 3,325.00 | |
| geology work room | HP DesignJet 500 Plotter | SG5B7B102Y | 2006 | $ 1,190.00 | |
| geology work room | HP Designjet 90 printer w/ roll feed accessory | MY58P2C04Q | 2006 | $ 2,314.00 | |
| geology work room | Velocity Micro Computer | 87609 | 2015 | $ 410.78 | added in 2014 |
| geology work room | Viewsonic Monitor | SHK14416O448 | 2014 | $ 410.78 | |
| geology work room | Viewsonic Monitor | SHK14416O453 | 2014 | $ 410.78 | |
| geology work room | APC Bank-UPS ES 500 power supply | | 2005 | $ 179.00 | |
| Rick | Dell Laserjet 1700 printer | CN-OY4299-71618-5AL-AK9K | 2005 | $ 179.00 | |
| Roger | HP Photosmart 5520 | CN2BD 157N4 | 2014 | $ 696.00 | |
| Roger | Dell UltraSharp 1704FPT 17" monitor | CN-OY4299-71618-5AL-AJGU | 2014 | $ 696.00 | |
| Roger | Dell Optiplix 3020 | 2501R22 | 2005 | $ 276.00 | |
| Roger | 18 x 24 light box | | 2005 | $ 189.00 | |
| Scott | 16 x 18 light box | | 2005 | $ 179.00 | |
| Scott | Dell Laserjet 1700 printer | CN-ON4387-48730-564-9U47 | 2013 | | |
| Scott | Dell Vostro 230 CPU | 84L2HQ1 | 2014 | $ 75.00 | |
| Scott | Logitech MK550 Wireless Keyboard and mouse | 820-002546 | 2016 | $ 149.99 | |
| Scott | Dell Monitor | CN-09DRWM-64180-588-214L | 2005 | $ 86.00 | |
| Scott | Kohinoor rechargeable eraser | | 2005 | $ 129.99 | |
| Scott | Ativa paper shredder | PSW053500419 | 2006 | $ 329.99 | |
| Spare Office | View Sonic VA902b 19" monitor | | 2006 | $ 49.95 | |
| Spare Office | Logitech -230 speakers | none | | | |
| Spare Office | HP Photosmart Premium | CN08L211D5 | | | |
| Spare Office | Vostro 200 | 7LYZTH1 | | | Roger's old computer |
| Spare Office | Summagraphic 2 Summasketch III 18x12 w/4 butto | 01-4145-028 | | | |
| | | | | TOTAL $ 10,319.48 | |

# CONTENTS - COVINGTON OFFICE

| LOCATION | ITEM | YEAR PURCHASED | PURCHASE PRICE | NOTES |
|---|---|---|---|---|
| Bonnie | computer table | | 324.99 | |
| Bonnie | center drawer | 2005 | 69.99 | |
| Bonnie | computer table | 2005 | 299.99 | |
| Bonnie | mobile pedestal | 2005 | 197.99 | |
| Bonnie | Fellowes OD1500C paper shredder | 2006 | 199.00 | |
| Bonnie | Dell Monitor | 01R-74445-039-DZHS | | |
| Bonnie | 4-drawer file cabinet (2) | | | 2 |
| Bonnie | large metal bookcase | | | 2 |
| conference room | conference table | 2005 | 895.00 | |
| Conference room | fabric desk chair | 2005 | 129.99 | |
| conference room | (3) Audubon prints | | | |
| Conference room | leather exec. chair | | | 2 |
| conference room | (5) leather conference chairs | | | |
| conference room | (1) rolling work table | | | |
| Copy room | supply cabinet | 2005 | 329.99 | |
| Copy room | folding table | 2005 | 69.99 | |
| Copy room | folding table | 2005 | 69.99 | |
| Copy room | Xerox Work Centre 5765 | XEL005697 | | RENTAL |
| Extra office | HON computer table | 2005 | 324.99 | |
| Extra office | center drawer | 2005 | 69.99 | |
| Extra office | wingback chair | | | 2 |
| Hummel | center drawer | 2005 | 69.99 | |
| Hummel | computer desk | 2005 | 299.99 | |
| Hummel | mobile pedestel | 0T7570 | 197.99 | |
| Hummel | Dell LCD Monitor | C639-72872-650-215L | | |
| Hummel | (1) Leather conference room chair | | | |
| kitchen | Maytag Performa refrigerator | | | 2 |
| kitchen | GE microwave | | | 2 |
| kitchen | Black and Decker Toast-R-Oven | | | |
| kitchen | Living Solutions 8cp coffee maker | | 799.96 | |
| Land file room | (15) 4-drawer file cabinets | 2005 | 589.00 | |
| Land file room | work table | 2005 | 139.99 | |
| Land file room | fabric armchair | 2005 | 139.99 | |
| Land file room | fabric armchair | 2005 | 74.99 | |
| Land file room | small metal bookcase | 2005 | 74.99 | |
| Land file room | small metal bookcase | J060010185016832 | | |
| Land file room | Polaroid DVD/Video Player | 2005 | 49.99 | |
| Land file room | leather steno chair | 2005 | 69.99 | |
| Miles | folding table | 2005 | 229.99 | |
| Miles | large metal bookcase | | | |

updated 10/10/2017

# CONTENTS - COVINGTON OFFICE

| LOCATION | ITEM | YEAR PURCHASED | PURCHASE PRICE | NOTES |
|---|---|---|---|---|
| Miles | wooden work table | | | 2 |
| Miles | fabric executive chair | | | 2 |
| Miles | fabric visitor chair | | | 2 |
| Miles | 2-drawer file cabinet | | | 2 |
| Miles | mobile pedestal | | | 2 |
| Miles asst. | HON computer table | 2005 | 324.99 | |
| Miles asst. | center drawer | 2005 | 69.99 | |
| Miles asst. | HON computer table | 2005 | 299.99 | |
| Miles asst. | HON mobile pedestal | 2005 | 197.99 | |
| Miles asst. | Global desk chair | 2005 | 139.99 | |
| Miles asst. | (2) 2-drawer file cabinet | | | 2 |
| Miles asst. | 4-drawer cabinet | | | 2 |
| Misc. file room | large chair mat | 2005 | 80.00 | |
| Misc. file room | (22) 4-drawer file cabinets | 2013 | 1,264.96 | 2 |
| Misc. file room | (2) metal shelving units | 2013 | 426.19 | 2 |
| Misc. file room | 5-drawer lateral file cabinet | | | |
| reception area | IBM Actionwriter I typewriter | 2005 | 954.00 | |
| reception area | Leather sofa | | | |
| Utility closet | hand truck | 2005 | 46.49 | |
| Roger | wooden executive desk | 2005 | 1,399.00 | |
| Roger | wooden credenza | 2005 | 1,069.00 | |
| Roger | wooden bookcase | 2005 | 159.00 | |
| Roger | Dell Vostro 230 CPU 84L2HQ1 | 2013 | | |
| Roger | leather executive chair | | | |
| Roger | leather wingback chair | | | |
| Roger | leather sofa | | | |
| | | | TOTAL | 10,033.40 |

# SUPPORTING DOCUMENTS FOR

# #50 MACHINERY & EQUIPMENT

| WELLS | Serial No. | Status |
|---|---|---|
| Betty Blanchard #4 | 220665 | Shut-In |
| Betty Blanchard #5 | 221911 | Shut-In |
| Betty Blanchard #6 | 222969 | Shut-In |
| Betty Blanchard #7 | 223419 | Shut-In |
| Betty Blanchard #8 | 133864 | Shut-In |
| Betty Blanchard #9 | 225310 | Shut-In |
| Betty Blanchard #10 | 68858 | Shut-In |

| EQUIPMENT | Value | Ownership Interest |
|---|---|---|
| 1 - 8" X 15' GLYCOL CONTACT TOWER | UNKNOWN | 20% |
| 1 - 250,000 BTU REBOILER | UNKNOWN | 20% |
| 1 - 2" 5000# TREE ASSEMBLY | UNKNOWN | 20% |
| 1 - TREE ASSEMBLY | UNKNOWN | 20% |
| 1 - 24" X 7'-6" X 125# 2 PHASE VERTICAL SEPARATOR | UNKNOWN | 20% |
| 1 - 2" JR. METER RUN | UNKNOWN | 20% |
| 1 - TREE ASSEMBLY | UNKNOWN | 20% |
| 1 - 24" X 10' X 125# 2 PHASE VERTICAL SEPARATOR | UNKNOWN | 20% |
| 1 - TREE ASSEMBLY | UNKNOWN | 20% |
| 1 - 24" X 10' X 125# 3 PHASE VERTICAL SEPARATOR | UNKNOWN | 20% |
| 1 - 6' X 20' X 50# HEATER TREATER | UNKNOWN | 20% |
| 1 - TREE ASSEMBLY | UNKNOWN | 20% |
| 1 - TREE ASSEMBLY | UNKNOWN | 20% |
| 1 - 24" X 10' X 125# 2 PHASE VERTICAL SEPARATOR W/ 6' SKID | UNKNOWN | 20% |
| 1 - 2" JR. METER RUN | UNKNOWN | 20% |
| 1 - 2" JR. METER RUN | UNKNOWN | 20% |
| 1 - 2 PEN DIFF. PRESSURE RECORDER | UNKNOWN | 20% |
| 1 - 2 PEN DIFF. PRESSURE RECORDER | UNKNOWN | 20% |
| 1 - TREE ASSEMBLY | UNKNOWN | 20% |
| 1 - 24" X 10' X 125# L.P. SEPARATOR | UNKNOWN | 20% |
| 1 - 4' X 20' X 50# HEATER TREATER | UNKNOWN | 20% |
| 1 - 2 PEN DIFF. PRESSURE RECORDER | UNKNOWN | 20% |
| INTERCONNECTING PIPING AND GATHERING LINES | UNKNOWN | 20% |

| TANKS | | |
|---|---|---|
| 6 - 12' X 20' WELDED STEEL STORAGE TANKS | UNKNOWN | 20% |
| 1 - 8' X 7-1/2' FLARE TANK W/FLARE BOOM | UNKNOWN | 20% |

LINDER OIL COMPANY, A PARTNERSHIP
SECTION 2, PART 8 - EQUIPMENT
Bayou Long Field
Iberia Parish

| WELL | Serial No. | Status |
|---|---|---|
| Williams Land Co LLC SWD No. 1 | 220565 | Shut-In (MIPT Ordered by Office of Conservation on 10/10/17) |

| EQUIPMENT | Value | Ownership Interest |
|---|---|---|
| 1 - 24" X 10' X 1440# HP SEPARATOR | UNKNOWN | 20% |
| 1 - 24" X 10' X 125# LP SEPARATOR | UNKNOWN | 20% |
| 1 - 24" X 1440# GLYCOL TOWER | UNKNOWN | 20% |
| 1 - 250 MBTU GLYCOL REBOILER | UNKNOWN | 20% |
| 1 - 30" X 10' X 125# FLARE SCRUBBER | UNKNOWN | 20% |
| 1 - 2 PEN DIFF. PRESSURE RECORDER | UNKNOWN | 20% |
| 1 - 3" METER RUN | UNKNOWN | 20% |
| 1 - 4' X 4' X 8' SUMP | UNKNOWN | 20% |
| 1 - 30" X 4' SUMP | UNKNOWN | 20% |
| 1 - 8' X 20' LINE HEATER PLATFORM | UNKNOWN | 20% |
| 1 - 24" X 10' X 125# 2 PHASE VERTICAL SEPARATOR | UNKNOWN | 20% |
| 1 - 36' X 16' CONCRETE WASKEY DECK | UNKNOWN | 20% |
| 1 - 24' X 16' CONCRETE WASKEY DECK | UNKNOWN | 20% |
| 1 - 40' X 17' CONCRETE WASKEY DECK | UNKNOWN | 20% |
| INTERCONNECTING PIPING AND GATHERING LINES | UNKNOWN | 20% |

| TANKS | | |
|---|---|---|
| 1 - 500 BBL WELDED STEEL TANKS | UNKNOWN | 20% |
| 3 - 500 BBL WELDED STEEL TANKS | UNKNOWN | 20% |

| WELLS | Serial No. | Status |
|---|---|---|
| Kyle Peterman #2 | 215789 | Shut-In - Depleted |
| Kyle Peterman #3 | 113953 | Shut-In - Depleted |

| JOINT USE FACILITY | VALUE | ALLOCATED SHARE Kyle Peterman #2 | ALLOCATED SHARE Kyle Peterman #3 | Total Joint Use |
|---|---|---|---|---|
| **EQUIPMENT** | | | | |
| 13 - CONCRETE WALKWAY SECTIONS | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 20' X 24' CONCRETE PLATFORM | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 4' X 6' X 8' SUMP | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - MOCK METER | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 2" METER RUN | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 2" HP FLARE VALVE | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 2 - 5000# PLUG VALVES | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 4' X 4' X 8' SUMP | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 28' X 46' PLATFORM | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - SAFETY SYSTEM COMPLETE | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 26' X 46' PLATFORM | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - WILDEN MODEL M-4 PUMP | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 24' X 30' Concrete Platform | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 8' X 20' Steel Production Heater Platform | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| INTERCONNECTING PIPING AND GATHERING LINES | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| **TANKS** | | | | |
| 1 - 1500 BBL STORAGE TANK | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| 1 - 1500 BBL STORAGE TANK | UNKNOWN | 0.09255135 | 0.0940559 | 0.18660725 |
| **SINGLE WELL EQUIPMENT** | | | | |
| **Equipment-Kyle Perterman #2** | | | | |
| 1 - 36" Line Heater | UNKNOWN | 0.1851027 | 0.18811180 | |
| 1 - 8' X 20' Steel Line Heater Platform | UNKNOWN | 0.1851027 | 0.18811180 | |
| 1 - 4' X 22' X 125# Heater Treater | UNKNOWN | 0.1851027 | 0.18811180 | |
| **Equipment-Kyle Peterman #3** | | | | |
| 1 - 24" X 9' HP Separator | UNKNOWN | 0.1851027 | 0.18811180 | |
| 1 - 24' X 7'6" LP Separator | UNKNOWN | 0.1851027 | 0.18811180 | |
| 1 - Line Heater | UNKNOWN | 0.1851027 | 0.18811180 | |

LINDER OIL COMPANY, A PARTNERSHIP
SECTION 2, PART 8 - EQUIPMENT
LAKESIDE FIELD
CAMERON PARISH

| WELLS | Serial No. | Status |
|---|---|---|
| Walker #1 | 217743 | Shut-In - Depleted |
| Walker #3 | 219433 | T&A |
| Walker #9 | 174014 | Shut-In - Depleted |
| 8700 RA SUA;Walker A-4 | 62060 | Shut-In - Depleted |
| S/L 15223 #1 | 225552 | Shut-In - Depleted |
| Walker SWD #1 | 972556 | Shut-In - High Injection Pressure |

| EQUIPMENT | Value | Ownership Interest |
|---|---|---|
| 1 - TREE ASSEMBLY | UNKNOWN | 0.19930 |
| 1 - TREE ASSEMBLY | UNKNOWN | 0.20000 |
| 1 - SKID | UNKNOWN | 0.20000 |
| 1 - KEY WAY | UNKNOWN | 0.20000 |
| 1 - TREE ASSEMBLY | UNKNOWN | 0.199062 |
| 1 - WASKEY DECK | UNKNOWN | 0.15000 |
| 1 - 4' X 8' SUMP | UNKNOWN | 0.15000 |
| 1 - 15K LINE HEATER | UNKNOWN | 0.15000 |
| 1 - SAFETY SYSTEM | UNKNOWN | 0.15000 |
| 1 - HP SEPARATOR | UNKNOWN | 0.15000 |
| 1 - LARKIN WELL HEAD | UNKNOWN | 1.00000 |
| 1 - SALT WATER DISPOSAL PUMP | UNKNOWN | 1.00000 |
| 1 - LINE HEATER | UNKNOWN | 0.00000 |
| 1 - SUMP | UNKNOWN | 0.00000 |
| 1 - 24" HIGH PRESSURE SEPARATOR W/EXCHANGE | UNKNOWN | 0.00000 |
| 5 - 3' X 20' CONCRETE WALKWAY | UNKNOWN | 0.00000 |
| 1 - 16' X 24' CONCRETE PLATFORM | UNKNOWN | 0.00000 |
| 1 - 24' X 30' CONCRETE PLATFORM | UNKNOWN | 0.00000 |
| INTERCONNECTING PIPING AND GATHERING LINES | UNKNOWN | N/A |

| BARGE | | |
|---|---|---|
| 1 - PRODUCTION BARGE | UNKNOWN | 1.0000 |

| PIPELINES | | |
|---|---|---|
| 1 - 3" GATHERING LINE - APPROXIMATELY 3 MILES IN LENGTH FROM LAKESIDE FIELD TO LOWRY LIQUIDS HANDLING FACILITY | UNKNOWN | 1.0000 |
| 1 - 8" TRUNKLINE PIPELINE ±10,000' IN LENGTH | UNKNOWN | 1.0000 |
| 1 - 6' TRUNKLINE PIPELINE ±194' IN LENGTH | UNKNOWN | 1.0000 |

LINDER OIL COMPANY, A PARTNERSHIP
SECTION 2, PART 8 - EQUIPMENT
Bayou Bouillon Field
Iberville Parish

| WELL | Serial No. | Status |
|---|---|---|
| EB Schwing III Et Al No. 1 | 208913 | Shut-In |

| EQUIPMENT | Value | Ownership Interest |
|---|---|---|
| 1 - TREE ASSEMBLY | UNKNOWN | 0.1585200 |
| GATHERING LINES | UNKNOWN | 0.1585200 |

| PIPELINE | | |
|---|---|---|
| 4" BOELAS PIPELINE 2.7 MILES IN LENGTH FROM SCHWING #1 TO WHISKEY BAY PIPELINE | UNKNOWN | 1.00000000 |

| WELLS | Serial No. | Status |
|---|---|---|
| E.H. Peterman #1 | 139123 | Shut-In - Depleted |
| E.H. Peterman #2 | 140025 | Shut-In - Depleted |

| JOINT USE FACILITY | VALUE | ALLOCATED SHARE E.H. Peterman #1 | ALLOCATED SHARE E.H. Peterman #2 | Total Joint Use |
|---|---|---|---|---|
| **EQUIPMENT** | | | | |
| 1 - CONCRETE BARGE PLATFORM | UNKNOWN | 0.0865442 | 0.0882189 | 0.1747631 |
| **TANKS** | | | | |
| 5 - 1000 BBL TANKS | UNKNOWN | 0.0865442 | 0.0882189 | 0.1747631 |
| **SINGLE WELL EQUIPMENT** | | | | |
| **E.H. PETERMAN #1** | | | | |
| 1 - TREE ASSEMBLY | UNKNOWN | 0.1730884 | | |
| 1 - 4' X 12' LINE HEATER | UNKNOWN | 0.1730884 | | |
| 2 - 24" O.D. PROPANE BOTTLE | UNKNOWN | 0.1730884 | | |
| 1 - 20" X 6' HIGH PRESSURE SEPARATOR | UNKNOWN | 0.1730884 | | |
| 1 - CONCRETE WASKEY PLATFORM | UNKNOWN | 0.1730884 | | |
| **E.H. PETERMAN #2** | | | | |
| 1 - TREE ASSEMBLY | UNKNOWN | | 0.17643780 | |
| 2 - 4' X 20' X 50# HEATER TREATER | UNKNOWN | | 0.17643780 | |
| 1 - CONCRETE WASKEY PLATFORM | UNKNOWN | | 0.17643780 | |

| EQUIPMENT | Value | Ownership Interest |
|---|---|---|
| 82' GALVANIZED WALKWAY (5) MOUNTING BRACKETS (2) 21' GLAVANIZED STAIRWAYS | UNKNOWN | 1.00000 |
| 1 - 30" X 10' VERTICAL 3-PHASE SEPARATOR W/ACCESSORIES | UNKNOWN | 1.00000 |
| 1 - DANIEL SR. 2" FLASH GAS METER TUBE | UNKNOWN | 1.00000 |
| 1 - VAPOR RECOVERY UNIT | UNKNOWN | 1.00000 |
| 1 - VAPOR RECOVERY TOWER 36"OD X 360"SS | UNKNOWN | 1.00000 |
| 1 - CENTRIFUGAL PUMP | UNKNOWN | 1.00000 |
| 1 - 4" 3-WAY MOTOR VALVE | UNKNOWN | 1.00000 |
| 1 - QUINCY COMPRESSOR | UNKNOWN | 1.00000 |
| 1 - QUINCY DRYER | UNKNOWN | 1.00000 |
| 2 - TOTAL FLOW 6213 G4 UFLO | UNKNOWN | 1.00000 |
| 1 - COMPLETE YZ SAMPLER | UNKNOWN | 1.00000 |
| 1 - GENERAC SD 3PH DIESEL GENERATOR | UNKNOWN | 1.00000 |
| 1 - GENERAC GTS 3PH POLE SWITCH | UNKNOWN | 1.00000 |
| 1 - 4' X 20" X 50# HEATER TREATER | UNKNOWN | 1.00000 |
| 1 - CONDENSATE MEASURING EQUIPMENT | UNKNOWN | 1.00000 |
| INTERCONNECTING PIPING AND GATHERING LINES | UNKNOWN | 1.00000 |

**OFFICE**

| | Value | Ownership Interest |
|---|---|---|
| 1 - DELL B1265DFW PRINTER | UNKNOWN | 1.0000 |
| 1 - DELL OPTIPLEX 790W/20" LDC PERSONAL COMPUTER | UNKNOWN | 1.0000 |

**TANKS**

| | Value | Ownership Interest |
|---|---|---|
| 4 - 15'6" X 16' 500 BBL WELDED OIL STORAGE TANK | UNKNOWN | 1.0000 |
| 1 - 15'6" X 16' 500 BBL WELDED SALTWATER STORAGE TANK | UNKNOWN | 1.0000 |