## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                          CASE NO. 17-51323

                                                   JUDGE KOLWE

**LINDER OIL COMPANY, A PARTNERSHIP**     **CHAPTER 7**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

     Pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a), 9010(a) and 9010(b), The Lofton Corporation herby provides notice of its appearance herein and requests that the undersigned attorney be placed on the court's mailing list and ECF notice list in the above-captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings, or any matters pertaining to this case, be sent to:

**Laura Johnson**
Allen & Gooch, A Law Corporation
P.O. Box 81129
Lafayette, Louisiana 70598
Telephone: (337) 291-1690
Fax: (337) 291-1695
Email: LauraJohnson@allengooch.com

Respectfully submitted:

*/s/ Laura Johnson*
LAURA JOHNSON (LA Bar No. 34040)
ALLEN & GOOCH, A Law Corporation
2000 Kaliste Saloom Road, Suite 400
P.O. Box 81129
Lafayette, Louisiana 70598-1129
Telephone: (337) 291-1690
Fax: (337) 291-1695
Email: LauraJohnson@allengooch.com
***Attorneys for The Lofton Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2020 a copy of the foregoing was filed electronically with the clerk of Court using the CM/ECF system. Notice of this filing will be sent to all listed counsel of record by operation of the court's electronic filing system.

*/s/ Laura Johnson*
LAURA JOHNSON